# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **KENNETH EUGENE SMITH**<br><br>*Plaintiff*<br><br>v.<br><br>**JOHN Q. HAMM, in his official capacity as Commissioner, Alabama Department of Corrections, et al**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:23-cv-00656<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Shayla Currie, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to John Q. Hamm in Montgomery County, AL on November 9, 2023 at 3:23 pm at Alabama Department of Corrections, 301 South Ripley Street, Montgomery, AL 36130 by workplace substituted service by leaving the documents at the usual workplace of John Q. Hamm with Amy Fisher who is the Legal Representative Authorized to Accept for John Q. Hamm.

Complaint
Notice of Assignment
Hamm Summons

Additional Description:
Upon arrival, I informed the security guard of the purpose of my visit. He made a call, and a few minutes later, a Caucasian woman entered the lobby. I stated my name and the purpose of my visit. She smiled and stated she could accept them. I gave her the documents, asked for her name, and left the premises.

White Female, est. age 40, glasses: N, Brown hair, 120 lbs to 140 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=32.3747901172,-86.2979306452
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Montgomery County__, __AL__ on __11/9/2023__.

/s/ *Shayla Currie*

Signature
Shayla Currie
+1 (334) 647-7893

