IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

KENNETH EUGENE SMITH,           )
                                )
    Plaintiff,                  )
                                )   Case No. 2:23-cv-656-RAH
v.                              )
                                )   CAPITAL CASE
JOHN Q. HAMM, in his official capacity )
as Commissioner, Alabama Department of )
Corrections, and                )
                                )
TERRY RAYBON, in his official capacity )
as Warden, Holman Correctional Facility, )
                                )
    Defendants.                 )

## AFFIDAVIT OF SERVICE

I, Andrew B. Johnson, being duly sworn state as follows:

1. I am the attorney of record for the plaintiff and have personal knowledge of the facts set forth in this affidavit.

2. On November 9, 2023, Richard D. Anderson entered an appearance for both Defendants in the above-styled matter.

3. Richard D. Anderson has accepted service on behalf of Defendant Terry Raybon by agreement on November 10, 2023.

_____
Andrew B. Johnson

STATE OF ALABAMA           )
JEFFERSON COUNTY           )

I, the undersigned, a notary public in and for said county in said state, hereby certify that Andrew B. Johnson, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 10th day of November, 2023.

*Carla Batchelor*
Notary Public

[NOTARIAL SEAL]        My commission expires: 

CARLA BATCHELOR
My Commission Expires
June 19, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2023, I have electronically filed the foregoing with the Clerk of the Court using the Pacer system, which will send notification to the following:

Richard Anderson
Assistant Attorney General
501 Washington Avenue
Montgomery, AL 36130
Richard.Anderson@AlabamaAG.gov
*Attorney for Defendants*

/s/Andrew B. Johnson
OF COUNSEL