# EXHIBIT E

OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

# STATE OF ALABAMA

November 8, 2023

John Q. Hamm, Commissioner
Alabama Department of Corrections
301 S. Ripley Street
Montgomery, AL 36130

Dear Commissioner Hamm:

The Supreme Court of Alabama has entered an order authorizing you to carry out inmate Kenneth Eugene Smith's sentence of death for the capital murder of Elizabeth Dorlene Sennett. According to the Supreme Court's order, the execution must occur within a time frame to be set by the governor to begin not less than 30 days from November 1, 2023, the date of the order.

Accordingly, I hereby set a thirty-hour time frame for the execution to occur beginning at 12:00 a.m. on Thursday, January 25, 2024, and expiring at 6:00 a.m. on Friday, January 26, 2024.

The order of the Supreme Court of Alabama, which I enclose with this letter, constitutes the death warrant.

Although I have no current plans to grant clemency in this case, I retain my authority under the Constitution of the State of Alabama to grant a reprieve or commutation, if necessary, at any time before the execution is carried out.

Sincerely,

*Kay Ivey*

Kay Ivey
Governor

Enclosure