# EXHIBIT H

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

KENNETH EUGENE SMITH,   )
            )
    Plaintiff,    )
            )  Case No. 2:23-cv-00656-RAH
v.            )
            )  CAPITAL CASE
JOHN Q. HAMM, in his official  )
Capacity as Commissioner, Alabama )  **EXECUTION SCHEDULED FOR**
Department of Corrections, and  )  **JANUARY 25, 2024**
            )
TERRY RAYBON, in his official  )
Capacity as Warden, Holman   )
Correctional Facility,    )
            )
    Defendants.   )

### DECLARATION OF JONATHAN I. GRONER, MD

JONATHAN I. GRONER, MD declares under penalty of perjury:

  1.  My name is Jonathan I. Groner, MD. I am trained in pediatric surgery and general surgery and I have been in practice for over 30 years with a focus on trauma, burn care, and surgical emergencies in children. I am a Professor of Surgery at The Ohio State University College of Medicine. I served as the director of the Level 1 Pediatric Trauma Program at Nationwide Children's Hospital for 20 years, and I am the medical director of the Center for Pediatric Trauma Research at Nationwide Children's Hospital. My CV is attached as Exhibit 1.

  2.  I have cared for many adult and pediatric patients with gunshot wounds, including patients with cardiac gunshot wounds, during my medical career.

  3.  I have reviewed a copy of the protocol that the Utah Department of Corrections uses to execute inmates by firing squad. A copy of that protocol is attached as Exhibit 2.

  4.  Based on my clinical experience, I offer the following explanation of execution by firing squad under the Utah protocol:

5.      The Utah firing squad protocol involves 4 skilled individuals firing 30 caliber bullets directly at the inmate's heart.

6.      These bullets will tear open the heart causing immediate loss of the pumping function of the heart.

7.      The loss of pumping function of the heart will cause the blood flow to the brain to cease immediately.

8.      Loss of consciousness occurs a few seconds after blood flow to the brain ceases.

9.      The loss of consciousness that occurs when blood flow to the brain ceases is complete, meaning the individual cannot experience pain.

10.     The inmate will remain comatose and be clinically dead (absence of heart beat, breathing, or any reflexes) within a few minutes.

I declare under penalty of perjury that the foregoing is true and correct under 28 U.S.C. § 1746.

Dated: November 13, 2023

JONATHAN I. GRONER, M.D.

2

# EXHIBIT 1

## CURRICULUM VITAE

## JONATHAN I. GRONER, M.D.

**Current Professional Appointments**
*The Ohio State University College of Medicine*
Professor of Clinical Surgery (2007 - Present)

*Nationwide Children's Hospital*
Surgical Operations Officer (June 2012 – Present)

*The Research Institute at Nationwide Children's Hospital*
Medical Director, Center for Pediatric Trauma Research (2014 – present)

*Nationwide Children's Hospital – Level 1 Trauma Program*
Trauma Quality Medical Director (2020 – Present)

*Nationwide Children's Hospital – Level 1 Trauma Program*
Trauma Medical Director (1999 – 2019)

**Personal Information**
Department of Pediatric Surgery
Nationwide Children's Hospital
700 Children's Drive
Columbus, Ohio 43205
Phone: 614-722-3929
Fax: 614-722-3903
e-mail: Jonathan.groner@nationwidechildrens.org

**Education**

| | | |
|---|---|---|
| B.S. | Northwestern University<br>Honors Program in Medical Education | 1978 – 1982 |
| M.D. | Northwestern University Medical School<br>Chicago, Illinois | 1980 – 1984 |

6/16/2023

**Postgraduate Training**

| | |
|---|---|
| Internship in General Surgery<br>Medical College of Wisconsin<br>Milwaukee, Wisconsin | 1984 – 1985 |
| Residency in General Surgery<br>Medical College of Wisconsin<br>Milwaukee, Wisconsin | 1985 – 1991 |
| Residency in General Surgery<br>John Radcliffe Hospital<br>Oxford, England | January – June 1990 |
| Fellowship in Research<br>Department of Surgery<br>Children's Hospital of Philadelphia<br>Philadelphia, Pennsylvania | 1987 – 1989 |
| Postdoctoral Research Fellow<br>in Cancer and Nutrition<br>The University of Pennsylvania School of Medicine<br>Philadelphia, Pennsylvania | 1988 – 1989 |
| Assistant Chief Resident in Pediatric Surgery<br>Children's Hospital<br>Columbus, Ohio | 1991 – 1992 |
| Chief Resident in Pediatric Surgery<br>Children's Hospital<br>Columbus, Ohio | 1992 – 1993 |

**Board Certification**

| | |
|---|---|
| National Board of Medical Examiners, #297406 | 1985 |
| American Board of Surgery, #37757 | 1992 |
| American Board of Surgery, Recertification, #37757 | 2000 |
| American Board of Surgery, Pediatric Surgery #612 | 1994 |

**Special Certifications**

| | |
|---|---|
| Advanced Cardiac Life Support | 1985 |
| Advanced Trauma Life Support Provider | 1986 |
| Recertified | 1990, 1994, 1998 |
| Advanced Trauma Life Support Instructor Course | 1999 |

6/16/2023

| | |
|---|---|
| ATLS Instructor, Ohio State University | May,1999 |
| ATLS Instructor, Ohio State University | July,1999 |
| ATLS Instructor, Ohio State University | October 26 & 27, 2001 |
| ATLS Instructor, Ohio ACEP office | June 14, 2002 |
| ATLS Instructor, Ohio State University | July 26 & 27, 2002 |
| ATLS Instructor, Central Ohio Trauma System | December 2, 2005 |
| ATLS Instructor, Central Ohio Trauma System | November 2-3, 2006 |
| ATLS Instructor, Central Ohio Trauma System | July 10, 2008 |
| ATLS Instructor, Central Ohio Trauma System | October 16-17, 2009 |
| ATLS Instructor, Central Ohio Trauma System | February 19-20, 2010 |
| ATLS Instructor, Central Ohio Trauma System | April 13, 2011 |
| ATLS Instructor, Central Ohio Trauma System | December 11, 2015 |
| ATLS Instructor, Central Ohio Trauma System | March 10, 2017 |
| ATLS Course Director, Central Ohio Trauma System | April 25, 26, 2003 |
| Columbus, Ohio | January 23, 24, 2004 |
| | March 31, 2006 |
| | November 2, 2006 |
| | July 30, 2009 |
| | August 13, 2010 |
| | May 2-3, 2014 |
| | March 19, 2015 |
| | |
| ATLS State Faculty | 2004 |
| Advanced Burn Life Support Provider Course | 1994, 2003, 2008, 2015 |
| Advanced Burn Life Support Instructor Course | April 21, 2015 |
| Advanced Burn Life Support Instructor | October 15, 2015 |
| Pediatric Advanced Life Support Provider Course | 2001, 2014 |
| Basic Disaster Life Support | June 14, 2005 |
| Pediatric Fundamental Critical Care Support (PFCCS) | October 1, 2015 |
| (certificate of successful completion) | |

**Licensure**

| | |
|---|---|
| Wisconsin:  No. 26983 (inactive) | 1985 |
| Pennsylvania: No. 040053-E (inactive) | 1987 |
| Ohio:  No. 35061563 | 1992 |

**Teaching Appointments**

| | |
|---|---|
| Clinical Instructor of Surgery | 1991 – 1993 |
| Department of Surgery | |
| The Ohio State University College of Medicine | |
| And Public Health | |

Assistant Professor of Clinical Surgery                1999 – 2002
Department of Surgery
The Ohio State University College of Medicine
And Public Health

Associate Professor of Clinical Surgery               2002 – 2007
Department of Surgery
The Ohio State University College of Medicine
And Public Health

Professor of Clinical Surgery                         2007 – Present
Department of Surgery
The Ohio State University College of Medicine


**Hospital and Administrative Appointments**
Medical Staff (Active)                                1993 – Present
Department of Pediatric Surgery
Children's Hospital
Columbus, Ohio

Clinical Attending Staff                              1999 – Present
Ohio State University Hospital
Columbus, Ohio

Community Associate Staff                             1997 – Present
The Arthur G. James Cancer Hospital
Columbus, Ohio

Clinical Attending Staff                              1999 – Present
The Arthur James Cancer Hospital and Research Institute
Columbus, Ohio

Consulting Staff                                      1994 – 2006
Riverside Methodist Hospital
Columbus, Ohio

Consulting Staff                                      1994 – 2016
Mount Carmel Hospital
Columbus, Ohio

Consulting Staff                                      1994 – 2006
Grant Medical Center
Columbus, Ohio

| Consulting Staff | 1993 – 2010 |
| St. Ann's Hospital | |
| Westerville, Ohio | |

| Children's Hospital | |
| Acting Trauma Medical Director | 1998 – 1999 |

| Children's Hospital | |
| Surgical Director, Pediatric Intensive Care Unit | June 2000 – 2001 |

| Nationwide Children's Hospital | |
| Interim Chief, Department of Pediatric Surgery | June 2010 – June 2012 |

| Nationwide Children's Hospital | |
| Co-Chairperson, Perioperative Council | June 2012 – Present |

**Honors and Awards**

| Milwaukee Academy of Surgery: Resident paper competition, First prize | 1987 |
| Columbus Children's Hospital Department of Pediatric Surgery "Teacher of the Year" Award | 2007 |
| Nationwide Children's Hospital Department of Pediatric Surgery "Denis R King Teacher of the Year Award" | 2009 |
| Nationwide Children's Hospital Department of Pediatric Surgery "Denis R King Teacher of the Year Award" | 2011 |
| Nationwide Children's Hospital Department of Pediatric Surgery "Golden Apple Teaching Award" (medical student education) | 2013 |
| Nationwide Children's Hospital Department of Pediatric Surgery "Denis R King Teacher of the Year Award" | 2014 |
| Nationwide Children's Hospital "Golden Stethoscope Award" | 2015 |
| Nationwide Children's Hospital "J. Terrance Davis MD Safety Award" (For Pediatric CAUTI Reduction Team) | 2015 |
| Nationwide Children's Hospital "2017 NCH Career Contribution Award" | 2017 |

**Society Memberships**
*International:*
        Amnesty International
        Physicians for Human Rights

*National:*
        American Academy of Pediatrics:  Surgery Specialty Fellow
        American Academy of Pediatrics:  Section on Injury & Poison Prevention
        American College of Surgeons (Fellow)
            *Committee on Trauma (2017 - )*
        American Pediatric Surgical Association
        American Pediatric Surgical Association-Trauma Committee
        American Public Health Association
        American Trauma Society
        Eastern Association for the Surgery of Trauma
        National Association of EMS Physicians
        Central Surgical Association – March 2008
        The American Association for the Surgery of Trauma
        Injury Free Coalition for Kids (Board Member 2009 – 2010)
        Pediatric Trauma Society
            Secretary (2012 –2014)
            President-Elect (2016)
            President (2017)

*State and Local:*
        Ohio Committee on Trauma, American College of Surgeons
        Ohio Chapter, American College of Surgeons
        Ohio State Medical Association
        Columbus Surgical Society
        Columbus Medical Association
        Central Ohio Pediatric Society
        Robert M. Zollinger/Ohio State University Surgical Society


**State and Local Organizations**

| | |
|---|---|
| Central Ohio Trauma System Foundation Board | 2001 – 2006 |
|     *President* | |
| Central Ohio Trauma System Foundation Board | 1999 – 2001 |
|     *Secretary, Treasurer* | |
| Central Ohio Trauma System Board Member | 1999 – 2014 |
| City of Columbus Transportation and Pedestrian Commission | 2003 – 2006 |
| Ohio Society for Parenteral and Enteral Nutrition | 1994 – 1996 |
| Ohio State Emergency Medical Services Board | 2004 – 2010 |

**Committee Participation**

 <u>*National, State, Local Committees:*</u>

| | |
|---|---|
| Ohio Chapter, American College of Surgeons | |
|  *Member, Committee on Applicants for Fellowship, District #3* | |
| Ohio Society for Parenteral and Enteral Nutrition | 1994 – 1996 |
|  *Chairman, Scholarship Committee* | |
| Central Ohio Trauma System Finance Committee | 1999 – 2001 |
|  *Chairman* | |
| Medical Response System Committee | |
| Ohio Department of Health Trauma Rules and Regulations Committee | 2001 |
| Ohio State Trauma Committee | 2004 – 2010 |
| Ohio State Emergency Medical Services Board | 2004 – 2010 |
|  *(representing Ohio Chapter, American College of Surgeons)* | |
| The American Association for the Surgery of Trauma | 2011 |
|  *Pediatric Trauma Ad Hoc Committee* | |
| EAST (Eastern Association for the Surgery of Trauma) | |
|  *Ad Hoc Pediatric Trauma Committee* | |
| American College of Surgeons | 2017 – 2023 |
|  *Committee on Trauma* | |

 <u>*Nationwide Children's Hospital Committees*</u>:

| | |
|---|---|
| Bloodborne Pathogens Exposure Task Force | 1996 – 1997 |
| Continuing Medical Education Committee | 1994 – 1997 |
| Critical Care Committee | 1998 – 1999 |
| Disaster Committee | 1993 – 2000 |
| EMTEK Physician Order Entry Steering Committee | 1997 – 2000 |
| Head Trauma Collaborative Group | 1998 – 2001 |
| Human Subjects Research Committee | 1999 – 2004 |
| Library Committee | 1999 – 2004 |
| 2000 Medical Leadership Program | 2000 – 2001 |
| Medical Executive Committee | 2003 – 2005 |
| Medical Staff Nominating Committee | 1998 – 2000 |
| Physician's Healthcare Network Committee | 1997 – 2000 |
| Physician Satisfaction Service Team | 1998 – 2000 |
| Operating Room Block Time Committee | 1998 – 2008 |
| Transfusion Committee | 1996 – Present |
| Trauma Performance Improvement Committee | 1997 – Present |
| Trauma Performance Improvement Committee (Chair) | 1998 – Present |
| Trauma Research Committee (Chair) | 1998 – 2002 |
| Utilization Management Committee | 1997 – 1998 |
| CAUTI Committee (Co-Chair) | 2010 – Present |
| Medical Ethics Committee | 2011 – 2015 |
| Capital Budget Committee | 2012 – Present |
| Burn Performance and Patient Safety (BPIPS) | 2015 – Present |
| Global Symposium of Innovation in Trauma | 2017 |

|  |  |
|---|---|
| Clinical Pathway Program | 2019 |

*Ohio State University College of Medicine Committees*:
| Undergraduate Medical Education Committee | 2000 – 2006 |
| Promotion and Tenure Committee | 2007 – 2010 |

**Other Activities**

| Pennsylvania Trauma System Foundation Site Surveyor | May, 2004 |
|  | April, 2007 |
|  | April, 2008 |
|  | April, 2009 |
|  | April, 2013 |

| First Aid Science Advisory Board (American Heart Association) | 2007 – 2011 |
|     (*representing APSA*) | |

Editorial Boards
- Journal of Pediatric Surgery Case Reviews          2012 – 2022

Invited reviewer for peer-reviewed medical journals:
- Journal of the American Medical Association
- Journal of the National Medical Association
- Journal of Pediatric Surgery
- Journal of Trauma and Acute Care Surgery
- The Lancet
- PLoS Medicine
- Injury Prevention
- Journal of Medical Ethics
- Pediatric Quality and Safety

| Trauma Program Site Surveyor, Committee on Trauma | |
| American College of Surgeons | 2004 |

| Associate Examiner, American Board of Surgery | |
| General Surgery Qualifying Examination | October, 2007 |

**Major Research Interests**
Trauma Systems, Trauma Care, and Injury Prevention

6/16/2023

**Research/Grant Support**

| | |
|---|---|
| *Nutrition Center Pilot Project Program* | $8,000.00 |
| "Intestinal Motor Activity in Neonatal Short Bowel Syndrome" | |
| 1988-1989 | |
| Children's Hospital of Philadelphia | |

*Surgical Associates Research & Education Foundation*:        $5,000.00
"Comparison of Energy Expenditure with Injury Severity Score
in Childhood Trauma"
1988-1989
Children's Hospital of Philadelphia

NIH Grant – National Cancer Institute Training Grant in
Cancer and Nutrition
#2-T32-CA09430
"Intestinal Motor Activity in Neonatal Short Bowel Syndrome"
1988-1989

Food and Drug Administration, IND: 42898
CHRF Protocol No: 96HS041
"The Use of Cholecystokinin Octapeptide to Prevent
Parenteral Nutrition-Associated Cholestasis"
November 1997-2000

Ohio Department of Public Safety GR-1 Agreement #0941.0:        $55.351.00
CHRF Protocol No: 99HSE020
Principle Investigator
"Moving Children Safely II"
October 1, 1998-September 30, 1999

Ohio Department of Public Safety        $160,000.00
Principle Investigator
"Car Seats Close to Home"
October 1, 1999-September 30, 2000

Ohio Department of Public Safety GR-1 Agreement #01086.0:        $70,000.00
CHRF Protocol
Principle Investigator
"Moving Children Safely III"
January 5, 2000-September 30, 2000

Ohio Department of Public Safety GR-1 Agreement #1461:        $178,547.00
Principle Investigator
"Car Seats Close to Home"
October 1, 2000-September 30, 2001

Ohio Department of Public Safety GR-1                        $156,014.00
CHRF Protocol No:
Principle Investigator
"Car Seats Close to Home"
October 1, 2001-September 30, 2002


Ohio Department of Public Safety GR-1 Agreement #C23808:      $185,371.00
EMS Board "HB138 Trauma Studies #2"
Principle Investigator
April 15, 2002 through June 30, 2003

Ohio Department of Public Safety GR-1 Agreement #C23970:      $49,545.00
CHRF Protocol No:
Principle Investigator
"EMS Board HB138 Special Trauma Study #4"
June 17, 2002 – June 17, 2003

Ohio Department of Public Safety GR-1                         $75,000.00
CHRF Protocol NO:
Principle Investigator
"Head Smarts Program"
June 17, 2002 – June 17, 2003

Ohio Department of Public Safety GR-1                         $112,429.00
CHRF Protocol No: H80402
Principle Investigator
"Car Seats Close to Home"
October 1, 2002 – September 30, 2003

Ohio Department of Public Safety GR-1                         $74,786.00
CHRF Protocol No: 325903
Principle Investigator
"Safe Transport"
July 1, 2003 – June 30, 2004

Ohio Department of Public Safety GR-1                         $56,479.00
CHRF Protocol No: 4151.0
Principle Investigator
"Making a Difference with Passenger Safety II Program"
October 1, 2003 – September 30, 2004

The Robert Wood Johnson Foundation  Reference #049454        $300,000.00
Co-Principle Investigator
"Injury Free Coalition for Kids:  Dissemination of  a Model
Injury Prevention Program for Children and Adolescents"

November 1, 2003 – October 31, 2006

Implementation Science to Increase Use of Evidence Based Pediatric Brain Injury
Guidelines (PEGASUS)
Principal Investigator: Monica Vavilala – University of Washington
Role:  Site PI
Funding Period:    9/2010 to 8/2015
Funding Source/Grant Number:  NIH 680511
Amount: $201,754

The Impact of pediatric trauma centers on the outcome of injured children in Ohio
Principal Investigator:  Laura Cassidy
Role:  co-investigator
Funding Period:    7/15/2013 – 6/30/2014
Funding Source/Grant Number: 1R03HD071924-01A1
Amount: $84,260

A Virtual Reality-based Training Program for Cognitive Rehabilitation in Pediatric Patients with
Traumatic Brain Injury
Principal Investigator: Huiyun Xiang
Role: co-investigator
Funding Period: 07/01/2016 - 07/02/2018
Funding Source/Grant Number: NCH Clinical and Translational Intramural Funding
Amount: $40,000

Follow-up Appointment Compliance after Pediatric TBI Funding Submission
Principal Investigator: Huiyun Xiang
Role: co-investigator
Funding Period: 07/01/2016 - 06/30/2017
Funding Source/Grant Number: Ohio Department of Public Safety #82179916
Amount: $72,409

A Multicenter Trial of Contrast-Enhanced Ultrasound in the Evaluation of Abdominal Solid
Organ Injuries in Pediatric Principal Investigator:  Eileen Bulger MD
Role:  Site PI
Funding Period:  03/01/2018-02/28/2020
Funding Source:  Boston Children's Hospital
Amount: $11,000.00

Developing a National Trauma Research Action Plan in the United States
Principal Investigator:  Eileen Bulger MD
Role:  Site PI
Funding Period:  9/24/2018 – 9/23/2021
Funding Source:  National Trauma Institute/Department of Defense
Amount: $64,887

The Impact of Ohio's Opioid Prescriptions Law on Opioid Use and Outcomes in Pediatric Patients
Role:  Co-Investigator
Funding Period:  07/01/20-06/30/21
Funding Source:  Ohio Department of Public Safety/EMFTS Research Grant #
Amount:  $161,100

Machine Intelligence Evaluation of Trauma Team Activation Criteria in Emergency Medical Services Care of Injured Children
Role:  Site PI
Funding Period:  12/01/2020-12/02/22
Funding Source:  NCH Clinical and Translational Intramural Funding
Amount:  $50,000.00

**Community Activities**

| | | |
|---|---|---|
| Habitat for Humanity Volunteer | | 1993 – 2001 |
| Ohio Brain Injury Association | *Board Member-At-Large* | 1997 – 1999 |
| B.R.E.A.D. Youth Concerns Committee | | 2000 – 2001 |
| Central Ohio Amateur Radio Emergency Service | | 2000 – 2008 |
| Ohio Coalition Against Gun Violence | *Board Member* | 2002 – 2013 |
| Staff Photographer, *The New Standard* | | 2006 – 2007 |
| Recreation Unlimited | *Board Member* | 2010 – 2012 |

**Presentations at Major Academic Meetings**

1.  **Groner JI**, Schumann R, Lang IM, Telford GL: "Fentanyl and Alfentanil Initiate the Migrating Myoelectric Complex but not the Vomiting Response in the Canine Small Intestine." Presented at the 29th Annual University Surgical Residents' Conference, Columbus, Ohio February 1987.

2.  **Groner JI**, Telford GL, Krepel CJ, Condon RE, Edmiston CE: "The Efficacy of Oral Antibiotics in Reducing Colon Mucosal Associated Aerobic and Anaerobic Microflora." Presented at the International Congress on Intra-Abdominal Infections, Hamburg, Germany, 1987.

3.  **Groner JI**, Altschuler SM, Ziegler MM, O'Neill JA Jr: "Recovery of Small Intestinal Myoelectric Activity in the Young Piglet Following Abdominal Surgery." Presented at the 3rd Annual Society for Surgery of the Alimentary Tract/Ross Residents and Fellows Research Conference, New Orleans, Louisiana, May 1988.

4.  **Groner JI**, Furlan LE, Brown MF, Altschuler SM, Cohen DE, Ziegler MM: "The Effect of Cisapride on Small Intestinal Myoelectric Activity in the Young Piglet." Presented at the American Motility Society, Asilomar, California, October 1988.

5. **Groner JI**, Brown MF, Stallings VA, Ziegler MM, O'Neill JA Jr: "Resting Energy Expenditure in Children Following Major Operative Procedures." Presented at the Surgical Section of the American Academy of Pediatrics, San Francisco, California, October 1988.

6. **Groner JI**, Broussard DL, Furlan LE, Ziegler MM, Altschuler SM: "Migrating Myoelectric Activity in the Neonatal Piglet Small Intestine Following Bowel Resection." Presented at the 9th Annual Pediatric Surgical Residents' Conference, Boston, Massachusetts, November 1988.

7. **Groner JI**, Broussard DL, Nathan TR, Altschuler SM, Ziegler MM: "Small Intestinal Motility in a Newborn Model of Short Bowel Syndrome." Presented at the Annual Meeting of the American Pediatric Surgical Association, Baltimore, Maryland, May 1989.

8. Teich S, **Groner JI**: "A Synthetic Meshed Polymer for the Treatment of Newborns with Severe Partial Thickness Skin Loss Due to Epidermolysis Bullosa." Presented at the Pan Pacific Regional Meeting of the International Society for Burn Injuries, Maui, Hawaii, February 1993.

9. **Groner JI**, Marlow J, Teich S: "Groin Laparoscopy for the Evaluation of the Contralateral Groin in Pediatric Hernia Repair." Presented at the IV International Congress for Endosurgery in Children, Orlando, Florida, May 1995.

10. Teich S, **Groner JI**: "Optimal Management of Epidermolysis Bullosa in Infants with Severe Perinatal Skin Loss." Presented at the Surgical Section of the American Academy of Pediatrics, San Francisco, California, October 1995.

11. **Groner JI**: "Endotoxin and Transient Hypoxia Cause Severe Acidosis in the Piglet." Presented at eh Surgical Section of the American Academy of Pediatrics, Boston, Massachusetts, October 1996.

12. Meric F, Teitelbaum DH, Geiger JD, Harmon CM, **Groner JI**: "Latex Sensitization in General Pediatric Surgical Patients: A Call for Increased Screening of Our Patients." Presented at the Surgical Section of the American Academy of Pediatrics, New Orleans, Louisiana, November 1997.

13. Cook CH, Melvin WS, **Groner JI**, Allen E, King D: "A Cost effective Thoracoscopic Treatment Strategy for Pediatric Spontaneous Pneumothorax." Presented at the 1998 Scientific Session of the Society of American Gastrointestinal Endoscopic Surgeons (SAGES), Washington State Convention Center, Seattle, Washington, April 1998.

14. Nikokirakis MC, **Groner JI**, Zipf WB, Davis J, Burke R, Gilles EE: "Cortisol Levels After Moderate-Severe TBI in Young Children Predict Early Posttraumatic Seizures and Acute Outcome." Presented at Pediatric Academic Societies & American Academy of

Pediatrics Joint Meeting, Hynes Convention Center, Boston, Massachusetts, May 13, 2000.

15. Hill JS, Dietrich AM, **Groner JI**, Brown WB, Davis J, Gilles EE: "Neuron Specific Enolase Predicts Injury Severity After Moderate to Severe Trauma Brain Injury in Young Children." Presented at Pediatric Academic Societies & American Academy of Pediatrics Joint Meeting, Hynes Convention Center, Boston, Massachusetts, May 13, 2000.

16. Abdurrahman O, **Groner JI**: "Recognition of Shock in the Pediatric Trauma Patient: An Ongoing Challenge." Presented at the American Academy of Pediatrics 2000 Annual Meeting, Chicago, Illinois, October 28-November 1, 2000.

17. **Groner JI**, Kosnik LM, Bowen W, Hayes JR: "Hazards of Home: An Analysis of Pediatric Gun Injuries." Presented at the American Public Health Association Annual Meeting, Boston, Massachusetts, November 12-16, 2000

18. Coury D, Haley K, Hayes J, Yeates K, **Groner JI**: "ADHD and Injury Risk." Presented at the Pediatric Academic Societies Meeting, Baltimore, Maryland, April 28, 2001.

19. Hirschfeld J, **Groner JI**, Keys B, Hayes J: "Effectiveness of Car Seat Training Provided at Children's Hospital." Presented at the Pediatric Academic Societies Meeting, Baltimore, Maryland, May 1, 2001.

20. **Groner JI**, Hayes JR, Bowen W, Munczinski DR. "The Increasing Risk of Pediatric Injury from Motorized Recreational Vehicles." Poster presentation at annual meeting of the American Public Health Association, Atlanta, Georgia, October 23, 2001.

21. Nelles M, Armen S, Miller M, **Groner JI**. "Snowboard Spleen and Other Hazards of Adolescent Snowboarding." Poster presentation at annual meeting of the American Public Health Association, Philadelphia, Pennsylvania, November 11, 2002.

22. Hayes JR, **Groner JI**. "Is There a TRISS for Pediatric Trauma?" Poster presentation at annual meeting of Pediatric Academic Societies, Seattle, Washington, May 3-6, 2003.

23. Hayes JR, **Groner JI**, Cohen DM, Dietrich AM, et al. "A System to Detect an Unusual Increase in Emergency Department Visits". Poster presentation at annual meeting of Pediatric Academic Societies, Seattle, Washington, May 3-6, 2003.

24. **Groner JI**, Isariyawongse JP, Isariyawongse BK, et al. "Demographic and Environmental Factors Predict Pediatric Pedestrian Injuries In An Urban Setting." Poster presentation at annual meeting of the American Pediatric Surgical Association, Fort Lauderdale, Florida, May 25-28, 2003.

25. Haut ER, Nance ML, Keller MS, **Groner JI**, et al. "Management of Penetrating Colorectal Injuries in the Pediatric Population." Poster presentation at American Society Colon Rectal Surgery in Philadelphia, Pennsylvania, August, 2003.

26. **Groner JI**, Hayes JR. "The Impact of Major Burns on Minority Children." Oral presentation at the 36th Annual Meeting of the American Burn Association, Vancouver, BC, March 25, 2004.

27. Coffey C, Haley K, Hayes J, **Groner JI**.  The Risk of Child Abuse in Infants and Toddlers with Lower Extremity Injuries.  Poster Presentation at the Annual Meeting of the American Pediatric Surgical Association, Jacksonville, FL, May, 2004.

28. **Groner JI**. Minority Status and The Risk of Pediatric Firearm Injury. Poster Presentation at the Annual Meeting of the British Association of Paediatric Surgeons, Oxford, England, July 27-30, 2004.

29. Abdessalam SF, Keller A, **Groner JI**, et al.  An Analysis of Children Receiving Cardiopulmonary Resuscitation (CPR) Following Cardiac Arrest with Blunt Trauma. Oral Presentation at the Pediatric Surgery Section of the Clinical Congress of the American College of Surgeons, New Orleans, LA, October, 2004.

30. Hayes JR, Kable R, Lowell W, Haley K, **Groner JI**. Is Trauma an Accident?  Incidence of Injury is Predictable. Poster presentation at the Pediatric Academic Societies' Annual Meeting, Washington, DC, May 14-17, 2005.

31. Georges AA, **Groner JI**, Haley KJ, Hayes JR, Caniano DA, Nwomeh BC. A Leap in Faith:  The Impact of Removing the Surgeon from the Level 2 Trauma Response. Oral Presentation at the Section on Surgery of the American Academy of Pediatrics National Conference and Exhibition, Washington, DC, October 7-9, 2005.

32. **Groner JI**, Covert JH, Lowell WL, Hayes JR, Nwomeh BC,  Caniano DA. The Impact of Managing Moderately Injured Pediatric Trauma Patients Without Immediate Surgeon Presence. Oral Presentation at the Section on Surgery of the American Academy of Pediatrics National Conference and Exhibition, Atlanta, GA, October 6-8, 2006.

33. Hayes JR, **Groner JI**. The Increasing Incidence of Snowboard-Related Trauma. Oral Presentation at the 40th Annual Meeting of the Canadian Association of Pediatric Surgeons, St. Johns, Newfoundland, August 26, 2007.

34. Hayes JR, **Groner JI**. Using Multiple Imputation and Propensity Scores to Test the Effect of Car Seats and Seat Belt Usage on Injury Severity from Trauma Registry Data. Oral Presentation at the 40th Annual Meeting of the Canadian Association of Pediatric Surgeons, St. Johns, Newfoundland, August 26, 2007.

35. Hall MW, Nateri J, **Groner JI**, Besner GE, Raffel R. Innate Immune Function and Nosocomial Sepsis After Pediatric Critical Injury. Presented at the Society of Critical Care Medicine 2009, Nashville, Tennessee, January 31, 2009.

36. Rocourt DC, Hall M, Kenney BD, Fabia R, **Groner JI**, Besner GE. Respiratory Failure after Pediatric Scald Injury: Does Altered Immune Function Play a Role? Presented at the American Burn Association 41st annual meeting, San Antonio, Texas, March 24-27, 2009.

37. **Groner JI**, Teich S, Nwomeh BE, Moss L. The Impact of A Structured Patient Care Model On Productivity Measures In An Academic Surgical Practice. Oral Presentation at the Annual meeting of the surgical section of the American Academy of Pediatrics, New Orleans, LA, October 2012.

38. Deans K, Minneci PC, Lowell W, **Groner JI**.  Increased morbidity and mortality of trauma brain injury in victims of non-accidental trauma. Poster presentation at the Eastern Association for the Surgery of Trauma, Phoenix, AZ, January 15-19, 2013.

39. Deans K, Askegard-Giesmann JR, **Groner JI**, Thackery J, Minneci PC. Mortality increases with repeated episodes on non-accidental trauma in children. Poster presentation at the Eastern Association for the Surgery of Trauma, Phoenix, AZ, January 15-19, 2013.

40. Wurster L, Coffey C, Haley K, **Groner JI**.  Development of an Electronic Flow Sheet for Documentation of Trauma Resuscitations at a Level 1 Pediatric Trauma Center. Poster presentation at 16th annual meeting of the Trauma Center Association of America, Reno, Nevada, November 5-8, 2013.

41. Boomer LA, Nielsen J, Lowell W, Haley KJ, Coffey C, Nuss K, Nwomeh BC, **Groner JI**. Managing Moderately Injured Pediatric Patients Without Immediate Surgeon Presence: 10 years later. Oral presentation at the 45th annual meeting of the American Pediatric Surgical Association, Phoenix, AZ, May 31, 2014.

42. Nielsen JW, Raval MV, Kupzyk K, Kenney BD, King DR, **Groner JI**. Bites, Kicks, and Falls: the Impact of Animal Related Trauma in Children. Poster presentation at the American Academy of Pediatrics Annual Meeting, San Diego, CA, October 11-14 2014.

43. Nielsen JW, Shi J, Wheeler K, **Groner JI**, Besner GB, Xiang H, Kenney BD. Characteristics of Penetrating Pediatric Trauma in the US: A National Trauma Data Bank Analysis. Oral presentation at the American Academy of Pediatrics Annual Meeting, San Diego, CA, October 11-14 2014.

44. Boomer LA, Nielsen J, Lowell W, Haley KJ, Coffey C, Nuss K, Nwomeh BC, **Groner JI**. Managing Moderately Injured Pediatric Patients Without Immediate Surgeon Presence: 10 years later. Oral presentation at the 1st annual meeting of the Pediatric Trauma Society, Chicago, IL, November 14-15, 2014

45. Nielsen J, Kenney BD, **Groner JI**. 10 Year Review of CPR Outcomes in Pediatric Trauma. Oral presentation at the 1st annual meeting of the Pediatric Trauma Society, Chicago, IL, November 14-15, 2014

46. Asti L, Mahida JB, Deans KJ, Minneci PC, **Groner JI**, Raval MV. Pediatric Motorized Recreational Vehicle (MRV) Injuries in Children: Are organized events (OE) safer? Oral presentation at the 1st annual meeting of the Pediatric Trauma Society, Chicago, IL, November 14-15, 2014.

47. Nielsen J, Kenney BD, **Groner JI**. The Demographics of Pediatric Firearm Injuries a 10 year Review. Oral presentation at the 1st annual meeting of the Pediatric Trauma Society, Chicago, IL, November 14-15, 2014.

48. Minneci PC, Cooper JN, **Groner JI**, Thackeray J, Deans KJ. Predictors of Increased Injury Severity across Recurrent Episodes of Suspected Non-accidental Trauma. Oral presentation at the 1st annual meeting of the Pediatric Trauma Society, Chicago, IL, November 14-15, 2014.

49. Giles SA, Kurtovic K, **Groner JI**, Humphrey R, Fabia R, Besner GE, Van Sadovszky V. Evaluation of a Nursing Pain Assessment Tool for Burn Dressing Changes in a Pediatric Burn Center. Oral presentation at the 47th annual meeting of the American Burn Association, Chicago, IL, April 22, 2015.

50. Wheeler K, Shi J, Xiang H, Haley KJ, **Groner JI**. Safety in Numbers: Pediatric Emergency Department Volume Affects Imaging and Admission Rates for Child Maltreatment. Accepted for Oral presentation at the Section on Surgery of the American Academy of Pediatrics, Washington, DC, October 24-27, 2015.

51. Noffsinger DL, Johnson SR, Wheeler K, Shi J, Xiang H, **Groner JI**. Exercise Treadmills: A Cause of Significant Hand Injuries in Young Children. Accepted for Poster presentation at the Section on Surgery of the American Academy of Pediatrics, Washington, DC, October 24-27, 2015.

52. Ertl A, Cassidy LD, **Groner JI**. Characteristics of Pediatric Assault Patients: A Statewide Assessment.  Poster Presentation at the 74th Annual Meeting of the American Association for the Surgery of Trauma and Clinical Congress of Acute Care Surgery, Las Vegas NV, September 9-12 2015.

53. Kannan N, Wang J, Mink RB, Wainwright MS, **Groner JI**, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, Rowhani-Rahbar A, Vavilala MS. Timely Hemodynamic Resuscitation and Discharge Outcomes in Severe Traumatic Brain Injury: Preliminary Findings. Podium Presentation at the 2nd Annual meeting of the Pediatric Trauma Society, Phoenix, AZ, November 6-7, 2015.

54. Pan S, Kannan N, Wang J, Mink RB, Wainwright MS, **Groner JI**, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, Rowhani-Rahbar A, Vavilala MS Emergency Department Intracranial Pressure Monitoring in Severe Traumatic Brain Injury. Podium Presentation at the 2nd Annual meeting of the Pediatric Trauma Society, Phoenix, AZ, November 6-7, 2015.

55. Tarima S, Ertl A, Cassidy LD, **Groner, JI**. Association Between Insurance and Pediatric Trauma Mortality During First Hospitalization Day Among Patients with Severe Injuries. Podium Presentation at the 2nd Annual meeting of the Pediatric Trauma Society, Phoenix, AZ, November 6-7, 2015.

56. Cassidy LD, Halling M, Ertl A, Schmidt S, **Groner JI**. Probability of Head CT Use in Non-Trauma Centers Compared to Pediatric Trauma Centers. Podium Presentation at the 2nd Annual meeting of the Pediatric Trauma Society, Phoenix, AZ, November 6-7, 2015.

57. Halling M, Cassidy LD, Ertl A, Piatt JH, Schmidt S, **Groner JI**. Transfer of Children with TBI for Definitive Care, Particularly Without Airway Control, is a Risk Factor for Mortality. Podium Presentation at the 2nd Annual meeting of the Pediatric Trauma Society, Phoenix, AZ, November 6-7, 2015.

58. Ertl A, Zhou Y, Beyer K, Tarima S, **Groner JI** and Cassidy LD. The Spatial Epidemiology of Pediatric Trauma: A Statewide Assessment. Podium Presentation at the 2nd Annual meeting of the Pediatric Trauma Society, Phoenix, AZ, November 6-7, 2015.

59. Johnson S, Shi J, Xiang H, **Groner JI**, Thakkar RK, Fabia R, Besner GE, Wheeler KK. Factors Associated with Inter-Facility Transfer of Pediatric Burn Patients in U.S. Emergency Departments. Podium Presentation at the 2nd Annual meeting of the Pediatric Trauma Society, Phoenix, AZ, November 6-7, 2015.

60. McCulloh C, Saadai P, Boomer L, Wurster L, Kurtovic K, **Groner JI**. Reducing Over-triage for Level Two Activations at a Pediatric Level One Trauma Center. Poster Presentation at the 2016 ACS NSQIP Annual Conference, San Diego, CA, July 16-19, 2016.

61. Talbot LJ, Fabia R, **Groner JI**, Thakkar R, Kenney B. Early Fluid Overresuscitation Patterns in Severe Pediatric Burn Injuries and Influence on outcomes. Podium Presentation at the 75th Annual Meeting of AAST and Clinical Congress of Acute Care Surgery, Waikoloa, HI, September 14-17, 2016.

62. Talbot LJ, Fabia R, Kenney B, **Groner JI**, Thakkar R. Association of Early Resuscitation with 5% Albumin Solution and Late Infectious Complications in Pediatric Severe Burn Patients. Poster Presentation at the 75th Annual Meeting of AAST and Clinical Congress of Acute Care Surgery, Waikoloa, HI, September 14-17, 2016.

63. Talbot LJ, Fabia R, **Groner JI**, Kenney B, Thakkar R. Fever Trends and Utility of Early Broad Spectrum Antibiotic Therapy in Pediatric Severe Burn Patients. Poster Presentation at the 75th Annual Meeting of AAST and Clinical Congress of Acute Care Surgery, Waikoloa, HI, September 14-17, 2016.

64. Verlee S, Buchanan L, Giles S, **Groner JI**, Thakkar R, Fabia R. Perceived Stress Response in Caregivers Following Pediatric Burn Injury. Poster Presentation at 44th

Annual Eastern Great Lakes Burn Conference, Cuyahoga Falls, Ohio, September 29-30, 2016.

65. Lundine JP, Spaw A, Johnson S, Peng J, Wheeler K, Shi J, Yang G, Haley K, **Groner JI**, & Xiang H. (November, 2016). Who Comes Back? Follow-up care compliance after hospital discharge in pediatric TBI. Poster presented at the American College of Rehabilitation Medicine Annual Conference, Chicago, October 30-November 4, 2016.

66. Wheeler K, Shi J, Xiang H, Thakkar RK, **Groner JI**. Pediatric Trauma and Burn Patient Unplanned 30 Day Readmissions. Poster Presentation at 3rd Annual Pediatric Trauma Society Conference, Nashville, Tennessee, November 9-12, 2016.

67. Naik-Mathuria B, Rosenfeld E, Russell R, Vogel A, Falcone R, Moody S, Juan D, Mooney D, Thakkar R, **Groner JI**, Klinkner D, Gosain A, Fenton S, Stevens A. Non-Operative Management of High-grade Pediatric Pancreatic Injuries: Contemporary Trends. Oral Presentation at 3rd Annual Pediatric Trauma Society Conference, Nashville, Tennessee, November 9-12, 2016.

68. VerLee S, Buchanan L, Giles S, Thakkar R, **Groner JI**, Fabia R. Measuring Perceived Stress Response in Caregivers Following Pediatric Burn Injury. Oral Presentation at 3rd Annual Pediatric Trauma Society Conference, Nashville, Tennessee, November 9-12, 2016.

69. **Groner JI**, Koko T, Ertl A, Tarima S, Cassidy LD. Factors Associated with Mortality from Pediatric Blunt Liver Trauma in a State Trauma System. Poster Presentation at 3rd Annual Pediatric Trauma Society Conference, Nashville, Tennessee, November 9-12, 2016.

70. Wurster LA, Thakkar RK, Haley KJ, Wheeler KK, Larson J, Stoner M, Gerwitz Y, Holman T, Buckingham D, **Groner JI**. Standardizing the Initial Resuscitation of the Trauma Patient with the Primary Assessment Completion Tool (PACT) Using Video Review. Oral Presentation at 3rd Annual Pediatric Trauma Society Conference, Nashville, Tennessee, November 9-12, 2016.

71. Noffsinger D, Wurster LA, Wheeler K, Shi J, Xiang H, **Groner JI**. Analysis of Alcohol and Drug Screening Results in Adolescent Trauma Alerts at a Level 1 Pediatric Trauma Center. Poster Presentation at 3rd Annual Trauma Society Conference, Nashville, Tennessee, November 9-12, 2016.

72. Wheeler KK, Shi J, Xiang H, Nordin AB, **Groner JI**, Fabia R, Thakkar RK. Unplanned 30 Day Readmission Rates in Acutely Injured Pediatric Burn Patients. Oral Presentation at American Burn Association 49th Annual Meeting, Boston, Massachusetts, March 21-24, 2017.

73. Lodwick DL, Cooper J, **Groner JI**, Gonzalez DO, Lee C, Kelleher K, Minneci PC, Summit S, Krishnamurthy R, Deans KJ. Disparities in Radiation Burden from Computed

Tomography in Trauma Patients Triaged to Pediatric vs. Non-Pediatric Institutions. Poster Presentation, Society for Pediatric Radiology Annual Meeting, Vancouver, British Columbia, Canada, May 16-20, 2017.

74. Kelley-Quon LI, Pringle K, Shi J, Xiang H, Wheeler KK, **Groner JI**. Influence of Concealed Carry Legislation and Socioeconomic Status on Pediatric Firearm Injuries. Poster Presentation, American Association for the Surgery of Trauma, September 13, 2017.

75. Shen J, Thakkar R, Fabia R, **Groner JI**, Wheeler K, Radlinski D, Caupp D, Giles S, Xiang H.  Feasibility, User Experience, and Preliminary Efficacy of a Portable Virtual Reality Pain Management Tool for Pediatric Burn Dressing Changes: A Pilot Randomized Controlled Trial.  Presented at the 4th Annual Meeting of the Pediatric Trauma Society, Charleston, SC, November 3, 2017.

76. Thakkar R, Devine R, Fabia R, **Groner JI**, Hall M. Measures of Systemic Innate Immune Function Predict the Risk of Nosocomial Infection in Pediatric Burn Patients. Poster Presentation, American Burn Association 50th Annual Meeting, Chicago, Illinois, April 10-13, 2018.

77. Giles SA, Thakkar R, Noffsinger D, Fabia R, **Groner JI**. A Quality Improvement Project to Increase Deep Sedation for Initial Burn Wound Debridement. Poster Presentation, American Burn Association 50th Annual Meeting, Chicago, Illinois, April 10-13, 2018.

78. Hodosevich Z, Wheeler KK, Shi J, Coffey R, Bailey K, Jones LM, Thakkar R, Fabia R, **Groner JI**, Xiang H. The Incidence of Adult Burn Patient Unplanned 30-Day Readmissions in the United States. Oral Presentation, American Burn Association 50th Annual Meeting, Chicago, Illinois, April 10-13, 2018.

79. Crichton KG, Wheeler K, Shi J, Thakkar RK, **Groner JI**, Fabia R, Xiang H, Brink F. A Comparison of Self-inflicted versus Unintentional burns in the U.S. Inpatient Pediatric Population. Oral presentation at the 51st annual meeting of the American Burn Association, Las Vegas, NV, April 2-5, 2019.

80. Thakkar R, Devine R, Fabia R, **Groner JI**, Hall M. Monocyte Dysfunction Following Pediatric Thermal Injury May Predict the Development of Nosocomial Infections. Poster presentation at the 51st annual meeting of the American Burn Association, Las Vegas, NV, April 2-5, 2019.

81. Butler EK, Mills BM, Arbabi S, Bulger EM, Vavilala MS, **Groner JI**, Stansbury LG, Hess JR, Rivara FP. Association of blood component ratios with 24-hour mortality in injured children receiving massive transfusion. Oral Presentation, American Pediatric Surgical Association 50th Annual Meeting, Boston, MA, May 19-22, 2019.

82. Butler EK, **Groner JI**, Vavilala MS, Arbabi S, Rivara FP. Evaluation of Age-Adjusted systolic Blood Pressure and Shock Index for Pediatric Trauma Team Activation. Oral Presentation at the American Association for Surgery of Trauma, Dallas, TX, September 18-21, 2019.

83. Butler, EK, Mills BM, Arbabi S, **Groner JI**, Vavilala MS, Rivara FP. Laparoscopy compared to laparotomy for management of blunt abdominal trauma. Poster Presentation at The American Association for the Surgery of Trauma Annual Meeting, Dallas, Texas, September 18-21, 2019.

84. Ramsden M, Wheeler KK, Shi J, Thakkar RK, Fabia RB, **Groner JI**, Noffsinger D, Giles SA, Xiang H. Trend and Characteristics of US Pediatric Burn Hospitalizations, 2003-2016. Poster Presentation at Pediatric Trauma Society Annual Meeting, San Diego, California, November 13-16, 2019.

85. Butler EK, Killie EY, **Groner JI**, Arbabi S, Vavilala MS, Rivara FB. Optimal timing of tracheostomy in injured children. Quick Shot Presentation at Pediatric Trauma Society Annual Meeting, San Diego, California, November 13-16, 2019.

86. Butler EK, **Groner, JI**, Vavilala MS, Bulger EM, Rivara FB. Surgeon choice in management of pediatric abdominal trauma. Oral Presentation at American Pediatric Surgical Association (APSA) Annual Meeting, Orlando, Florida, May 13-17, 2020.

87. Noffsinger D, **Groner JI**, Thakkar RK, Xiang H, Samora J, Wurster L, Cassill H, Wallace A, Keesari, R. "Factors in an Increasing Prevalence of Pediatric Firearm Deaths and Hospital Admissions at a Level 1 Pediatric Trauma Center: Preliminary Findings." Poster Presentation at Inaugural Surgical Research Day, September 15, 2021

88. Armstrong M, **Goner JI**, Samora J, Olbrecht V, Tram NK, Noffsinger D, Xiang H. "The Impact of Ohio's Opioid Prescription Law on Opioid Use and Outcomes in Pediatric Patients." Abstract at Society for Advancement of Violence and Injury Research, April 17-19, 2023.


**Participation in Local Meetings**
1. **Groner JI**: "Pediatric Trauma Case Studies." Presented at the Emergency Care Series, Children's Hospital, Columbus, Ohio April 1998.

2. **Groner JI**: "Hazards of Home: An Analysis of Pediatric Firearm Injuries." Presented at The Center for Injury Research and Policy, Children's Hospital, Columbus, Ohio, November 16, 2001.

3. Kuhn A, Hayes J, Bowen W, Caniano D, **Groner JI**: "Seat Belts Save Lives, Reduce Injuries and Lower Hospital Charges". Presented at the Columbus Surgical Society's Presidential Symposium, Columbus, Ohio February 9, 2002.

4.  Corpron C, **Groner JI**, Roberts G, Haley K, Taheri P, Caniano D: "Pediatric Trauma Services:  A Profit Center".  Presented at the Columbus Surgical Society's Presidential Symposium, Columbus, Ohio, February 9, 2002.

5.  Martin A, Clark C, Corpron C, Chapman J, Martin L, Coffee C, Caniano D, **Groner JI**: "Delayed Diagnosis of Injuries in Pediatric Trauma Patients".  Presented at the Columbus Surgical Society's Presidential Symposium, Columbus, Ohio, February 9, 2002.

6.  Nelles M, Miller M, Armen S, **Groner JI**: "Snowboard Spleen and Other Hazards of Adolescent Snowboarding".  Presented at the 23rd Annual Children's Hospital Research Forum, Columbus, Ohio, June 6, 2002.

7.  Corpron C, Roberts G, Haley H, Taheri P, Caniano D, **Groner JI**: "Pediatric Trauma Services:  A Profit Center".  Presented at the 23rd Annual Children's Hospital Research Forum, Columbus, Ohio, June 7, 2002.

8.  Martin A, Clark C, Corpron C, Chapman J, Martin L, Coffey C, Caniano D, **Groner JI**: "Delayed Diagnosis of Injuries in Pediatric Trauma Patients".  Presented at the 23rd Annual Children's Hospital Research Forum, Columbus, Ohio, June 7, 2002.

9.  Askegard-Giesmann JR, Boomer L, Hackworth JL, Resler JA, **Groner JI**. "Low Velocity Pancreatic Trauma in Children:  A ten-year perspective.  Presented at the Indiana Chapter of the American College of Surgeons, Carmel, IN, April 25-26, 2014.

10. Talbot LJ, Fabia R, **Groner JI**, Kenney B, Thakkar R. Fever Trends and Utility of Early Broad Spectrum Antibiotic Therapy in Pediatric Severe Burn Patients. Presented at the Central Ohio Trauma Research Symposium, Columbus, OH, May 10, 2016.

11. Talbot LJ, Fabia R, Kenney B, **Groner JI**, Thakkar R. Association of Early Resuscitation with 5% Albumin Solution and Late Infectious Complications in Pediatric Severe Burn Patients. Presented at the Central Ohio Trauma Research Symposium, Columbus, OH, May 10, 2016.

12. Wurster LA, Thakkar RK, **Groner JI**. Improving Compliance with the ATLS Primary Assessment. Presented at the Central Ohio Trauma Research Symposium, Columbus, OH, May 10, 2016.

13. McCulloh C, Nordin A, Talbot LJ, Shi J, **Groner JI**. Fabia R, Thakkar R. Evaluation of Central Ohio Providers in Estimation of Total Body Surface Area Burned in Severe Pediatric Thermal Injury. Presented at the Central Ohio Trauma Research Symposium, Columbus, OH, May 11, 2017.

**Invited Lectures – National and International**
1.  "Firearm Policies of the American College of Emergency Physicians and the Eastern Association for the Surgery of Trauma." Presented at Defining a Medical Standard of

Care for Gun Injury Prevention: The HELP Networks's 8th Conference, Chicago, IL, April 17, 2004.

2. "Taking it to the Streets: Firearm Advocacy in the Community." Presented at Defining a Medical Standard of Care for Gun Injury Prevention: The HELP Networks' 8th Conference, Chicago, IL, April 17, 2004.

3. "Lethal Injection – a Prophesy Fulfilled." Presented at the Physicians' Roundtable of the 2nd World Congress against the Death Penalty, Montreal, QC, October 7, 2004.

4. "Minority Status and the Risk of Pediatric Firearm Injury." Presented at "Forging New Frontiers: The ABCs of Injury Prevention." The 9th Annual Injury Free Coalition for Kids Conference, Ft. Lauderdale, FL, December 3, 2004.

5. "Lethal Injection: The Medical Charade." Presented at the Nongovernmental Tribunal on Lethal Injection in Missouri, St. Louis University School of Law, St. Louis, Missouri, March 7, 2006.

6. "Lethal Injection on Trial." (symposium speaker)  Presented at the 3rd World Congress Against the Death Penalty, Cite Internationale Universitaire de Paris, Paris, France, February 1, 2007.

7. "Hazards of the Home: An Analysis of Pediatric Firearm Injuries." Presented at the 14th Annual Trauma Symposium, Memorial Regional Medical Center, Fort Lauderdale, Florida, February 8, 2007.

8. "Pediatric Soft Tissue Trauma." Presented at the 14th Annual Trauma Symposium, Memorial Regional Medical Center, Fort Lauderdale, Florida, February 9, 2007.

9. "Child Abuse: A Primer for Surgeons." Presented at the 14th Annual Trauma Symposium, Memorial Regional Medical Center, Fort Lauderdale, Florida, February 10, 2007.

10. "Lethal Injection Ethics – A Surgeon's Perspective." Presented at "A Forum on Execution by Lethal Injection - The Eye of the Needle: Ethical Considerations in Medicine and Law" Widener University School of Law, Wilmington, Delaware, April 26, 2007.

11. "Challenging Decisions in Pediatric Surgery – The Child With an Open Abdomen." Presented at the 15th Annual Trauma Symposium, Memorial Regional Trauma Center and University of Miami Miller School of Medicine, Hollywood, Florida, February 7, 2008.

12. "Botched Lethal Injections." Presented at the 15th Annual Trauma Symposium, Memorial Regional Trauma Center and University of Miami Miller School of Medicine, Hollywood, Florida, February 8, 2008.

13. "Injury Prevention in Pediatric Trauma." Presented at the 15th Annual Trauma Symposium, Memorial Regional Trauma Center and University of Miami Miller School of Medicine, Hollywood, Florida, February 9, 2008.

14. "The Hippocratic Paradox: The Role of the Medical Profession in Capital Punishment in the United States." Presented at "The Lethal Injection Debate: Law and Science," Fordham Law School, New York, New York, March 8, 2008

15. "Trauma Medicine" (Panel Moderator), Pediatric Disaster and Emergency Services National Summit, Los Angeles, California, September 11-12, 2008.

16. "The Good, the Bad and the Ugly: Recognition of Shock in Pediatric Trauma." Presented at the 16th Annual Trauma Symposium, Memorial Regional Trauma Center, Hollywood, Florida, February 12, 2009.

17. "Pediatric Solid Organ Injury: Observe, Embolize, or Operate?." Presented at the 16th Annual Trauma Symposium, Memorial Regional Trauma Center, Hollywood, Florida, February 13, 2009.

18. "What we do know," (session moderator) Seventh International Conference on Pediatric Trauma, Kiwanis Pediatric Trauma Institute, Fajardo, Puerto Rico, May 27, 2009.

19. "C-spine clearance: radiographs vs. CT" presented at the 40th annual meeting of the American Pediatric Surgical Association, Fajardo, Puerto Rico, May 28, 2009.

20. "Recognition and Management of Shock in Pediatric Trauma." Presented at the 6th Annual Advocate Injury Institute Symposium, Advocate Health Care System, Chicago, Illinois, November 19, 2009.

21. "Pediatric/Adolescent Solid Organ Injury: Observe, Embolize, or Operate?" Presented at the 6th Annual Advocate Injury Institute Symposium, Advocate Health Care System, Chicago, Illinois, November 19, 2009.

22. "Multidisciplinary Trauma Care:  Who's in Charge?" Presented at the 17th Annual Trauma Symposium, Memorial Healthcare System and University of Miami Miller School of Medicine, Hallandale Beach, Florida, February 11, 2010.

23. "Evolving Care of the Pediatric Trauma Patient – What's New in Pediatric Trauma," Presented at the 17th Annual Trauma Symposium, Memorial Healthcare System and University of Miami Miller School of Medicine, Hallandale Beach, Florida, February 12, 2010.

24. "ATV's, Farming Accidents, and Rural Pediatric Trauma," Presented at the 17th Annual Trauma Symposium, Memorial Healthcare System and University of Miami Miller School of Medicine, Hallandale Beach, Florida, February 13, 2010.

25. "Bullying & Violence in Today's Youth: From Little Rascals to Big Problems," presented at the 18th Annual Memorial Healthcare Trauma Symposium, Hollywood, Florida, February 10, 2011.

26. "The Role of the Adult Surgeon in Pediatric Trauma Care," presented at the 18th Annual Memorial Healthcare Trauma Symposium, Hollywood, Florida, February 10, 2011.

27. "Pediatric Burns – When Stop, Drop, Roll Fails," presented at the 18th Annual Memorial Healthcare Trauma Symposium, Hollywood, Florida, February 12, 2011.

28. "Delayed Diagnosis of Injuries in Pediatric Trauma Patients," presented at the 19th Annual Memorial Healthcare Trauma Symposium, Hollywood, Florida, February 9, 2012.

29. "Is Pediatric Trauma an Accident? Potential for Prevention and Intervention," presented at the 19th Annual Memorial Healthcare Trauma Symposium, Hollywood, Florida, February 10, 2012.

30. "Sport Related injuries in the Pediatric Population," presented at the 19th Annual Memorial Healthcare Trauma Symposium, Hollywood, Florida, February 11, 2012.

31. "Pediatric Sports Related Injures," presented at Trauma Grand Rounds at Broward General Medical Center, Fort Lauderdale, Florida, November 6, 2012.

32. "Keys to Success in Pediatric Trauma Resuscitation," presented at the 20th Annual Memorial Healthcare Trauma Symposium, Hollywood, Florida, February 7, 2013.

33. "Hot Principles for Care in Pediatric Burn Management," presented at the 20th Annual Memorial Healthcare Trauma Symposium, Hollywood, Florida, February 8, 2013.

34. "Pediatric Damage Control: Injury to Reconstruction," presented at the 20th Annual Memorial Healthcare Trauma Symposium, Hollywood, Florida, February 9, 2013.

35. "Abdominal Damage Control in Pediatric Trauma," presented at the 13th annual John M. Templeton Pediatric Trauma Symposium, Pittsburgh, PA, March 2, 2013.

36. "Abdominal Damage Control in Pediatric Trauma," presented at the Annual Meeting of the American Pediatric Surgical Nurses Association, May 26, 2014.

37. "Keys to Success in Pediatric Trauma Resuscitation," presented at the Pediatric Trauma Conference, Providence Alaska Medical Center, Anchorage, AK, June 12, 2014.

38. "What's New in Pediatric Trauma," presented at the Pediatric Trauma Conference, Providence Alaska Medical Center, Anchorage, AK, June 12, 2014.

39. "Delayed Diagnosis of Injuries in Pediatric Trauma Patients," presented at the Pediatric Trauma Conference, Providence Alaska Medical Center, Anchorage, AK, June 12, 2014.

40. "Recognition and Management of Pediatric Surgical Acute Care Emergencies," presented at the 2014 annual meeting of The American Association for the Surgery of Trauma, Philadelphia, Pa, September 11, 2014 (lunch session presentation with R. Todd Maxson MD).

41. "The ABCs of Pediatric Trauma Resuscitation," presented at the American Association for the Surgery of Trauma Grand Rounds (webinar), October 15, 2014.

42. "Pediatric Trauma Resuscitation:  Facts, Fears, and Fairy Tales," presented at the 22nd Annual Memorial Healthcare System Trauma Symposium, Hollywood, Florida, February 5, 2015.

43. "Missed Injuries in Pediatric Trauma – a Never Event?" presented at the 22nd Annual Memorial Healthcare System Trauma Symposium, Hollywood, Florida, February 5, 2015.

44. "The ABCs and 123s of Pediatric Solid Organ Injury," presented at the 22nd Annual Memorial Healthcare System Trauma Symposium, Hollywood, Florida, February 7, 2015.

45. "Firearm Trauma – A Pediatric Trauma Surgeon's Perspective," Keynote Address at the 9th Annual Children's Hospital and Medical Center Trauma Conference, Omaha, Nebraska, June 5, 2015.

46. "Blunt Pancreatic Trauma in Children:  non-operative management is the gold standard" (debate format with David Notrica MD). Presentation at the 74th Annual Meeting of the American Association for the Surgery of Trauma and Clinical Congress of Acute Care Surgery, Las Vegas NV, September 9, 2015.

47. "The Hippocratic Paradox − The Role of Medical Professionals in Capital Punishment in the United States," Joint Surgery/Anesthesia Grand Rounds, University of Washington Medical Center, January 13, 2016. (Visiting Professor, Harborview Injury Prevention & Research Center)

48. "Pediatric Firearm Trauma: A surgeon's perspective." Presented at Harborview Injury Prevention and Research Center, January 13, 2016.

49. "Learn From Our Mistakes – Missed Diagnoses in Pediatric Trauma." Presented at Department of Surgery Grand Rounds, Rush University Medical Center, June 15, 2016.

50. "Missed Injuries in Pediatric Trauma," presented at Dell Children's Medical Center of Central Texas, May 31, 2017

51. "Pediatric Firearm Injuries- A Surgeon's Perspective," presented at Dell Children's Medical Center of Central Texas, May 31, 2017

52. "Screening Practices for Non-Accidental Trauma – A Surgeon's Perspective," presented at the Western Pediatric Trauma Conference, Santa Barbara, CA, July 13, 2017.

53. "Disaster and Mass Casualty Training at a Community Hospital in Israel," presented at the Western Pediatric Trauma Conference, Santa Barbara, CA, July 14, 2017.

54. "The Hippocratic Paradox: A Surgeon's Journey to Death Row (and Back)," Presidential Address, Pediatric Trauma Society Annual Meeting, Charleston, SC, November 4, 2017.

55. "Firearm Trauma: A Pediatric Trauma Surgeon's Perspective," presented at the Memorial Healthcare System Trauma Symposium, Weston, Florida, February 1, 2018.

56. "Disaster and Mass Casualty Training at a Community Hospital in Israel," presented at the Memorial Healthcare System Trauma Symposium, Weston, Florida, February 1, 2018.

57. "Standardized and Evidence Based Evaluation of Non-Accidental Trauma – Being consistent so we don't miss it!" Virtual Grand Rounds Webinar, The American Association for the Surgery of Trauma (AAST), November 18, 2020.

58. "NTRAP Trauma Research Gap Delphi Panels:  Pediatric Trauma" (national webinar) Presented by CNTR, the Coalition for National Trauma Research. March 23, 2023.


**Invited Lectures – Regional and Local**

1. "Seat Belt Injuries in Children."  Presented at the 1st Annual Ohio Pediatric Trauma Symposium, Rainbow Babies & Children's Hospital, Cleveland, Ohio, October 1998.

2. "Pediatric Abdominal Injuries and Pediatric Seat Belt Injuries." Presented at Genesis Health Care System, Zanesville, Ohio, October 28, 1998.

3. "Pediatric Surgical Abdomen:   Pediatric Seat Belt Injuries." Presented at the Pediatric Liaison Network Meeting, Pediatric Potpourri, Children's Hospital, Columbus, Ohio, December 8, 1998.

4. "Abdominal Catastrophes" Presented at the Lounge and Learn Series, Children's Hospital, Columbus, Ohio, January 29, 1999.

5. "Primary Seat Belt Legislation" Presented at the Capital Kids Campaign News Conference, Ohio Department of Public Safety, Columbus, Ohio, February 16, 1999.

6.  "What's New with Pediatric Trauma?" Presented at the MED flight of Ohio and Ohio State University Medical Center, Columbus, Ohio, April 10, 1999.

7.  "Concealed Weapons, HB 165" Testimony before the House Criminal Justice Committee, 123rd General Assembly, Columbus, Ohio, April 27, 1999.

8.  "Acute Abdomen." Presented at Grant Hospital Family Practice Resident lecture, Grant Hospital, Columbus, Ohio, August 4, 1999.

9.  "Pediatric Trauma – Initial Stabilization." Presented at Transported Training class, Children's Hospital, Columbus, Ohio, August 11, 1999.

10. "Pediatric Blunt Abdominal Trauma." Presented at Association of Perioperative Registered Nurses Conference, St. Ann's Hospital, Columbus, Ohio, September 14, 1999.

11. "Don't Sweat the Small Things-Unless it's a Pediatric Trauma Patient." Presented at the Peninsula Regional Medical Center and the Division of Trauma 10th Annual Trauma Conference, Topics in Trauma. Roland E. Powell Convention Center, Ocean City, Maryland, September 30-October 1, 1999.

12. "Seat Belt Injuries in Children." Presented at 2nd Annual Ohio Pediatric Trauma Symposium, The Children's Medical Center, Dayton, Ohio, November 5, 1999.

13. "Firearm Safety-Testimony on HB526" Testimony before the House Criminal Justice Committee, 123rd General Assembly, Columbus, Ohio, April 11, 2000.

14. "Gun Safety" Presented at the Prevention Institute. Clarion Hotel, Worthington, Ohio, March 10, 2000.

15. "Pediatric Blunt Abdominal Trauma" Presented at Trauma Rounds," Rita's Medical Center, Lima, Ohio, April 25, 2000.

16. "Initial Resuscitation of Pediatric Trauma Patient" Presented at the St. Anne's Emergency Physician Staff Meeting, St. Ann's Hospital, Columbus, Ohio, April 28, 2000.

17. "Don't Sweat the Small Things-Unless It's a Pediatric Trauma Patient" Presented at Southern Ohio Medical Center, Portsmouth, Ohio, May 5, 2000.

18. "Don't Sweat the Small Things-Unless It's a Pediatric Trauma Patient" Presented at Children's Teleconferencing Programs/Ohio State Health Network, Columbus, Ohio, June 2, 2000.

19. "First Monday 2000-Unite to End Gun Violence" Presented at Ohio State University College of Law, Columbus, Ohio, October 2, 2000.

20. "Firearm Safety-An Overview" Presented at Ohio State School of Public Health Grand Rounds, Columbus, Ohio, October 13, 2000.

21. "Don't Sweat the Small Things-Unless It's a Pediatric Trauma Patient" Presented at Dayton Children's Medical Center, Dayton, Ohio, November 1-2, 2000.

22. "Common Neonatal Surgical Problems" Presented at Infants at Risk….An Interdisciplinary Approach to Neonatal Care Conference, Children's Hospital, Columbus, Ohio, November 6, 2000.

23. "Don't Sweat the Small Things-Unless It's a Pediatric Trauma Patient" Presented at Southeastern Ohio Regional Medical Center, Cambridge, Ohio, November 29, 2000.

24. "Firearm Safety-An Overview" Presented at Presbyterian Women's Gathering, Boulevard Presbyterian Church, Columbus, Ohio, January 27, 2000.

25. "Firearm Safety" Presented at Mother's Day Rally, Statehouse, Columbus, Ohio, May 13, 2001.

26. "Fluid Resuscitation in Pediatric Trauma" Presented at Genesis Health Care System, Zanesville, Ohio, May 30, 2001.

27. "Fluid Resuscitation in Pediatric Trauma" Presented at Children's Hospital, Columbus, Ohio, June 27, 2001.

28. Opponent testimony on HB274 bill "Right to Carry Concealed Weapons" Statehouse, Columbus, Ohio, July 11, 2001.

29. "First Monday 2001-Gun Violence and Its Impact on Society" Presented at Ohio State University College of Law, Columbus, Ohio, October 1, 2001.

30. "Protecting our Children:  Injury Prevention and The Trauma Program at Children's Hospital" Presented at Children's Hospital, talk to financial professionals, Columbus, Ohio, October 16, 2001.

31. "Pneumothorax" Presented at Pediatric Surgery Seminar, Children's Hospital, Columbus, Ohio, February 27, 2002.

32. "Hazards of the Home: An Analysis of Pediatric Firearm Injuries" Presented at Trauma Grand Rounds at Children's Hospital, Columbus, Ohio, February 27, 2002.

33. "Hazards of the Home: An Analysis of Pediatric Firearm Injuries" Presented at Toledo Children's Hospital Trauma Services Spring Update Conference, Toledo, Ohio, March 8, 2002.

34. "Hazards of the Home: An Analysis of Pediatric Firearm Injuries" Presented at Trauma Symposium, Cincinnati Children's Hospital, April 19, 2002.

35. "Trauma Alerts 2002" Presented at Trauma Grand Rounds at Children's Hospital, Columbus, Ohio, May 22, 2002.

36. "Hazards of the Home: An Analysis of Pediatric Firearm Injuries" Presented at Gun Summit Conference, Cleveland, Ohio, June 7, 2002.

37. "Hazards of the Home: An Analysis of Pediatric Firearm Injuries" Presented at ODPS, EMS Division of Fire, Columbus, Ohio, August 21, 2002.

38. Opponent Testimony on HB274 Bill – Right to Carry Concealed Weapons, Statehouse, Columbus, Ohio, September 3, 2002.

39. "Pediatric Trauma Centers, Do They Make A Difference?" Presented at Trauma Care Symposium Sponsored by Grant Medical Center, Adams Mark Hotel, Columbus, Ohio, November 14, 2002.

40. "Pediatric Trauma Centers:  Do They Make a Difference" Presented at Trauma Grand Rounds at Children's Hospital, Columbus, Ohio, November 27, 2002.

41. Opponent testimony on HB274 Bill – Right to Carry Concealed Weapons, Ohio Senate Criminal Justice Committee, Statehouse, Columbus, Ohio, December 4, 2002.

42. "Lethal Injection: A Stain on The Face of Medicine" Presented to the Unitarian Universalist Church of Columbus, Ohio, February 7, 2003.

43. "Firearm Injuries" Presented to Little Hocking EMS personnel, Belpre, Ohio, April 30, 2003.

44. "Seatbelt Injuries" Presented to Belle Valley EMS personnel, Zanesville, Ohio, May 14, 2003.

45. "Damage Control: What Is It?  Who Invented It?"  Presented at Statewide Trauma Symposium Sponsored by Children's Hospital, Greater Columbus Convention Center, Columbus, Ohio, May 16, 2003

46. "Pediatric Motorized Recreation Vehicles Injuries" Presented at the Public Field Hearing concerning all terrain vehicles sponsored by the Consumer Product Safety Commission, Morgantown, West Virginia, June 5, 2003.

47. "Damage Control-What Is It? Who Invented It?" Presented at Trauma Grand Rounds at Children's Hospital, Columbus, Ohio, July 23, 2003.

48. "The Epidemiology of Pediatric Firearm Injuries" Presented at Toledo Hospital, Toledo Children's Hospital Safe Kids Coalition meeting, Toledo, Ohio, September 5, 2003.

49. "Seatbelt Injuries" Presented to Columbus Division of Fire's, EMS Education Program, Columbus, Ohio, October 2, 2003.

50. "Seatbelt Injuries" Presented to Columbus Division of Fire's, EMS Education Program, Columbus, Ohio, October 16, 2003.

51. "Trauma Issues" Presented at Track II meeting, Children's Hospital, Columbus, Ohio, October 16, 2003.

52. "Update of Trauma Team Response and Alert Criteria" Presented at Trauma Grand Rounds at Children's Hospital, Columbus, Ohio, October 22, 2003.

53. "The Teenager-Old Child or Young Adult?" Presented at Trauma Care 2003 conference sponsored by Grant Hospital at the Adam's Mark Hotel, Columbus, Ohio, November 11, 2003.

54. "The Epidemiology of Pediatric Firearm Injuries" Presented at the Central Ohio Pediatric Society's meeting, Lindey's Restaurant, Columbus, Ohio, January 21, 2004.

55. "Demographic and Environmental Factors Predict Pediatric Pedestrian Injuries In An Urban Setting." Presented at the Columbus Pedestrian and Transportation Commission, Columbus, Ohio, March 11, 2004.

56. "The Increasing Risk of Pediatric ATV Injuries" Presented at the Ohio Chapter of Emergency Nurses Association Meeting, Portsmouth, Ohio, April 24, 2004.

57. "The Epidemiology of Pediatric Firearm Injuries" Presented at the Columbus Neighborhood Safety Working Group, Columbus, Ohio, May 13, 2004.

58. "Abdominal and Genitourinary Trauma" Presented at Pediatric Surgical Tutorial, Children's Hospital, Columbus, Ohio, September 29, 2004.

59. "Vacuum Assisted Wound Closure in Pediatric Trauma," Presented at Trauma Care 2004 sponsored by Grant Hospital, Columbus, Ohio, November 10, 2004.

60. "Management of Pediatric Soft Tissue Injuries" Presented at Trauma Grand Rounds, Children's Hospital, Columbus, Ohio, December 22, 2004.

61. "Pediatric Trauma Hot Topics" Presented at St. Rita's Medical Center, Columbus, Ohio, July 26, 2005.

62. "Child Abuse," Presented at the Critical Care Lecture Series, Children's Hospital, Columbus, Ohio, February 1, 2006.

63. "Pediatric Trauma Essentials," Presented at the Critical Care Lecture Series, Children's Hospital, Columbus, Ohio, February 8, 2006.

64. "Pediatric Soft Tissue Trauma," Presented at the "Lounge and Learn Lecture Series," Children's Hospital, Columbus, Ohio, February 10, 2006.

65. "Pediatric Soft Tissue Trauma," Presented at the surgery resident noon lecture series, Mount Carmel West Hospital, Columbus, Ohio, March 14, 2006.

66. "Congenital Chest Lesions," Presented at the pulmonary medicine lecture series, Children's Hospital, Columbus, Ohio, March 17, 2006.

67. "Pediatric Soft Tissue Trauma," Presented at the McConnelsville-Malta Fire Department/EMS, McConnelsville, Ohio, September 25, 2006.

68. "Non-accidental trauma," presented at the Children's Hospital Critical Care Lecture Series, October 11, 2006.

69. "Child abuse – A surgeon's perspective," presented at the 8th Annual Ohio Pediatric Trauma Symposium, Dayton, Ohio, April 20, 2007.

70. "Interventional Radiology, Operate, or Observe:  Which Path Do I take?"  presented at the 9th Annual Ohio Pediatric Trauma Symposium, Mason, Ohio, April 25, 2008.

71. "Pediatric Trauma Research" presented at American Association of Orthopaedic Surgeons Capitol Hill Briefing Program, Washington, D.C., May 20, 2008.

72. "Building a Trauma Program – The Nationwide Children's Hospital Model" (Surgery Grand Rounds), presented at Brenner Children's Hospital, Wake Forest University Baptist Medical Center, February 4, 2009 (*visiting professor*)

73. "The Good, the Bad, and the Ugly: Recognition of Shock in Pediatric Trauma" presented at Brenner Children's Hospital, Wake Forest University Baptist Medical Center, February 4, 2009 (*visiting professor*)

74. "The Pediatric Acute Abdomen" presented at MedNet 21, Center for Continuing Medical Education, The Ohio State University College of Medicine, October 23, 2009.

75. "The Good, the Bad, and the Ugly: Recognition of Shock in Pediatric Trauma" presented at Trauma Grand Rounds, Rainbow Babies and Children's Hospital, Cleveland, Ohio, November 4, 2009.

76. "Pediatric Torso Trauma," presented at the 11th annual Ohio Pediatric Trauma Symposium, Akron, Ohio, April 16, 2010.

77. "Multi-disciplinary Trauma Care- Who is in Charge?" Trauma Grand Rounds, Nationwide Children's Hospital, May 26, 2010.

78. "The Good, The Bad, and The Ugly:  Recognition and Management of Shock in Pediatric Trauma." Presented at Genesis Health Care System, Zanesville, Ohio, December 7, 2011.

79. "The Good, The Bad, and The Ugly:  Recognition and Management of Shock in Pediatric Trauma." Presented at MedCentral Health System, Mansfield, Ohio, March 13, 2012.

80. "Pediatric Trauma" Presented at the Conference of the Ohio Association of Emergency Medical Services, Columbus, Ohio, June 27, 2012

81. "Child Abuse." Presented at the OSU MedNet 21 CME program, (webcast) with Jonathan Thackery MD, November 22, 2013.

82. "Communication in the Trauma Room:  Working Together in a High Stress Environment." Presented at Trauma Grand Rounds, Nationwide Children's Hospital, January 8, 2014.

83. "The role of community hospitals in pediatric trauma," presented at Southeastern Medical Center, Cambridge, Ohio, April 30, 2014

84. "What's new in pediatric trauma," presented at surgical grand rounds, Mt. Carmel Medical Center, August 28, 2014.

85. "Pediatric Sports Related Injuries," presented at the 3rd Annual Pediatric Collaborative Colloquium, St. Rita's Hospital, Lima, Ohio, October 11, 2014.

86. "Abdominal Damage Control in Pediatric Trauma," presented at the 5th Annual Brenner Children's Hospital Pediatric Trauma Conference, Winston-Salem, North Carolina, October 22, 2014.

87. "Child Abuse – A Surgeon's Perspective," presented at the Pediatric Critical Care Medicine Fellowship lecture, Nationwide Children's Hospital, February 4, 2016.

88. "Pediatric Firearm Trauma – A Surgeon's Perspective," presented at the Injury Epidemiology class (PUBHEPI 6432) at The Ohio State University College of Public Health, February 29, 2016.

89. "Disparities in Trauma Care," presented at the Center for Injury Research and Policy at The Research Institute at Nationwide Children's Hospital, March 31, 2016.

90.  "Trauma Update," presented at Anesthesiology Grand Rounds, Nationwide Children's Hospital, May 11, 2016.

91. "Pediatric Trauma Resuscitation," presented at McConnelsville/Malta Fire Department, McConnelsville, Ohio, June 13, 2016.

92. "Perception – Pediatric Firearm Trauma," presented at TEDx Yearling Road, Whitehall, Ohio, June 22, 2016.

93. "Guns as a Public Health Issue," Presented at The Ohio State University College of Medicine-Medical Student Class, Advocacy and Social Determinants of Health, Columbus, Ohio, October 7, 2016.

94. "Stop the Bleed- Save a Life (Hemorrhage Control)," Presented at Trauma Grand Rounds, Nationwide Children's Hospital, Columbus, March 8, 2017.

95. "The Impact of Domestic Terrorism and Active Shooter Incidents on Trauma Care at Pediatric Centers," presented at the Marietta Memorial Trauma Symposium, Marietta, Ohio, March 9, 2017.

96. "Outpatient Burn Management" presented at Emergency Medicine/Urgent Care Physicians, Nationwide Children's Hospital, Westerville Urgent Care, May 9, 2017.

97. "Penetrating Injuries" presented at Emergency Department Trauma Nurse Leadership meeting, Nationwide Children's Hospital, June 13, 2017.

98. "Injury Surveillance: Pediatric Firearm Injuries" presented at The Ohio State University-Center for Injury Research and Policy, The Ohio State University, February 27, 2018.

99. "Firearm Trauma: A Pediatric Trauma Surgeon's Perspective," presented at the 2018 Public Health Combined Conference, Worthington, Ohio, May 16, 2018.

100. "Non-Accidental Trauma" Presented at the Critical Care Lecture Series, Nationwide Children's Hospital, Columbus, Ohio, February 8, 2019.

101. "The Hippocratic Paradox: A surgeon's journey to death row and back." Pediatric Grand Rounds, Children's Hospital of the King's Daughter, May 16, 2019.

102. "Missed Injuries in Pediatric Trauma." Pediatrics Teaching Conference, Children's Hospital of the King's Daughter, May 16, 2019.

103. Non-Accidental Trauma" Presented at the Critical Care Lecture Series, Nationwide Children's Hospital, Columbus, Ohio, December 20, 2019.

104. "Firearm-Related Injuries/PUBHEPI 4432 Injury: A Public Health Problem" Presented at The Ohio State University, March 30, 2020.

105. "Combatting Racism in Pediatric Trauma Care," Presented at Trauma Grand Rounds, Nationwide Children's Hospital, July 8, 2020.

106. "Acute Diagnosis and Management of Pediatric Trauma," Presented at Pediatric Outreach Education Program of Nationwide Children's Hospital (virtual), July 21, 2021.

107. "ABCs of Pediatric Trauma Resuscitation – 2021 Edition," Presented at the OhioHealth Trauma Care 2021 Conference (virtual), November 9, 2021

108. "Missed Injuries in Pediatric Trauma – and How to Avoid Them," Presented at Surgery Grand Rounds, Nationwide Children's Hospital, November 10, 2021.

109. "Missed Injuries in Pediatric Trauma – and How to Avoid Them," Presented at Pediatric Outreach Education Program of Nationwide Children's Hospital (virtual), August 23, 2022.

110. "Pediatric Firearm Trauma – A Surgeon's Perspective," presented at "Emerging Trends in Healthcare – Firearm Diseases in Central Ohio," Columbus Medical Association, Columbus, Ohio, December 6, 2022.

111. "Pediatric Firearm Trauma – A Surgeon's Perspective," presented at the Kiwanis Club of Columbus, Columbus Public Library, December 20, 2022.

112. "Pediatric Firearm Trauma," presented at Church of the Messiah, Westerville, OH, April 23, 2023

113. "Missed Injuries in Pediatric Trauma – and How to Avoid Them" (Jack Hertzler Lecture) presented at Surgical Grand Rounds, Wayne State University, Detroit, MI, April 26. 2023

114. "Gun Violence" Presented at Pediatric Ground Rounds, Nationwide Children's Hospital, June 1, 2023.

## Bibliography

**Book Chapters**

1. **Groner JI**, Ziegler MM. Management of Cloacal Exstrophy. *Newborn Surgery*. Heinemann Medical Books. (Puri P, ed.) London, 1996, pages 461-465.

2. King DR, **Groner JI**. Renal Neoplasms. *Pediatric Surgery, 3rd edition*. (Ashcraft KW, ed.), W.B. Saunders CO., Philadelphia, Pennsylvania, 2000, pages 859-874.

3. **Groner JI**, Ziegler MM. Cloacal Exstrophy. *Newborn Surgery*. (Puri P, ed.), Oxford University Press, New York, 2003.

4. **Groner JI**. Ectopia and Sternal Defects. *Operative Pediatric Surgery*. (Ziegler MM et al, ed), McGraw-Hill, Philadelphia, Pennsylvania, 2003.

5. King DR, **Groner JI**, Teich S. Mediastinal Cysts and Tumors. *Operative Pediatric Surgery*. (Ziegler MM et al, ed), McGraw-Hill, Philadelphia, Pennsylvania, 2003.

6. Dietrich AM, **Groner JI**. Trauma in Children. *Basic Trauma Life Support for the EMT-B and First Responder, 4th edition*. (Campbell JE, ed) Pearson Prentice Hall, Upper Saddle River, New Jersey, 2004.

7. **Groner JI**. Injuries to Children: A Surgeon's Perspective. *Forensic Medicine of the Lower Extremity*. (Rich J, Dean DE, Powers RH, eds), Humana Press, Totowa, New Jersey, 2005.

8. Dietrich AM, **Groner JI**. Trauma in Children. *Basic Trauma Life Support for Paramedics and Other Advanced Providers, 5th edition*. (Campbell JE, ed) Pearson Prentice Hall, Upper Saddle River, New Jersey, 2005.

9. Dietrich AM, **Groner JI**. Trauma in Children. *International Trauma Life Support for Prehospital Care Providers, 6th edition*.  (Campbell JE, ed) Pearson Prentice Hall, Upper Saddle River, New Jersey, 2008.

10. **Groner JI**. Reoperation after Duodenal Atresia Repair and Management of Duodenal Fistulas.  *Reoperative Pediatric Surgery*. (Teich S and Caniano DA, eds), Humana Press, New Jersey, 2008.

11. **Groner JI**, Ogirima MO. Musculoskeletal Trauma. In: Ameh EA, Bickler SJ, Lakhoo K, Nwomeh BC, Poenaru D (eds), *Paediatric Surgery: A Comprehensive Textbook for Africa*.  Global-HELP Organization, Seattle, WA, 2010.

12. **Groner JI**. Ectopia Cordis and Sternal Defects.  In: Ziegler MM, Azizkhan R, Weber T, vonAllmen D (eds), *Operative Pediatric Surgery, Second Edition*. McGraw-Hill Professional, New York, February 2014, 277-291.

13. Teich S, Aldrink J, **Groner JI**. Mediastinal Cysts, Tumors and Myasthenia Gravis, In: Ziegler MM, Azizkhan R, Weber T, vonAllmen D (eds), *Operative Pediatric Surgery, Second Edition*. McGraw-Hill Professional, New York, February 2014, 393-406.

**Articles in Peer-Reviewed Journals**

1. **Groner JI**, Schumann R, Lang IM, Telford GL. Fentanyl and Alfentanil Initiate the Migrating Myoelectric Complex but not the vomiting response in the Canine Small Intestine. *Current Surgery*. 1988 May – June; 45(3):209 -211. PMID: 3135984.

2. **Groner JI**, Edmistion CE, Krepel CJ, Telford GL, Condon RE. The Efficacy of Oral Antibiotic in Reducing Colonic Mucosal Associated Aerobic and Anaerobic Microflora. *Archives of Surgery*. 1989 March; 123(3):281 – 284. PMID: 2919961.

3. **Groner JI**, Brown MF, Stallings VA, Ziegler MM, O'Neill JA Jr. Resting Energy Expenditure in Children Following Major Operative Procedures. *Journal of Pediatric Surgery*. 1989 Aug;24(8):825 – 827. PMID: 2769551.

4. **Groner JI**, Altschuler SM, Ziegler MM. The Newborn Piglet: A Model of Neonatal Gastrointestinal Motility. *Journal of Pediatric Surgery*. 1990 March;25(3):315 – 318. PMID: 2313500.

5. **Groner JI**, Teich S, Schauer GM, King DR. Congenital Diaphragmatic Hernia and Profound Prematurity: Report of a Survivor. *Journal of Pediatric Surgery*. 1995 Sep;30(9):1370 – 1372. PMID: 8523250.

6. **Groner JI**, Marlow JP, Teich S. Groin Laparoscopy: A New Technique for Contralateral Groin Evaluation in Pediatric Inguinal Hernia Repair. *Journal of the American College of Surgeons.* 1995 Aug;181(2): 168 – 170. PMID: 7627391.

7. **Groner JI**, Teske DW, Teich S. Dicephalus Dipus Dibrachius: An Unusual Case of Conjoined Twins. *Journal of Pediatric Surgery*. 1996 Dec;31(12):1698 – 16700. PMID: 8986994.

8. **Groner JI**. Endotoxin and Transient Hypoxia Cause Severe Acidosis in the Piglet. *Journal of Pediatric Surgery*. 1997 Jul;32(7):1123 – 1125. PMID: 9247248.

9. Shaffer JP, Barson W, LuQuette M, **Groner JI**, Hogan MJ, Allen E. Massive Hemoptysis in a Child with Histoplasmosis. *Pediatric Pulmonary*. 1997 Jul;24(1):57 – 60. PMID: 9261855.

10. Meric F, Teitelbaum DH, Geiger JD, Harmon CM, **Groner JI**. Latex Sensitization in General Pediatric Surgical Patients: A Call for Increased Screening of Patient. *Journal of Pediatric Surgery.* 1998 Jul;33(7):1108 – 1111. PMID: 9694104.

11. Cook CH, Melvin WS, **Groner JI**, Allen E, King DR.  A Cost-Effective Thoracoscopic Treatment Strategy for Pediatric Spontaneous Pneumothorax. *Surgical Endoscopy*. 1999 Dec;13(12):1208 – 1210. PMID: 10594264.

12. Coley BD, Mutabagani K, Martin LC, Zumberge N, Cooney DR, Caniano DA, Besner GE, **Groner JI**, Sheils WE. Focused Abdominal Sonography for Trauma (FAST) in Children with Blunt Abdominal Trauma. *The Journal of Trauma*. 2000 May;48(5):902 – 906. PMID: 10823534.

13. Kuhn MA, **Groner JI**. Fluid Resuscitation in the Pediatric Trauma Patient. *Trauma Reports* Vol. 2, No. 5, September-October, 2001.

14. Hayes JR, **Groner JI**.  Should Level I Trauma Centers be rated NC-17?  Letter to the editor. *The Journal of Trauma*. 2002 Jan;52(1):189 – 190. PMID: 11791078.

15. **Groner JI**: Lethal Injection. A Stain on the Face of Medicine. British Medical Journal. 2002 Nov;325(7371):1026 – 1028. PMID: 12411367.

16. **Groner JI**. Lethal Injection and The Medicalization of Capital Punishment in The United States. Health and Human Rights: *An International Journal* 6(1):65-79, 2002.

17. Fangusaro J, Klopfenstein K, **Groner J**, Hammond S, Altura, RA. Inflammatory Myofibroblastic Tumor Following Hematopoietic Stem Cell Transplantation: Report of Two Pediatric Cases. *Bone Marrow Transplant*. 2004 Jan;33(1):103 – 107. PMID: 14647262.

18. **Groner JI**. Lethal Injection: The Medical Charade. *Ethics and Medicine*. 2004;20(2):25 – 30. PMID: 15468480.

19. Coffey C, Haley K, Hayes J, **Groner JI**. The Risk of Child Abuse in Infants and Toddlers with Lower Extremity Injuries. *Journal of Pediatric Surgery*. 2005 Jan;40(1):120 – 123. PMID: 15868570.

20. Arca MJ, Gates RL, **Groner JI**, Hammond S, Caniano DA. Clinical Manifestations of Appendiceal Pinworms in Children: an Institutional Experience and Review of the Literature. *Pediatric Surgery International*. 2004 May;20(5):372 – 375. PMID: 15141320.

21. Meeks TJ, Nwomeh BC, Abdessalam SF, **Groner JI**. Paradoxical Missle Embolus to the Right Superficial Femoral Artery Following Gunshot Wound to the Liver: A Case Report. *Journal of Trauma*. 2004 Dec;57(6):1338 – 1340. PMID: 15625473.

22. Haut ER, Nance ML, Keller MS, **Groner JI**, Ford HR, Kuhn A, Tuchfarber B, Garcia V, Schwab CW, Stafford PW. Management on Penetrating Colon and Rectal Injuries in the Pediatric Patient. *Diseases of the Colon and Rectum.* 2004 Sep;47:1525 – 1532. PMID: 15486752.

23. Hayes JR, **Groner JI**. Minority Status and the Risk of Serious Childhood Injury and Death. *Journal of the National Medical Association.* 2005 Mar;97(3):362 – 369. PMID: 15779500.

24. Teitelbaum DH, Tracy TF, Aouthmany MM, Llanos A, Brown MB, Yu S, Brown MR, Shulman RJ, Hirschl RB, Derusso PA, Cox J, Dahlgren J, **Groner JI**, Strouse PJ. Use of Cholecystokinin-octapeptide for the Prevention of Parenteral Nutrition-Associated Cholestasis. *Pediatrics.* 2005 May;115(5):1332 – 1340. PMID: 15867044.

25. Spencer AU, Yu S, Tracy TF, Aouthmany MM, Llanos A, Brown MB, Brown M, Shulman RJ, Hirschl RB, Derusso PA, Cox J, Dahlgren J, Strouse JI, **Groner JI**, Teitelbaum DH, Stechmiller JK. Parenteral Nutrition Associated Cholestasis in Neonates: Multivariate Analysis of the Potential Protective Effect of Taurine. *Journal of Parenteral and Enteral Nutrition.* 2005 Sep – Oct;29(5):337 – 343. PMID: 16107596.

26. **Groner JI**. Inadequate Anaesthesia in Lethal Injection for Execution. *The Lancet.* 2005 Sep;366(9491):1073. PMID: 16182886.

27. Holmes JH, Wiebe DJ, Tataria M, Mattix KD, Mooney DP, Scaife ER, Brown RL, **Groner JI**, Brundage SI, Scherer LR, Nance ML. The Failure of Nonoperative Management in Pediatric Solid Organ Injury: A Multi-institutional Experience. *Journal of Trauma.* 2005 Dec;59(6):1309 – 1313. PMID: 16394902.

28. Nwomeh BC, Georges AJ, **Groner JI**, Haley KJ, Hayes JR, Caniano DA. A leap in faith: the impact of removing the surgeon from the level II trauma response. *Journal of Pediatric Surgery.* 2006 Apr;41(4):693 – 696. PMID: 16567178.

29. Gittelman MA, Pomerantz WJ, **Groner JI**, Smith GA. Pediatric All-Terrain Vehicle-Related Injuries in Ohio From 1995 to 2001: Using the Injury Severity Score to Determine Whether Helmets Are a Solution. *Pediatrics.* 2006 Jun;117(6):2190 – 2195. PMID: 16740864.

30. Mattix KD, Tataria M, Holmes J, Kristoffersen K, Brown R, **Groner JI**, Scaife E, Mooney D, Nance M, Scherer L. Pediatric pancreatic trauma: predictors of nonoperative management failure and associated outcomes. *Journal of Pediatric Surgery*. 2007 Feb;42(2):340 – 344. PMID: 17270545.

31. **Groner JI**, Covert J, Lowell WL, Hayes JR, Nwomeh BC, Caniano DA. The impact of managing moderately injured pediatric trauma patients without immediate surgeon presence. *Journal of Pediatric Surgery.* 2007 Jun;42(6):1026 – 1029. PMID: 17560214.

32. Tataria M, Nance ML, Holmes JH 4th, Miller CC 3rd, Mattix KD, Brown RL, Mooney DP, Scherer LR 3rd, **Groner JI**, Scaife ER, Spain DA, Brundage SI. Pediatric blunt abdominal injury: age is irrelevant and delayed operation is not detrimental. *Journal of Trauma.* 2007 Sept;63(3):608 – 614. PMID: 18073608.

33. Hayes JR, **Groner JI**. The increasing incidence of snowboard-related trauma. *Journal of Pediatric Surgery.* 2008 May;43(5):928 – 930. PMID: 18485968.

34. Hayes JR, **Groner JI**. Using multiple imputation and propensity scores to test the effect of car seats and seat belt usage on injury severity from trauma registry data. *Journal of Pediatric Surgery.* 2008 May;43(5):924 – 927. PMID: 18485967.

35. Hamner CE, **Groner JI**, Caniano DA, Hayes JR, Kenney BD. Blunt intraabdominal arterial injury in pediatric trauma patients: injury distribution and markers of outcome. *Journal of Pediatric Surgery.* 2008 May;43(5):916 – 923. PMID: 18485966.

36. Santanello S, Dean D, Hayes JR, Bonta M, **Groner JI**, Martin L, Sinard J, Shaffer LE, Bechtel N. Perceived value of trauma autopsy among trauma medical directors and coroners. *Injury.* 2008 Sep;39(9):1075 – 1081. PMID: 18586251.

37. **Groner JI**. The Hippocratic Paradox: The Role of the Medical Profession in Capital Punishment in the United States. *Fordham Urban Law Journal* 35:883-917, 2008.

38. Conner KA, Xiang H, **Groner JI**, Smith GA. Using data linkage to assess the impact of motorized recreational vehicle related injuries in Ohio. *Journal of Safety and Research.* 2008;39(5):469 – 475. PMID: 19010120.

39. Shi J, Xiang H, Wheeler K, Smith GA, Stallones L **Groner JI**, Wang Z. Costs, mortality likelihood and outcomes of hospitalized US children with traumatic brain injuries. *Brain Injury.* 2009 Jul;23(7):602 – 611.

40. Chidester S, Rana A, Lowell W, Hayes J, **Groner JI**. Is the seat belt sign associated with serious abdominal injuries in pediatric trauma? *Journal of Trauma.* 2009 Jul;67(1Suppl):S34 – 36. PMID: 19590352.

41. Rana AR, Michalsky MP, Teich S, **Groner JI**, Caniano DA, Schuster DP. Childhood obesity: a risk factor for injuries observed at a Level-1 trauma center. *Journal of Pediatric Surgery*. 2009 Aug;44(8):1601 – 1605. PMID: 19635312.

42. Fabia R, **Groner JI**. Advances in the care of children with burns. *Advances in Pediatrics.* 2009;56:219 – 248.

43. Markenson D, Ferguson JD, Chameides L, Cassan P, Chung KL, Epstein JL, Gonzales L, Hazinski MF, Herrington RA, Pellegrino JL, Ratcliff N, Singer AJ; First Aid Chapter Collaborators. Part 13: first aid: 2010 American Heart Association and American Red Cross International Consensus on First Aid Science With Treatment Recommendations. *Circulation*. 2010 Oct 19;122(16 Suppl 2):S582 – 605. PMID:20956261.

44. Upperman JS, Burd R, Cox C, Ehrlich P, Mooney D, **Groner JI**. Pediatric applied trauma research network: a call to action. *Journal of Trauma.*2010 Nov;69(5):1304 – 1307. PMID: 21068626.

45. Upperman JS, Burd R, Cox C, Ehrlich P, Mooney D, **Groner JI**. Pediatric applied trauma research network: a call to action. *Journal of Pediatric Surgery.* 2010 Nov;69(5):1304 – 1307. PMID: 21068626.

46. Rocourt DV, Hall M, Kenney BD, Fabia R, **Groner JI**, Besner GE.  Respiratory failure after pediatric scald injury. *Journal of Pediatric Surgery*. 2011 Sept;46(9):1753 – 1758. PMID: 21929985.

47. Wurster LA, **Groner JI**, Hoffman J. Electronic documentation of trauma resuscitations and a level 1 pediatric trauma center. *Journal of Trauma Nursing.* 2012 Apr – Jun;19(2):76 – 79. PMID: 22673072.

48. Falcone RA Jr, Haas L, King E, Moody S, Crow J, Moss A, Gaines B, McKenna C, Gourlay DM, Werner C, Meagher DP Jr, Schwing L, Garcia N, Brown D, **Groner JI**, Haley K, Deross A, Cizmar L, Armola R. A multicenter prospective analysis of pediatric trauma activation criteria routinely used in addition to the six criteria of the American College of Surgeons. *Journal of Trauma and Acute Care Surgery*. 2012 Aug;73(2):377 – 384. PMID: 22846943.

49. Chidester SJ, Williams N, Wang W, **Groner JI**. A pediatric massive transfusion protocol. *Journal of Trauma and Acute Care Surgery.* 2012 Nov;73(5):1273 – 1277. PMID: 23064608.

50. Deans KJ, Thackeray J, Askegard-Giesmann JR, Earley E, **Groner JI**, Minneci PC. Mortality increases with recurrent episodes of nonaccidental trauma in children. *Journal of Trauma and Acute Care Surgery*. 2013 Jul;75(1):161 – 165. PMID: 23940863.

51. Deans KJ, Minneci PC, Lowell W, **Groner JI**. Increased morbidity and mortality of traumatic brain injury in victims of nonaccidental trauma. *Journal of Trauma and Acute Care Surgery*. 2013 Jul;75(1):157 – 160. PMID: 23940862.

52. Cleve WV, Kernic MA, Ellenbogen RG, Wang J, Zatzick DF, Bell MJ, Wainwright MS, **Groner JI**, Mink RB, Giza CC, Boyle LN, Mitchell PH, Rivara FP, Vavilala MS; for the PEGASUS (Pediatric Guideline Adherence and Outcomes) Project. National Variability in Intracranial Pressure Monitoring and Craniotomy for Children with  Moderate to Severe Traumatic Brain Injury. *Neurosurgery*. 2013 Nov;73(5):746 – 752. PMID: 23863766.

53. Miller CM, Shi J, Wheeler KK, Yin H, Smith GA, **Groner JI**, Xiang H. Chronic conditions and outcomes of pediatric trauma patients. *Journal of Trauma and Acute Care Surgery*. 2013 Aug;75(2):250 – 257. PMID: 23823610.

54. Kernic MA, Rivara FP, Zatzick DF, Bell MJ, Wainwright MS, **Groner JI**, Giza CC, Mink RB, Ellenbogen RG, Boyle L, Mitchell PH, Kannan N, Vavilala For The Pegasus Pediatric Guideline Adherence And Outcomes Project MS. Triage of children with

moderate and severe traumatic brain injury to trauma centers. *Journal of Neurotrauma.* 2013 Jul 1;30(13):1129 – 1136. PMID: 23343131.

55. Liu X, Yin H, Shi J, Wheeler KK, **Groner JI**, Xiang H. Medical errors in hospitalized pediatric trauma patients with chronic health conditions. *SAGE Open Medicine*. 2014 Jan 30;2050312113519987.

56. Thompson MC, Wheeler KK, Shi1J, Smith GA, **Groner JI**, Haley KJ, Xiang H. Surveillance of paediatric traumatic brain injuries using the NEISS: choosing an appropriate case definition. *Brain Injury*. 2014;28(4):431 – 437. PMID: 24564802.

57. Muszynski JA, Nofziger R, Greathouse K, Nateri J, Hanson-Huber L, Ccrn LS, Nicol K, **Groner JI**, Besner GE, Raffel C, Geyer S, El-Assal O, Hall MW. Innate immune function predicts the development of nosocomial infection in critically injured children. *Shock*. 2014 Oct;42(4):131 – 321. PMID: 24978895.

58. Xiang H, Wheeler KK, **Groner JI**, Shi J, Haley KJ. Undertriage of major trauma patients in the US emergency departments. *The American Journal Emergency Medicine.* 2014 Sep;32(9):997 – 1004. PMID: 24993680.

59. Coffey C, Wurster LA, **Groner J**, Hoffman J, Hendren V, Nuss K, Haley K, Gerberick J, Malehorn B, Covert J. A Comparison of Paper Documentation to Electronic Documentation for Trauma Resuscitations at a Level I Pediatric Trauma Center. *Journal of Emergency Nursing.* 2015 Jan;41(1):52 – 56. PMID: 24996509.

60. Sulkowski JP, Nichol K, Raval MV, Yeager N, Setty B, **Groner JI**, Aldrink JH. Infantile fibroma of the intestine: A report of two cases and literature review. *Journal of Pediatric Surgery Case Reports*. 2014;2:290 – 293.

61. Vavilala MS, Kernic MA, Wang J, Kannan N, Mink RB, Wainwright MS, **Groner JI**, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, Rivara FP. Acute Care Clinical Indicators Associated With Discharge Outcomes in Children With Severe Traumatic Brain Injury. *Critical Care Medicine*. 2014 Oct;42(10):2258 – 2266. PMID: 25083982.

62. Deans KJ, Thackery J, **Groner JI**, Cooper JN, Minneci PC. Risk factors for recurrent injuries in victims of suspected non-accidental trauma: a retrospective cohort study. *BMC Pediatrics*. 2014 Aug 31;14(1):217. PMID: 25174531.

63. Boomer LA, Nielsen JW, Lowell W, Haley K, Coffey C, Nuss KE, Nwomeh BC, **Groner JI**.  Managing moderately injured pediatric patients without immediate surgeon presence: 10 years later. *Journal of Pediatric Surgery*. 2015 Jan;50(1):182 – 185. PMID: 25598120.

64. Mahida JB, Asti L, Patek K, Deans KJ, Minneci PC, **Groner JI**, Raval MV. A comparison of injuries sustained from recreational compared to organized motorized vehicle use in children. *Journal of Pediatric Surgery*. 2015 Jul;50(7):1188 – 1191.

PMID: 25783309.

65. Vickers BP, Shi J, Lu B, Wheeler KK, Peng J, **Groner JI**, Haley KJ, Xiang H. Comparative study of ED mortality risk of US trauma patients treated at level I and level II vs nontrauma centers. *The American Journal of Emergency Medicine.* 2015 Sep;33(9): 1158 – 1165. PMID:26066772.

66. Huntington J, Thakkar RK, Boomer LA, **Groner JI**, Nwomeh BC. Evolving Roles of the Surgeon in the Management of Pediatric Trauma Resuscitation. *Current Surgery Reports*. 2015; 3(20):19-27.

67. Peng J, Wheeler K, Shi J, **Groner JI**, Haley KJ, Xiang H.  Trauma with Injury Severity Score of 75: Are These Unsurvivable Injuries? *PLOS One*. 2015 Jul 31;10(7):e0134821. PMID: 26230931.

68. Tarima S, Ertl A, **Groner JI**, Cassidy LD. Factors associated with patients transferred from undesignated trauma centers to trauma centers. *Journal of Trauma and Acute Care Surgery*. 2015 Sep;79(3):378 – 385. PMID: 23607869.

69.  Brolliar SM, Moore M, Thompson HJ, Whiteside LK, Mink RB, Wainwright MS, **Groner JI**, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Ng Boyle L, Mitchell PH, Rivara FP, Vavilala MS. A Qualitative Study Exploring Factors Associated with Provider Adherence to Severe Pediatric Traumatic Brain Injury Guidelines. *Journal of Neurotrauma*. 2016 Aug 15;33(16):1554 – 1560. PMID: 36760283.

70. Thackeray J, Minneci PC, Cooper JN, **Groner JI**, Deans KJ. Predictors of increasing injury severity across suspected recurrent episodes of non-accidental trauma: a retrospective cohort study. *BMC Pediatrics*. 2016 Jan 16;16:8. PMID: 26772185.

71. Graves JM, Kannan N, Mink RB, Wainwright MS, **Groner JI**, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, Rivara FP, Wang J, Rowhani-Rahbar A, Vavilala MS. Guideline Adherence and Hospital Costs in Pediatric Severe Traumatic Brain Injury. Pediatric Critical Care Medicine. 2016 May;17(5):438 – 443. PMID: 26934664.

72. Crichton KG, Cooper JN, Minneci PC, Groner JI, Thackeray JD, Deans KJ. A National Survey on the Use of Screening Tools to Detect Physical Child Abuse. *Pediatric Surgery International*. 2016 Aug;32(8):815 – 818.

73. Ostahowski PJ, Kannan N, Wainwright MS, Qiu Q, Mink RB, **Groner JI**, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, Vavilala MS; PEGASUS (Pediatric Guideline Adherence and Outcomes) Study. Variation in seizure prophylaxis in severe pediatric traumatic brain injury. *Journal of Neurosurgery: Pediatrics*. 2016 Oct;18(4):499 – 506. PMID: 27258588.

74. Mahida JB, Asti L, Deans KJ, Minneci PC, **Groner JI**. Laparoscopic pyloromyotomy decreases postoperative length of stay in children with hypertrophic pyloric stenosis. *Journal of Pediatric Surgery*. 2016 Sep;51(9):1436 – 1439. PMID: 27292596.

75. Johnson S, Shi J, Xiang H, **Groner JI**, Thakkar RK, Fabia R, Besner GE, Wheeler KK. Inter-facility transfers of pediatric burn patients from U.S. Emergency Departments. *Burns*. 2016 Nov;42(7):1413 – 1422. PMID: 27554628.

76. Noffsinger D, Johnson SR, Wheeler K, Shi Junxin, Xiang H, **Groner JI**. Exercise Treadmills: A Cause of Significant Hand Burns in Young Children. *Journal of Burn Care Research*. 2017 Jul/Aug;38(4):215 – 219. PMID: 27679959.

77. Letton RW Jr, Campbell BT, Falcone RA Jr, Gaines BA, Gourlay DM, **Groner JI**, Mooney DP, Nance ML, Notrica DM, Petty JK, Sartorelli KH. Letter to the Editor: Post-traumatic liver and splenic pseudoaneurysms in children: Diagnosis, management, and follow-up screening using contrast enhanced ultrasound (CEUS)" by Durkin et al J Pediatr Surg 51 (2016) 289-292. *Journal of Pediatric Surgery*. 2017 Feb;52(2):367 – 368. PMID: 27889065.

78. Ajdari A, Boyle LN, Kannan N, Rowhani-Rahbar A, Wang J, Mink R, Ries B, Wainwright M, **Groner JI**, Bell MJ, Giza C, Zatzick DF, Ellenbogen RG, Mitchell PH, Rivara FP, Vavilala MS. Examining emergency department treatment processes in severe pediatric trauma brain injury. *Journal for Healthcare Quality*. 2017 Nov/Dec;39(6):334 – 344. PMID: 28166114.

79. Shen J, Giles SA, Kurtovic K, Fabia R, Besner GE, Wheeler KK, Xiang H, **Groner JI**. Evaluation of nurse accuracy in rating procedural pain among pediatric burn patients using the Face, Legs, Activity, Cry, Consolability (FLACC) Scale. *Burns*. 2017 Feb;43(1):114 – 120. PMID: 27576937.

80. Wurster LA, **Groner JI**, Thakkar RK, Haley KJ, Wheeler KK, Shi J, Larson J, Stoner M, Gerwitz Y, Holman T, Buckingham D. Standardizing the Initial Resuscitation of the Trauma Patient with the Primary Assessment Completion Tool (PACT) Using Video Review. *Journal of Trauma and Acute Care Surgery*. 2017 Jun;82(6):1002 – 1006. PMID: 28248804.

81. Wheeler KK, Shi J, Xiang H, Haley KJ, **Groner JI**. Child maltreatment in U.S. emergency departments: Imaging and admissions. Child Abuse and Neglect. 2017 Jul;69:96 – 105. PMID: 28456069.

82. Ertl A, Beyer K, Tarima S, Zhou Y, **Groner JI**, Cassidy LD. The spatial epidemiology of pediatric trauma: A statewide assessment. *Journal of Trauma and Acute Care Surgery*. 2017 Aug;83(2):225 – 229. PMID: 28422922.

83. Chen C, Shi J, Stanley RM, Sribnick EA, **Groner JI**, Xiang H. U.S. trends of ED visits for pediatric traumatic brain injuries: Implications for clinical trials. *International*

*Journal of Environmental Research and Public Health*. 2017 Apr 13;14(4):414. PMID: 28406438.

84. Peng J, Wheeler K, **Groner JI**, Haley KJ, Xiang H. Undertriage of Pediatric Major Trauma Patients in the United States. *Clinical Pediatrics (Phila).* 2017 Aug;56(9):845 – 853. PMID: 28516800.

85. Kannan N, Quistberg A, Wang J, **Groner JI**, Mink RB, Wainwright MS, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, Vavilala MS. Frequency of and factors associated with emergency department intracranial pressure monitor placement in severe paediatric traumatic brain injury. *Brain Injury*. 2017;31(13-14):1745 – 1752. PMID: 28829632.

86. Shen J, Giles SA, Wheeler KK, Xiang H, **Groner JI**. Evaluation of nurse accuracy in rating procedural pain among pediatric burn patients using the Face, Legs, Activity, Cry, Consolability (FLACC) Scale. *Burns*. 2017 Feb;43(1):114 – 120. PMID: 27576937.

87. Ertl A, **Groner JI**, Tarima S, Cassidy LD. Characteristics of traumatically injured pediatric assault patients: A statewide assessment in Ohio. *Journal of Registry Management*. 2017 Winter;44(4):136 – 142. PMID: 30133429.

88. Wheeler K, Shi J, Nordin AB, Xiang H, **Groner JI**, Fabia R, Thakkar RK. U.S. Pediatric burn patient 30 day readmissions. *Journal of Burn Care and Research.* 2018 Jan 1;39(1):73 – 81. PMID: 28661983.

89. Hodosevich Z, Wheeler KK, Shi J, Coffey R, Bailey JK, Jones LM, Thakkar RK, Fabia RB, **Groner JI**, Xiang H. Incidence of Unplanned 30-Day Readmissions in Adult Burn Patients in the United States. *Journal of Burn Care and Research*. 2018 Oct 23;39(6):923 – 931. PMID: 29534188.

90. Wheeler K, Shi J, Xiang H, Thakkar RK, **Groner JI**. U.S. pediatric trauma patient unplanned 30 day readmissions. *Journal of Pediatric Surgery*. 2018 Apr;53(4):765 – 770. PMID:28844536.

91. Spaw AJ, Lundine JP, Johnson SA, Peng J, Wheeler KK, Shi J, Yang G, Haley KJ, **Groner JI**, Xiang H. Follow-Up Care Adherence After Hospital Discharge in Children With Traumatic Brain Injury. *The Journal of Head Trauma Rehabilitation*. 2018 May/Jun;33(3):E1 – E10. PMID: 28520664.

92. Kannan N, Wang J, Mink RB, Wainwright MS, **Groner JI**, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, Rivara FP, Rowhani-Rahbar A, Vavilala MS; PEGASUS (Pediatric Guideline Adherence Outcomes). Timely Hemodynamic Resuscitation and Outcomes in Severe Pediatric Traumatic Brain Injury: Preliminary Findings. *Pediatric Emergency Care*. 2018 May;34(5):325 – 329. PMID: 27387972.

93. **Groner JI**. The Hippocratic paradox: A surgeon's journey to death row and back. PTS 2017 Presidential Address. *Journal of Trauma and Acute Care Surgery*. 2018 Oct;85(4):679 – 683. PMID: 30256342.

94. Noffsinger DL, Wurster LA, Cooley J, Buchanan L, Wheeler KK, Shi J, Xiang H, **Groner JI**. Alcohol and drug screening of adolescent trauma alert patients at a level 1 pediatric trauma center. *American Journal of Emergency Medicine.* 2019 Sept;37(9),1672 – 1676. PMID: 30551939.

95. Butler EK, Mills BM, Arbabi S, Bulger EM, Vavilala MS, **Groner JI**, Stansbury LG, Hess JR, Rivara FP. Association of Blood Component Ratios With 24-Hour Mortality in Injured Children Receiving Massive Transfusion. *Critical Care Medicine*. 2019 Jul;47(7):975 – 983. PMID: 31205079.

96. Otto L, Wang A, Wheeler K, Shi J, **Groner JI**, Haley KJ, Nuss KE, Xiang H. Comparison of Manual and Computer Assigned Injury Severity Scores. *Injury Prevention*. 2020 Aug;26(4):330 – 333. PMID: 31300467.

97. Kasick RT, Melvin JE, Perera ST, Perry MF, Black JD, Bode RS, **Groner JI**, Kersey KE, Klamer BG, Bai S, McClead RE. A Diagnostic Time-Out to Improve Differential Diagnosis in Pediatric Abdominal Pain. *Diagnosis* (Berlin). 2019 Nov 2;8(2):209 – 217. PMID: 31677376.

98. Zins Z, Wheeler KK, Brink F, Armstrong M, Shi J, **Groner JI**, Xiang H. Trends in US Physician Diagnosis of Child Physical Abuse and Neglect Injuries, 2006-2014. *Child Abuse and Neglect*. Dec 2019;98:104179. PMID: 31704543.

99. Shen J, Luna J, Grishchenko A, Patterson J, Strouse RV, Roland M, Lundine JP, Koterba CH, Lever KD, Xiang H, **Groner JI**, Huang Y, Lin ED. Designing a Virtual Reality-based Executive Function Rehabilitation System for Children with Traumatic Brain Injuries. *Journal of Medical Internet Research: Serious Games.* 2020 Aug25;8(3):e16947. PMID: 32447275.

100. Lundine JP, Peng J, Chen D, Lever K, Wheeler K, **Groner JI**, Shen J, Lu B, Xiang H.The impact of driving time on pediatric TBI follow-up visit attendance. *Brain Injury*. 2020;34(2):262 – 268. PMID: 31707871.

101. Butler EK, Mills BM, Arbabi S. **Groner JI**, Vavilala MS, Rivara FB. Laparoscopy Compared with Laparotomy for the Mangement of Pediatric Blunt Abdominal Trauma. *Journal of Surgical Research*. 2020 Jul;251:303 – 310. PMID:32200321.

102. Shen J, Xiang H, Luna J, Grishchenko A, Patterson J, Strouse RV, Roland M, Lundine JP, Koterba CH, Lever K, **Groner JI**, Huang Y, Lin ED. Virtual Reality- Based Executive Function Rehabilitation System for Children with Traumatic Brain Injury: Design and

Usability Study. *Journal of Medical Internet Research: Serious Games.* 2020 Aug 25;8(3):e16947. PMID: 32447275.

103. Noffsinger DL, Wurster L, Wheeler KK, Thakkar R, Fabia R, Shi J, Xiang H, **Groner JI.** Impact of Dedicated Advanced Practice Provider Model for Pediatric Trauma and Burn Patients. *Journal of Trauma Nursing.* 2020 Sep/Oct;27(5):297 – 301. PMID: 32890246.

104. Armstrong M, Wheeler KK, Shi J, Thakkar RK, Fabia RB, **Groner JI**, Noffsinger D, Giles SA, Xiang H. Epidemiology and Trend of US Pediatric Burn Hospitalizations, 2003-2016. *Burns*. 2021 May;47(3):551 – 559. PMID: 33781634.

105. Butler EK, **Groner, JI**, Vavilala MS, Bulger EM, Rivara FP. Surgeon Choice Management of Pediatric Abdominal Trauma. *Journal of Pediatric Surgery.* 2021 Jan;56(1):146 – 152. PMID: 33139031.

106. Xiang H, Shen J, Wheeler KK, Patterson J, Lever K, Armstrong M, Shi J, Thakkar RK**, Groner JI**, Noffsinger D, Giles S, Fabia RB. Efficacy of Smartphone Active and Passive Virtual Reality Distraction vs Standard Care on Burn Pain Among Pediatric Patients A Randomized Clinical Trial. *JAMA Network Open*. 2021 Jun 1;4(6):e2112082. PMID: 34152420.

107. Butler EK, Killien EY, **Groner JI**, Arbabi S, Vavilala MS, Rivara FP. Optimal Timing of Tracheostomy in Injured Adolescents. *Pediatric Critical Care Medicine*. 2021 Jul1;22(7):629 – 641. PMID: 34192728.

108. Cardosi JD, Shen H, **Groner JI**, Armstrong M, Xiang H. Machine learning for outcome predictions of patients with trauma during emergency department care. *BMJ Health Care Information*. 2021 Oct;28(1):e100407. PMID: 34625448.

109. **Groner JI**, Phuong J, Price MA, Bixby PJ, Ehrlich P, Burd R, Jensen A, Rivara FP, Sribnick E, Thakkar R, Bulger E; NTRAP Pediatric Trauma Panel. Developing a National Trauma Research Action Plan (NTRAP): Results from the Pediatric Research Gap Delphi Survey. *Journal of Trauma and Acute Care Surgery*. 2022 Sep 1;93(3):360 – 366. PMID: 35293373.

110. Armstrong M, Lun J, **Groner JI**, Thakkar RK, Fabia R, Noffsinger D, Ni A, Keesari R, Xiang H. Mobile phone virtual reality game for pediatric home burn dressing pain management: a randomized feasibility clinical trial. *Pilot and Feasibility Study.* 2022 Aug 18;8(1):186. PMID: 35982492.

111. Thakkar RK, Penatzer J, Simon S, Steele L, Fabia R, **Groner JI**, Keesari R, Hall M. Measures of Adaptive Immune Function Predict the Risk of Nosocomial Infection in Pediatric Burn Patients. *Journal of Burn Care and Research.* 2022 Nov 2:43(6):1416 – 1425. PMID: 35436346.

112. Zhao Z, Liu R, **Groner JI**, Xiang H, Zhang P. Data Imputation for Clinical Trial Emulation: A Case Study on Impact of Intracranial Pressure Monitoring for Traumatic Brain Injury. *medRxiv*. 2023 Feb PMID: 36778272

113. Villarreal CL, Price MA, Moreno AN, Zenteno A, Saenz C, Toppo A, Herrera-Escobar JP, Sims CA, Bulger EM; (NTRAP) Investigators Group National Trauma Research Action Plan. Regulatory challenges in conducting human subjects research in emergency settings: the National Trauma Research Action Plan (NTRAP) scoping review. *Trauma Surgery and Acute Care Open*. 2023 Mar 2;8(1):e001044. PMID: 36895783

114. Failing GRL, Klamer BG, Gorham TJ, **Groner JI**. The Impact of the COVID-19 Pandemic on Pediatric Bicycle Injury. *International Journal of Environmental Research and Public Health*. 2023 Apr 14;20(8):5515. PMID: 37107797

115. Lowing D, Brink FW, Groner JI, Crichton KG. Current Approaches to Screening for Child Physical Abuse and Abusive Head Trauma. Current Trauma Reports. 2023 April. https://link.springer.com/article/10.1007/s40719-023-00257-5

116. Vest E, Armstrong M, Olbrecht VA, Thakkar RK, Fabia RB, **Groner JI**, Noffsinger D, Tram NK, Xiang H. Association of Pre-procedural Anxiety with Procedure-related Pain During Outpatient Pediatric Burn Care: A Pilot Study. *Journal of Burn Care and Research*. 2023 May 2;44(3):610 – 617. PMID: 35913793.

117. Scott JW, Cole FJ Jr; ACS TQIP Mortality Reporting System Writing Group.TQIP mortality reporting system case reports: Unanticipated mortality due to airway loss. *Journal of Trauma and Acute Care Surgery*. 2023 May 1;94(5):735-738. PMID: 36737860

118. Ross SW, Jacobs DG; ACS TQIP Mortality Reporting System Writing Group.TQIP mortality reporting system case reports: Unanticipated mortality due to inadequate preoperative ICU "clearance". *Journal of Trauma and Acute Care Surgery*. 2023 May 1;94(5):743-746. PMID: 36737857

119. Williams RF, Mandell SP; ACS TQIP Mortality Reporting System Writing Group.TQIP mortality reporting system case reports: Unanticipated mortality due to communication and handoff failures. *Journal of Trauma and Acute Care Surgery*. 2023 May 1;94(5):739-742. PMID: 36737856

120. Williams RF, Davis KA; ACS TQIP Mortality Reporting System Writing Group. TQIP mortality reporting system case reports: Unanticipated mortality due to failures in clinical performance. *Journal of Trauma and Acute Care Surgery*. 2023 May 1;94(5):747-749. PMID: 36735543

**Other Publications**

1. Groner JI. Complicated Pneumonias: A Modern Approach to An Old Disease. Pediatric Directions, Children's Hospital, Winter 2000.

2. Groner JI. The Trauma Program at Children's Hospital. Critical Measures, Children's Hospital, Spring 2000.

3. Groner JI. The Trauma Program at Children's Hospital. Critical Measures, Children's Hospital, Winter 2000-2001.

4. Groner JI. Helmet Safety for Central Ohio Kids. Columbus Parent, September 2001.

5. Groner JI. Pediatric Firearm Injuries – A Preventable Tragedy. Critical Measures, Children's Hospital, Fall 2001.

6. Groner JI. Pediatric Firearm Injuries – A Preventable Tragedy. Critical Measures, Children's Hospital, June 25, 2001.

7. Groner JI. Helmet Safety for Central Ohio Kids. Central Ohio Pediatric Society Pediatric Supplement, June 25, 2001.

8. Horn P, Klamar J, Groner JI, Klingele K. The Dangers of ATVs:  Photo Essay. Consultant for Pediatricians, 6:654-658, 2007.

**Published Abstracts**

1. Groner JI, Furlan LE, Brown MF, Altschuler SM, Cohen DE, Ziegler MM:  The Effect of Cisapride on Small Intestinal Myoelectric Activity in the Young Piglet. Gastroenterology 95:868, 1988.

2. Coury KL, Haley K, Hayes JR, Yeates KO, Groner JI: ADHD and injury risk. Pediatric Research 49:19A, 2001.

**Newspaper Articles or Opinion Pieces**

1. Groner JI. "Does the Violence Stop This Way?" The Plain Dealer (Cleveland) December 11, 1995, p.9B

2. Groner JI. "Young Superpredators are right-wing myths" The Columbus Dispatch, June 7, 1996, p. 9A.

3. Groner JI. "Boutique Hospitals in Ohio Unhealthy." The Columbus Dispatch, October 10, 1998, p.13A

4.  Groner JI. "Car-Seat Legislation Would Save Kids' Lives." <u>The Columbus Dispatch</u>, September 7, 2001, p. 12A

5.  Groner JI. "Boutique Would Hinder Trauma Care." <u>The Columbus Dispatch</u>, June 1, 2002, p.9A.

6.  Groner JI. "Closets are The Most Unsafe Place for Guns." <u>The Columbus Dispatch</u>, January 19, 2004, Page 8A.

7.  Groner JI. "Physicians Shouldn't Forsake Morals to Serve Government." <u>The Advocate-Messenger</u> (Danville, Kentucky), December 3, 2004

8.  Groner JI. "Physicians Can End Madness of Execution." <u>The Day</u> (New London, Connecticut), January 8, 2004

9.  Groner JI. "Saturday Essay:  Doctors don't belong on execution team" The Blade (Toledo, Ohio), May 27, 2006

10.  Groner JI. "Lethal Injection: A Closer Look." ABC news (Posted at http://abcnews.go.com/, January 16, 2007.

11. "Sentencing even one drug dealer to death is a pointless, expensive and cruel distraction from the opioid crisis," NBCnews.com, March, 20, 2018. Available at: https://www.nbcnews.com/think/opinion/sentencing-even-one-drug-dealer-death-pointless-expensive-cruel-distraction-ncna858066

# EXHIBIT 2

TMF 01/01.00     GENERAL PROVISIONS

TMF 01/01.01     Purpose of Technical Manual
TMF 01/01.02     Cross Reference
TMF 01/01.03     Policy
TMF 01/01.04     Definitions

**UDC**
**GRAMA Classified**
**Public**

REVISED 06/10/10                          TMF 01/01 - pg. 1

UDC
GRAMA Classified
Public

**UDC
GRAMA Classified
Public**

TMF 01/01.00    <u>GENERAL PROVISIONS</u>

TMF 01/01.01    <u>Purpose of Technical Manual</u>

    A.   The purpose of this Technical Manual is to provide the Department's policies, procedures and post orders for planning and carrying out the sentence for the execution of a person convicted of a capital offense.

    B.   This chapter shall include policies and procedures related to:

        1.   planning and preparation;

        2.   execution of the sentence;

        3.   post-execution requirements and process;

        4.   security and control;

        5.   witnesses and official visitors

        6.   news media access limitations and briefing;

        7.   delays, stays, and commutations;

        8.   support services functions;

        9.   briefing and training; and

       10.  documentation, review and audit.

    C.   Post orders are included for the staff and others involved in the execution planning, implementation, documentation and review.

TMF 01/01.02    <u>Cross Reference</u>

    A.   <u>Department Policies and Procedures Manuals</u>

        AGr05   Media Relations
        FDr14   Inmate Property

    B.   <u>Other Authority</u>

        UCA 77-19-6   Judgement of death-Warrant-Delivery of warrant-Determination of execution time.

UDC
GRAMA Classified
Public

| | |
|---|---|
| UCA 77-19-10 | Judgement of death-Location and procedures for execution. |
| UCA 77-19-11 | Who may be present-Photographic and recording equipment. |
| UCA 77-19-12 | Return upon death warrant. |
| UCA 26-4-6 | Investigation of deaths by county attorney-Requests for autopsies. |
| UCA 26-4-7 | Deaths over which medical examiner has jurisdiction. |
| BPPPM 3.12 | Commutation Hearings for Death Penalty Cases |

TMF 01/01.03    <u>Policy</u>

It is the policy of the Department that:

A.   execution of persons sentenced to death under Utah law by a court of competent authority and jurisdiction be carried out in the legally prescribed manner;

B.   the Department shall make every effort in the planning and preparation of the execution event to ensure that the execution process:

    1.   adheres to the intent of the law;

    2.   is handled in a manner which minimizes negative impact on the safety, security and operational integrity of the prison;

    3.   accommodates the need for public access to information concerning the event;

    4.   reasonably addresses the privacy interests of those persons for whom the law, Department policy or commonly-held principles of decency require such privacy;

    5.   provides sufficient staffing to ensure that unplanned problems can be accommodated and overcome;

    6.   prepares for stays of execution, commutations and other delays in the execution count-down;

    7.   provides an opportunity for interested persons to exercise their First

REVISED 06/10/10                                    TMF 01/01 - pg. 3

UDC
GRAMA Classified
Public

Amendment rights to demonstrate for or
against capital punishment in a lawful
manner;

8. ensures a firm and adequate response to
unlawful civil disobedience, trespass,
or other violations of the law by
persons attempting to disrupt, prevent
or other-wise frustrate the lawful
process associated with the execution;
and

9. anticipates and provides for sufficient
support needs for the execution and the
prison as a whole;

C. the Department shall arrest and encourage the
prosecution of persons, including but not
limited to, those who:

1. violate 77-19-11 UCA prohibitions
against filming, taping, sketching,
broadcasting or otherwise electronically
documenting the death of the condemned;

2. trespass or otherwise enter upon prison
property without proper permission and
clearance from the Department;

3. participate in unlawful demonstrations;

4. unlawfully attempt to or disrupt,
prevent or otherwise interfere with the
execution;

5. being inmates, are involved in
disruptive, assaultive or other
proscribed behavior; or

6. unlawfully threaten, intimidate or
terrorize persons involved in the
execution process;

D. staff involved in the execution make every
effort within the requirements and limits of
these polices and procedures and the laws of
the State of Utah to:

1. minimize the anxiety and negative impact
of the execution on the victim's and
inmate's family and friends witnessing
the execution;

UDC
GRAMA Classified
Public

    2.    display appropriate levels of professionalism, restraint, and courtesy in interaction with witnesses, demonstrators, news media, and other non-staff persons during the execution process; and

    3.    not permit interactions, emotion or intimidation to prevent their proper handling of missions and duties;

E.    the Department review the adequacy and/or the performance of:

    1.    the policies and procedures employed;

    2.    the Department staff members involved in the execution;

    3.    members of allied agencies assisting with the execution; and

    4.    statutes and other authority impacting the execution; and

F.    the evaluation of each execution event be used to improve operational procedures for the future.

**TMF 01/01.04**    <u>Definitions</u>

| | |
|---|---|
| **allied agency** | refers to another criminal justice agency |
| **Attorney General's Office** | staff at the Attorney General's Office or any designated contract attorney approved to carry out the responsibilities described in this technical manual |
| **attorney of record** | the condemned inmate's attorney and other assisting legal personnel |

UDC
GRAMA Classified
Public

| | |
|---|---|
| broadcast media | refers to radio and television media |
| civilians | any person not a member of the Department, allied law enforcement agency, nor mutual aid agencies |
| Command Post Director | the member who is assigned to supervise the command post functions and activities |
| commutation | the change from a greater to a lesser punishment after conviction |
| drug injection box | box or boxes each of which shall contain one complete set-up for lethal injection; with or without drugs |
| execution building | refers to the area containing the execution chamber |
| execution chamber | the immediate enclosed areas containing the condemned at the moment of execution |

UDC
GRAMA Classified
Public

| | |
|---|---|
| **mutual aid** | agencies or personnel that provide medical, fire suppression, and other support services to the Draper site |
| **news magazines** | magazines having a national circulation being sold by news stands to the general public and by mail circulation |
| **news media** | collectively refers to those involved with news gathering for newspapers, news magazines, radio, television or news services |
| **news media members** | persons over the age of eighteen who are primarily employed in the business of gathering or reporting news for newspapers, news magazines, national or international new services or radio or television stations licensed by the Federal Communications Commission |
| **newspaper** | for purposes of this chapter, the publication: |

**UDC
GRAMA Classified
Public**

1.   circulates among the general public;

2.   publishes legal notices in the community in which it is located or the area to which it distributes; and

3.   contains items of general interest to the public such as political, commercial, religious or social affairs

pardon        an act of grace by an appropriate authority exempting a person from punishment for a crime

press         refers to the print media; also see "news media", generally

reprieve      the temporary suspension of the execution

respite       see "reprieve"

security      the curtains which cover the
curtains      viewing room windows in the executionchamber

Warden        warden assigned to the Draper site

witness viewing   the areas from which the

REVISED 06/10/10                           TMF 01/01 – pg. 8

area

execution is viewed by
government witnesses, inmate's
witnesses and news media
witnesses

**UDC**
**GRAMA Classified**
**Public**

**UDC**
**GRAMA Classified**
**Public**

TMF 01/02.00     PRE-EXECUTION CHECKLIST

TMF 01/02.01     General Provisions
TMF 01/02.02     Prior to Receiving Death Warrant
TMF 01/02.03     Receipt of Death Warrant to Thirty Days Prior to
                 Execution
TMF 01/02.04     Twenty-Nine to Fourteen Days Prior to the
                 Execution
TMF 01/02.05     Thirteen to Seven Days Prior to Execution
TMF 01/02.06     Six to Three Days Prior to Execution
TMF 01/02.07

**UDC
GRAMA Classified
Public**

TMF 01/02.00   PRE-EXECUTION CHECKLIST

TMF 01/02.01   General Provisions

    A.   Purpose of Chapter

        1.   The purpose of this chapter is to provide a checklist of procedures and events which should occur between the issuing of the death warrant and 24 hours prior to the execution.

        2.   Full detail will not be provided for each procedure or event in this chapter. For detail, reference will be made to Chapter TMF 01/05 and other chapters where such detail may be found.

        3.   This chapter will be divided to cover the following time periods:

            a.   prior to the death warrant being issued;

            b.   issuing of death warrant to 30 days prior to the execution;

            c.   14 to 29 days prior to the execution;

            d.   7 to 13 days prior to the execution;

            e.   3 to 6 days prior to the execution; and

            f.

    B.   Policy

        1.   It is the policy of the Department that the count-down to the execution be completed in a systematic manner to ensure that all procedures and events which are necessary in the preparation of the execution are completed in a timely manner.

UDC
GRAMA Classified
Public

2.   This count-down, though offering flexible application, should be observed and followed as written unless deviation or adjustment is required for carrying out the execution.

3.   The Executive Director/designee may direct deviation from or adjustment to the policies and procedures in this manual at any time when necessary for the good of the Department's mission in carrying out the execution.  Approval for the changes shall be documented in writing.

TMF 01/02.02   <u>Prior to Receiving Death Warrant</u>

A.   <u>Execution Planning Team</u>

When it appears an execution is imminent, prior to the issuing of the death warrant, the Warden shall select an Execution Planning Team. The Team mayinclude:

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

REVISED 06/10/10                           TMF 01/02   - pg. 12

UDC
GRAMA Classified
Public

B.  Involve Additional Planning Assistance

Other persons who may be invited to attend on
a meeting-by-meeting basis, include:

1.  a representative or representatives from
    the Attorney General's Office;

2.  a representative from the office of the
    County Attorney which prosecuted the
    condemned;

3.  a representative from the Board of
    Pardons and Parole;

4.  representatives from the law enforcement
    agencies which investigated the case
    involving the condemned;

5.  representatives from law enforcement and
    other allied agencies who may be asked
    to assist with various aspects of the
    execution; and

6.  any other persons deemed necessary or
    appropriate by the Executive
    Director/designee, DIO Director or
    Warden.

C.  Develop Assignments

When it is reasonable to believe a death
warrant will be issued in the near future,
the Execution Planning Team and those
additional persons deemed appropriate shall
meet to:

1.  review the Execution Plan (TMF 01);

2.  make assignments for the pending
    execution;

3.  develop a schedule of events;

4.  assign responsibilities related to
    revision of the Execution Plan, if
    needed; and

5.  take any other steps necessary to
    prepare for the issuance of the

**UDC**
**GRAMA Classified**
**Public**

deathwarrant and begin the execution count down.

D.  Identify Possible Execution Dates

1.  The Execution Planning Team shall review the Department's schedule of events and identify favorable and unfavorable dates within the period of time in which the execution may be ordered.

2.  Information concerning the Department's requests/concerns related to scheduling shall be communicated to the Attorney General's Office to be communicated to the sentencing court.

TMF 01/02.03   Receipt of Death Warrant to Thirty Days Prior to Execution

Upon receipt of a death warrant from a competent court, the following procedures shall be initiated and should be completed at least 30 days prior to execution.

A.  Receipt of Death Warrant

1.  Upon receipt of the death warrant and as soon as practical thereafter, a meeting of the Execution Planning Team shall be scheduled by the Warden.

2.  The Execution Planning Team shall then coordinate the implementation of the procedures set forth in this technical manual under the direction of the Warden.

B.  Time and Place of Execution

1.  Date

The date for the execution shall be that day set by the sentencing judge.

**UDC
GRAMA Classified
Public**

2.   <u>Time</u>

"The Department of Corrections shall determine the hour, within the appointed day, at which the judgment is executed." 77-19-6(3)

3.   <u>Location</u>

C.   <u>Condemned Inmate's Choice of Witnesses</u>

1.   The condemned inmate shall be informed that he may designate religious representatives, friends, or relatives not exceeding a total of five in number to witness the execution.  77-19-11 (2)(d)UCA

2.   Refer to TMF 01/07.

D.   <u>Disposition of Personal Property</u>

1.   The inmate shall be contacted for instructions concerning the disposition of his personal property.

2.   Refer to TMF 01/05.06.

E.   <u>Disposition of Funds in Inmate's Account</u>

1.   The condemned shall be contacted for instructions concerning the disposition of the funds in any accounts controlled or administered by the prison or Department.

2.   Refer to TMF 01/05.06 and TMF 01/05.07.

F.   <u>Organ Donation</u>

Organ donation is not an option for condemned inmates.

G.   <u>Disposition of Body</u>

UDC
GRAMA Classified
Public

1.   The condemned shall be asked for instructions concerning the disposition of his remains following the execution.

2.   Refer to TMF 01/05.08.

H.   Designate Persons Required to Assist with Execution

1.   Those persons necessary to carry out the execution shall be identified.

   a.   The Executive Director/designee, DIO Director or Warden shall be responsible for identifying, selecting and obtaining the services of the executioners.  See TMF 01/05.03 and TMF 01/05.04.

   b.   The Public Affairs Director shall be responsible for coordinating the notification of the news media and selection of individual news media witnesses.  See TMF 01.08.02.

   c.   The Warden shall be responsible for designating those persons necessary to carry out and support the execution.

2.   Redundancy in assignment may be developed for all vital or important positions.  The Warden, DIO Director, and Executive Director/designee shall determine which positions require back-up and shall ensure adequate coverage is provided.

3.   "Compensation for members of a firing squad or persons administering intravenous injections shall be in an amount determined by the director of the Division of Finance." 77-19-10 (4)UCA

   a.   The Department shall negotiate with the executioners and Division of Finance the fee to be paid to the executioners.

**UDC
GRAMA Classified
Public**

b.

c.

I.   Other Approved Witnesses

The Executive Director/designee shall
designate other approved witnesses as
outlined in TMF 01/07.03.

J.   Contact with State Medical Examiner

1.   Contact shall be made with the State
Medical Examiner to coordinate the
Medical Examiner's role.

2.   The Medical Examiner shall be requested
to provide direction concerning:

a.   transfer of custody of the executed
inmate from the Warden to the
Medical Examiner;

b.

c.

3.   Refer to TMF 01/04.

K.   Support Services

1.   The Support Services Deputy Warden
coordinates the functions of Support
Services Section Personnel.

2.   Support Services units shall include,
but not be limited to:

UDC
GRAMA Classified
Public

    a.    the Food Services Unit (See TMF 01/05.19); and

    b.    the Maintenance Unit (See TMF 01/05.18).

L.  The Correctional Medical Administrator coordinates functions of the Medical Unit personnel.  (See TMF 01/05.18)

M.  <u>Brief Prison Administrators</u>

    1.    It is necessary to maintain as nearly as possible a normal prison operation during the execution and the activities preceding and following the execution.

    2.    Prison administrators should be briefed as appropriate on plans for the execution, restrictions on access, crowd control, additional security procedures, etc., on an on-going basis.

    3.    Briefings should begin as soon as plans begin to evolve which will effect the general prison operation, and should continue until the operation returns to normal.

TMF 01/02.04  <u>Twenty-Nine to Fourteen Days Prior to the Execution</u>

A.  <u>Witnesses</u>

    1.    The Executive Director/designee shall develop a final list of witnesses consistent with the requirements of 77-19-11 (2) and (3) UCA.

    2.    Any changes to the Government witness list shall be approved by the Executive Director.

    3.    Each witness shall be required to sign an agreement prior to being cleared and added to the witness list.

**UDC**
**GRAMA Classified**
**Public**

4.    The Executive Director may make additions to the witness list when necessary.

5.    Refer to TMF 01/05.05.

B.   <u>News Media</u>

1.    Witness requests shall be received and processed by the Public Affairs Office in accordance with TMF 01/08.02.

2.    Alternate coverage/accommodations for members of the press selected to be present at alternate site shall be handled consistent with TMF 01/08.03.

C.   <u>Inmate Property and Accounts</u>

1.    Finalize arrangements for disposition of the condemned inmate's property and accounts 14 days prior to execution.

2.    Refer to TMF 01/05.06 and TMF 01/05.07.

D.   <u>Disposition of Body</u>

1.    Finalize, if possible, decision concerning disposition of the body.

2.    Refer to TMF 01/05.08.

E.   <u>Selection of Executioners</u>

1.    Finalize the selection of executioners and their back-ups.

2.    Refer to TMF 01/05.03 and TMF 01/05.04.

F.   <u>Medical/Medical Examiner</u>

1.    Finalize arrangements for a physician consistent with 77-19-10UCA.

2.

**UDC
GRAMA Classified
Public**

       3.    Refer to TMF 01/05.08.

   G.   <u>Practices and Rehearsals</u>

       1.    Initiate practice sessions for persons involved in the various parts of the execution event.

       2.    Not all of the persons involved will practice together.  Individual teams will practice as units, with inter-team practices scheduled, as necessary.

**TMF 01/02.05**   <u>Thirteen to Seven to Days Prior to Execution</u>

   A.   <u>Inmate Property/Accounts</u>

       All paperwork on disposition of property and accounts should be completed at least seven days prior to the execution.

   B.   <u>Disposition of Body</u>
       All paperwork should be completed at least seven days prior to the execution.

   C.   <u>Food Services</u>

       1.    At least seven days prior to execution, contact the condemned inmate to arrange last meal.  TMF 01/05.18.

       2.    Determine with the Warden, Draper Site Security Deputy Warden, and Public Affairs Director what beverage and food service will be needed at the various locations where staff will be working.

   D.   <u>Purchase of Substances to Be Used in Lethal Injection</u>

       1.    Purchase substances to be used in the execution.

       2.    Refer to TMF 01/05.11.

   E.   <u>Support Services</u>

UDC
GRAMA Classified
Public

Finalize all arrangements involving the Support Services assistance with the Support Services Director.

F.   Finalize all arrangements involving the Medical Section assistance with the Correctional Medical Administrator.

G.   Allied Agencies

Finalize arrangements with allied agencies assisting with the execution.

TMF 01/02.06   Six to Three Days Prior to Execution

A.   Witnesses

1.   All witness agreements should be signed.

a.   Copies shall be provided to the:

(1)   Command Post Director; and

(2)   Auditor-in-Charge.

b.   Persons refusing to sign agreements shall not be permitted to attend.

2.   Exceptions to the time requirements will permit delayed signing of agreements for witnesses coming in from out-of-state.

B.   Brief Allied Agencies

1.   Members of allied agencies who have not participated in practice sessions or have not otherwise been briefed previously, shall be briefed and their post or responsibilities explained.

2.   Briefings will include a detailed review of the individual's post order.

C.   Inmate Property and Accounts

1.   Complete all unfinished paperwork and arrangements.

2.   If the condemned fails to cooperate in these arrangements, he shall be notified

REVISED 06/10/10                                      TMF 01/02   – pg. 21

UDC
GRAMA Classified
Public

that the property and money will be
disposed of according to state law, and
Department policy.

D.   Executioners

The Warden shall:

1.

2.   ensure completion of all arrangements
necessary for security of executioners
and protection of their identities.

E.   Equipment Check/Inventory

1.

2.   Refer to TMF 01/05.10(Firing Squad) and
01/10.09 (Lethal Injection).

TMF 01/02.07

A.   Observation Period

1.

2.

3.   Refer to TMF 01/05.12.

B.   Meeting of Execution Planning Team

The Team shall meet to examine preparation
for the execution.  The checklists shall be
reviewed and immediate assignments made to
bring all items current with the schedule of
events.

UDC

GRAMA Classified

Public

Refer to TMF 01/02 pre-execution checklist
Refer to TMF 01/03 execution checklist
Refer to TMF 01/04 post execution procedure

C.   Review of Procedures

Conduct final review of procedures.

D.   Arrangements for Pickup of Executioners

1.

2.

E.   Food Services

1.   Verify last meal preparation.

2.   Verify beverage/food preparations for
working teams.

F.   Communications

1.   Verify installation of and test
communications equipment for:

a.

b.

c.   Information Center.

2.   Refer to TMF 01/05.10.

G.   Contact Support Agencies

1.   Contact:

a.   the Attorney General's Office;

b.   the State Medical Examiner's
Office;

**UDC
GRAMA Classified
Public**

    c.   allied law enforcement agencies; and

    d.   the Governor's Office.

2.   Verify that each agency fully understands its role and is prepared to complete tasks.

H.   <u>Equipment Check</u>

1.   Complete pre-execution inventory and equipment check.

2.   All systems should be tested.

TMF 01/03.00     EXECUTION CHECKLIST

**UDC**
**GRAMA Classified**
**Public**

TMF 01/03.01     General Provisions
TMF 01/03.02
TMF 01/03.03
TMF 01/03.04
TMF 01/03.05
TMF 01/03.06

**UDC**
**GRAMA Classified**
**Public**

TMF 01/03.00   <u>EXECUTION CHECKLIST</u>

TMF 01/03.01   <u>General Provisions</u>

    A.   <u>Purpose of Chapter</u>

        1.   The purpose of this chapter is to provide a checklist of procedures and events which should occur

        2.   Full detail will not be provided for each procedure or event in this chapter. For detail, reference will be made to Chapter TMF 01/05 and other chapters where such detail may be found.

    B.   <u>Policy</u>

        1.   It is the policy of the Department that the count-down to the execution be completed in a systematic manner to ensure that all procedures and events which are necessary to carry out the execution are completed in a carefully coordinated manner.

        2.   The execution shall be carried out in a manner consistent with state law.

TMF 01/03.02

    A.

        1.

        2.

        3.   Refer to TMF 01/05.12.

    B.

**UDC
GRAMA Classified
Public**

1.

2.   Refer to TMF 01/05.12.

C.   Inmate Communication

1.

2.

3.

4.   Refer to TMF 01/05.12.

D.   Food Services

1.   The Warden/designee shall contact the condemned to make arrangements for the final three meals.

2.   The final meal shall be served.

3.   Refer to TMF 01/05.18.

E.

REVISED 06/10/10                                     TMF 01/03   – pg. 27

<span style="color:red">**UDC<br>GRAMA Classified<br>Public**</span>

1.

     a.

     b.

     c.

     d.

2.  Refer to TMF 01/03.03 and TMF 01/05.08.

F.  <u>Equipment Check</u>

1.

2.  Refer to TMF 01/05.10 and TMF 01/05.11.

TMF 01/03.03

A.  <u>Final Briefing</u>

1.

2.  The final briefing shall be attended by the Executive Director/designee, DIO Director, Warden, special teams and other persons specified by the Executive Director or Warden.  The Warden shall conduct the meeting, with the Executive Director/designee and DIO Director providing policy decisions, as needed.

3.  During the briefing, participants shall:

     a.  identify problems, develop solutions and specify time lines and approve modified policy changes;

**UDC
GRAMA Classified
Public**

        b.     provide status reports;

        c.     coordinate support services involvement; and

        d.     conduct final review of count down procedures.

B.   <u>Food Services</u>

    1.   The condemned shall be fed at specified times.

    2.

    3.   Refer to TMF 01/05.18

C.   <u>Visits</u>

    1.

    2.

D.   <u>Restricting Access to Prison Property</u>

    1.

        a.

        b.

        c.

        d.

        e.

    2.

UDC
GRAMA Classified
Public

a.

b.

3.

E.

1.

2.

3.

4.

TMF 01/03.04

A.

1.

a.

**UDC
GRAMA Classified
Public**

b.

c.

2.

  a.

  b.

  c.

3.

  a.

  b.

  c.

4.

  a.

UDC
GRAMA Classified
Public

b.

B.

    1.

    2.

TMF 01/03.05

A. <u>Pre-Execution Procedures</u>

    1.    The Warden shall ensure that all count-down procedures for all required activities and actions are completed.

    2.    Immediate action to complete any unfinished required procedures shall be initiated.

B. <u>Execution Site Teams Assemble</u>

    1.

    2.    The Tie-Down Teams and their back-ups will be positioned to await escort of the condemned to the execution chamber.

C. <u>Contact with the Attorney General's Office</u>

1.

**UDC**
**GRAMA Classified**
**Public**

    a.

    b.

      (2)

2.

3.

    a.

    b.

4.

UDC
GRAMA Classified
Public

TMF 01/03.06

A.   Communications with Attorney General's Office

Refer to TMF 01/03.05,C, above.

B.   Final Sequence of Events: Preparation

1.   Bringing Condemned Inmate to Execution Chamber

The condemned inmate shall be:

a.   removed from the observation cell by the Tie-Down Team;

b.          dressed in a clean jump suit (the color of the jump suit will be at the discretion of the Warden);

c.

d.   escorted to the execution chamber.

2.   Tie-Down Procedures

the condemned shall be tied down as explained in TMF 01/05.13(lethal injection) or TMF 01/05.14(firing squad).

3.   Prepare Condemned Inmate for Execution

The condemned shall be readied for execution:

a.   if lethal injection, by completing the I.V. set-up procedure (See TMF 01/05.15); or

b.   if firing squad, by completing the firing squad set-up procedures (See TMF 01/05.16).

4.   Admit Witnesses

UDC
GRAMA Classified
Public

a.   Witnesses shall be admitted and escorted to assigned viewing areas.

b.   The government witnesses shall enter first and shall be escorted to the government witness area. The escort shall remain with the witnesses.

c.   Following the government witnesses, the authorized witnesses invited by the condemned, and the victim's witnesses shall be admitted and escorted to the designated witness area.

   (1)   If any of the condemned inmate's invited witnesses, or the victim's witnesses wish to be on-site but not actually witness the execution, accommodations may be made for them.

   (2)   The escort officers shall remain with the condemned inmate's witnesses and the victim's witnesses.

d.   The last witnesses to be admitted shall be the news media representatives.

   (1)   The members of the news media selected to witness the execution shall be escorted to the designated witness room. They shall be separate from the condemned inmate's witnesses and the victim's witnesses. Escort officers shall remain with the news media witnesses and ensure their separation from the other visitors while at the execution site.

   (2)   The two pool photographers shall be escorted to a designated site, away from, and out of sight of, the execution chamber. They shall

REVISED 06/10/10                    TMF 01/03   - pg. 35

UDC
GRAMA Classified
Public

be secured inside the designated site until after the execution and until such time that they are allowed to film the cleaned up execution chamber.

C.   Final Sequence of Events: Execution

    1.   Staff Witness

        a.   Staff participating in the preparation for the execution shall exit the execution site.

        b.   Staff members remaining to participate in and observe the execution shall include the:

            (1)   Executive Director/designee;

            (2)   Executive Director's back-up;

            (3)   DIO Director;

            (4)   Warden;

            (5)   Executioners;

            (6)   Escort Officers; and

            (7)   other staff as designated by the Executive Director/designee, DIO Director, or Warden.

    2.   Count-Down

        a.   At the designated hour mandated for the execution, when everything is ready, the phone communication shall be terminated and the Executive Director/designee shall instruct the Warden to proceed with the execution.

        b.   The Warden and DIO Director shall pull open the curtains covering the witness room windows.

UDC
GRAMA Classified
Public

c.  The Warden shall ask the condemned inmate if he has any last words or wishes to make a statement.

    (1)  The statement should not exceed two minutes.

    (2)  If the inmate uses foul language, the Warden should immediately proceed with the next step in the execution procedure.

    (3)  If the statement exceeds two minutes, the execution shall proceed without waiting for the conclusion of his remarks.

    (4)  Audio recording equipment may be used by the Department for the purpose of recording the defendant's last words.  The Department shall permanently destroy the recording made under this subsection not later than 24 hours after the completion of the execution.

d.

e.  The Executive Director/designee shall instruct the executioners in the case of death by injection, or the firing squad leader in the case of a firing squad execution to proceed with the execution:

    (1)  upon receiving the Warden's signal to proceed;

    (2)  after verifying the earliest legal execution time has passed; and

    (3)  if no instruction to halt has been received from the Attorney General's Office.

REVISED 06/10/10

UDC
GRAMA Classified
Public

f.   Following the instruction from the
     Executive Director/designee to
     execute the condemned inmate, the
     executioners shall immediately
     proceed with the execution as
     required in TMF 01/05.15(if by
     lethal injection) or TMF
     01/05.16(if by firing squad).

q.   If the execution is ordered delayed


     the Executive Director shall
     instruct the executioners to step
     away from the execution equipment
     and shall notify them that the
     execution has been stayed or
     delayed.  The procedures set forth
     under TMF 01/06 shall then be
     initiated.

**UDC
GRAMA Classified
Public**

TMF 01/04.00    POST-EXECUTION PROCEDURES

TMF 01/04.01    General Provisions
TMF 01/04.02    Certification of Death
TMF 01/04.03    Removing Witnesses from Execution Chamber
TMF 01/04.04    Removal of Executed Inmate
TMF 01/04.05    Removing Executioners from the Execution Area
TMF 01/04.06    Site Clean-Up
TMF 01/04.07    News Media Re-Entry to Execution Site
TMF 01/04.08    Returning to Standard Operation
TMF 01/04.09    Audit of Execution
TMF 01/04.10    Post-Execution Countdown Schedule

**UDC**
**GRAMA Classified**
**Public**

TMF 01/04.00    POST-EXECUTION PROCEDURES

TMF 01/04.01    General Provisions

      A.    Purpose of Chapter

          The purpose of this chapter is:

          1.    to provide the procedures to be followed following the death by execution of the condemned inmate;

          2.    to identify the responsibilities for tasks to be completed; and

          3.    to provide for the transfer of the body of the condemned from the custody of the Department.

      B.    Policy

          It is the policy of the Department that:

          1.    the witnesses to the execution shall be removed from the execution chamber for the news media witnesses who shall be removed to a secondary location until permitted to return for a filming opportunity in the execution chamber;

          2.    the condemned inmate shall be examined by a licensed physician following the administering of the fatal drugs or the first volley by the firing squad to ensure that death has occurred;

          3.    the physician, when satisfied that death has occurred, shall certify the condemned inmate dead;

          4.    following the certification of death, the body of the condemned shall be surrendered to the State Medical Examiner;

          5.    after removal of the body, the chamber shall be restored and the news media permitted to return to photograph the chamber;

UDC
GRAMA Classified
Public

6.  after the chamber has been photographed, the news media shall be returned to the designated area to brief the other assembled members of the news media;

7.

8.  the entire execution process will be reviewed and evaluated by the AuditBureau to permit a post-execution examination of the competence, efficiency and effectiveness of the execution procedures and staff (see TMF 01/20).

TMF 01/04.02   Certification of Death

A.  After the drugs have been administered/or the execution completed by firing squad:

    1.  the Warden shall wait a maximum of three minutes;

    2.  the Warden shall then tell the DIO Director/designee to summon the attending physician to the condemned; and

    3.  the physician shall take the condemned's vital signs.

B.  If there are signs of life, the physician shall wait beside the condemned and check the vital signs every 60 seconds until vital signs cease.

C.  If execution is by firing squad, and if after a maximum of ten minutes from the first volley, there are still signs of life, the physician will inform the Warden.  The Warden will then initiate the steps in TMF 01/05.16.

D.  When no vital signs are detected, the physician shall certify death in keeping with standard medical practices.

TMF 01/04.03   Removing Witnesses from Execution Chamber

REVISED 06/10/10                         TMF 01/04   - pg.41

**UDC**
**GRAMA Classified Public**

    2.    The Medical Examiner, or his designee, may issue the death certificate for deaths that occur at the prison. (UCA 26-4-7, 26-4-10)

TMF 01/04.05    <u>Removing Executioners from the Execution Area</u>

    A.

    B.

    C.

TMF 01/04.06    <u>Site Clean-Up</u>

    A.    The injection team shall (if execution was by lethal injection):

        1.    use universal precautions and protective equipment to protect for blood or other potentially infectious materials;

        2.

        3.

        4.

        5.

    B.    The Tie-Down Team shall be responsible for:

        1.    using universal precautions and protective equipment to protect against blood and other potentially infectious material; and

**UDC GRAMA Classified Public**

A.  After the certification of death by the physician, the curtains shall be closed by the Warden and DIO Director/designee and the witnesses shall be escorted from the witness viewing rooms

    1.

    2.

    3.

    4.

    5.

B.  The news media shall be escorted to an alternate location in the execution building until they can be returned for the filming opportunity after the execution chamber has been cleaned up.

C.  The condemned inmate's witnesses, government witnesses, and the victim's witnesses shall be escorted to waiting transportation vehicles

D.

TMF 01/04.04    Removal of Executed Inmate

A.  After the witnesses have been removed:

    1.   if the execution is by lethal injection, the IV should be cut by the executioners in order for the catheters to remain in the executed inmate's body; and

    2.

B.  The State Medical Examiner/designee shall be escorted into the death chamber

    1.   The State Medical Examiner has jurisdiction over all deaths that occur at the Utah State Prison. (UCA 26-4-7)

**UDC GRAMA Classified Public**

2.    cleaning up the execution site using
      universal precautions where appropriate.

TMF 01/04.07    Underline News Media Re-Entry to Execution Site

A.   After the site is restored and cleaned, the
     news media witnesses and pool photographers
     shall be escorted to the execution site.

B.   The photographers shall be permitted to
     tape/photograph the site and observation cell
     (if approved by the Warden) as required in
     TMF 01/08.

C.

TMF 01/04.08    Returning to Standard Operation

A.

    1.

    2.

B.

C.

TMF 01/04.09    Review of Execution

Refer to TMF 01/20.

TMF 01/04.10    Post-Execution Countdown Schedule

     See Exhibit 04-1 for the proposed schedule for the
     post-execution period.
        (Sample for Lethal Injection)

                    Execution

UDC
GRAMA Classified
Public

_____
Date

```
0005 DIRECTOR/DESIGNEE GIVES WARDEN OK TO BEGIN EXECUTION
0005 TO 0006  CURTAINS PULLED
0006 TO 0008  LAST STATEMENT BY CONDEMNED
0008 SIGNAL BY WARDEN TO BEGIN EXECUTION
0023 SIGNAL BY EXECUTIONER THAT DRUGS HAVE BEEN ADMINISTERED
0024 DOCTOR BROUGHT INTO EXECUTION CHAMBER
0027 DOCTOR PRONOUNCES DEATH AND DEATH WARRANT SIGNED
0028 CURTAINS CLOSED
0029
0030
0031
0034 TIE DOWN TEAM/MEDICAL EXAMINER INTO DEATH CHAMBER TO REMOVE
     BODY
0036
0037

0038 CLEAN UP CREW INTO DEATH CHAMBER
0039
0040

0040 WARDEN GIVES DIRECTIVE FOR MEDIA TO RETURN TO EXECUTION
     CHAMBER
0100 MEDIA RETURNED TO STAGING AREA
```

REVISED 06/10/10                    TMF 01/04   - pg. 45

UDC
GRAMA Classified
Public

(Sample for Firing Squad)

Execution Time Line

_____
Date

0005 DIRECTOR/DESIGNEE GIVES WARDEN OK TO BEGIN EXECUTION
0005 TO 0006 CURTAINS PULLED
0006 TO 0008 LAST STATEMENT BY CONDEMNED
0008 SIGNAL BY DIRECTOR/DESIGNESS TO BEGIN EXECUTION
0011 DOCTOR BROUGHT INTO EXECUTION CHAMBER
0014 DOCTOR PRONOUNCES DEATH AND DEATH WARRANT SIGNED
0015 CURTAINS CLOSED
0017
0018
0019
0021 TIE DOWN TEAM/MEDICAL EXAMINER INTO DEATH CHAMBER TO REMOVE
     BODY
0023
0025

0026 CLEAN UP CREW INTO DEATH CHAMBER
0031 WARDEN GIVES DIRECTIVE FOR MEDIA TO RETURN TO EXECUTION
     CHAMBER
0050 MEDIA RETURNED TO STAGING AREA

REVISED 06/10/10                          TMF 01/04   – pg. 46

**UDC
GRAMA Classified
Public**

TMF 01/05.00   EXECUTION PROCEDURES

TMF 01/05.01   General Provisions
TMF 01/05.02   Death Warrant
TMF 01/05.03   Selection of Executioners by Lethal Injection
TMF 01/05.04   Selection of Executioners by Firing Squad
TMF 01/05.05   Designation of Persons Required, Permitted or
               Prohibited from Witnessing the Execution
TMF 01/05.06   Disposition of Condemned Inmate's Property
TMF 01/05.07   Disposition of Money in Inmate Account
TMF 01/05.08   Disposition of the Body of the Condemned
TMF 01/05.09   Equipment Check/Inventory: Lethal Injection
TMF 01/05.10   Equipment Check/Inventory: Firing Squad
TMF 01/05.11   Acquisition and Storage of Drugs for Lethal
               Injection
TMF 01/05.12   Observation Period and Related Activities
TMF 01/05.13   Tie-Down Procedures: Lethal Injection
TMF 01/05.14   Tie-Down Procedures: Firing Squad
TMF 01/05.15   Execution by Lethal Injection
TMF 01/05.16   Execution by Firing Squad
TMF 01/05.17   Pre-Execution Rehearsals and Practices
TMF 01/05.18   Support Services Functions

UDC
GRAMA Classified
Public

TMF 01/05.00   EXECUTION PROCEDURES

TMF 01/05.01   General Provisions

    A.  Purpose of Chapter

        1.  This chapter provides the procedures which are used when the Department exercises its statutory responsibility to carry out an execution.

        2.  The topics include those procedures which are employed:

            a.  immediately prior to receiving the death warrant;

            b.  from receiving the death warrant to and during the execution;

            c.  immediately following the execution; and

            d.  during the debriefing and audit phases of the execution.

    B.  Policies

        1.  It is the policy of the Department that the procedures employed in preparing for and carrying out an execution be comprehensive and clearly defined.

        2.  The procedures shall be developed consistent with state and federal law.

TMF 01/05.02   Death Warrant

    A.  Judgement of Death

        1.  When judgment of death is rendered, a warrant signed by the judge and attested by the clerk under the seal of the court, shall be drawn and delivered to the sheriff of the county where the conviction is made.  77-19-6 UCA

        2.  The Sheriff shall deliver the warrant and a certified copy of the judgment to the UDC Executive Director/designee at

UDC

GRAMA Classified

Public

the time of delivering the document to
the custody of the Department.  77-19-6
UCA

3.   The warrant states the conviction and
judgment, the method of execution, and
the appointed day the judgement is to be
executed.  The Department of Corrections
shall determine the hour, within the
appointed day, at which the judgement is
to be executed.

B.   <u>Return Upon Death Warrant</u>

1.   After the execution, the UDC Executive
Director/designee shall make a return
upon the death warrant showing the time,
place and manner in which it was
executed.  77-19-12 UCA

a.   The "Certificate of Execution":

(1)   shall be signed by the Warden
and the physician; and

(2)   shall include the full names
and official titles of the
official witnesses.

b.   The "Certificate of Execution"
shall be submitted for review to
the Executive Director/designee.

c.   Following review by the Executive
Director/designee, the "Certificate
of Execution" shall be returned to
the Warden.

2.   The "Certificate of Execution" shall be
directed by registered mail to the clerk
of the court of the county from which
the individual executed was sentenced.

3.   A return receipt shall be requested from
the recipient.

4.   A copy of the certificate shall be
placed in the deceased inmate's file.

TMF 01/05.03   <u>Selection of Lethal Injection ExecutionTeam</u>

UDC
GRAMA Classified
Public

A.   Statutory Requirements

1.   The Executive Director/designee shall
ensure that the method of judgment of
death specified in the warrant is
carried out at a secure correctional
facility operated by the department at
an hour determined by the department on
the date specified in the warrant.  77-
19-10 (1) UCA

2.   When the judgment of death is to be
carried out by lethal intravenous
injection, the executive director of the
department or his designee shall select
two or more persons trained in
accordance with accepted medical
practices to administer intravenous
injections, who shall each administer a
continuous intravenous injection, one of
which shall be a lethal quantity of
sodium thiopental or other equally or
more effective substance sufficient to
cause death.  77-19-10 (2) UCA

B.   Selection of Execution Team

1.   If the judgment of death is to be
carried out by intravenous lethal
injection, a minimum of two persons,
each trained to administer intravenous
injections shall be selected for the IV
team.

2.   Method of Selection

a.   The DIO Director/designee and the
Warden of the Utah State Prison,
Draper site, shall be members of
the execution team by virtue of
their official position.

b.   The Executive Director/designee,
DIO Director/designee and the

UDC
GRAMA Classified
Public

Warden shall select a minimum of four (4) additional members, other than the DIO Director/designee and Warden, for the execution team.

1. Of the four (4) additional members, a minimum of two (2) execution team members will be on the IV team.

2. No member of the execution team, other than the DIO Director/designee and Warden, shall be required to serve as a member of the execution team without consent.

3. The Executive Director/designee, DIO Director/designee, and Warden will designate one execution team member as the execution team leader.

   a. The execution team leader shall not be the DIO Director/designee or the Warden; and

   b. The execution team leader shall not be a member of the IV team.

4. The Executive Director/designee, DIO Director/designee, and Warden shall review the qualifications of the IV team members according to requirements outlined in subsection (3)(a through d) and other relevant information as to appropriate training and skills in administering intravenous injections.  One IV team member will be designated as the IV team leader.

c.  Following the examination and evaluation of candidates, the Executive Director/designee, DIO Director/designee and Warden, shall

**UDC
GRAMA Classified
Public**

select the execution team members.

    d.    All execution team members shall read and understand the execution procedures.  The Warden shall conduct a review of the execution procedures annually.

3.    IV Team Qualifications

    a.    At least two (2) members of the execution team shall be designated as the IV team for an execution by lethal injection.

    b.    Each member of the IV team shall be a:

        1.    Phlebotomist;

        2.    Emergency Medical Technician;

        3.    Paramedic; or

        4.    Military Corpsman.

    c.    Each member of the IV team shall:

        1.    Have at least one (1) year of professional experience in his specialty;

        2.    Remain certified in his specialty or profession; and

        3.    Fulfill all continuing education requirements in his specialty or profession.

    d.    Prior to participating in an execution, the members of the IV team shall have participated in at least three (3) complete execution practices.

**UDC
GRAMA Classified
Public**

4.   Securing Services

   a. The Warden/designee shall contact
       those chosen for the execution team
       to notify them of their selection
       and verify their willingness and
       availability to perform the duties
       of execution by lethal injection.

       1.   If any person declines
            participation, the Executive
            Director/designee, DIO
            Director/designee and Warden
            will select a replacement
            according to the processes
            outlined in this section.

       2.   If all of the execution team
            members agree to participate,
            their individual roles as
            execution team members shall
            be explained to them.

   b.


TMF 01/05.04   Selection of Executioners by Firing Squad


A.   Statutory Requirements

   1.   "The Executive Director of Corrections/
        designee shall ensure that the method of
        judgment of death specified in the
        warrant is carried out at a secure
        correctional facility operated by the
        Department of Corrections." 77-19-10(1)
        UCA

   2.   "If the judgment of death is to be
        carried out by firing squad, the
        Executive Director of Corrections or his
        designee shall select a five-person
        firing squad of peace officers." 77-19-10
        (3) UCA

UDC
GRAMA Classified
Public

B.   Selection of Executioners

1.   A five-person execution team, plus twoalternates and a team leader shall be chosen for the firing squad.

2.   The alternate(s) shall be selected to replace any member(s) of the firing squad who are unable to discharge their required functions.

3.   Persons selected for the firing squad shall be POST certified peace officers.

4.   Selected peace officers will be required to demonstrate proficiency with weapons designated to carry out the execution.

   a.   Under conditions substantially similar to those of the execution chamber, proficiency shall be exhibited by:

      1.   Firing each weapon.

      2.   At a minimum of 21 feet, accurately hitting the target of the same dimension as that which will be attached to the condemned.

   b.   During the proficiency test, failure to accurately hit the specified target with one round from each weapon fired shall disqualify the officer.

5.

C.   Method of Selection

1.   The Executive Director/designee, DIO Director and Warden shall be responsible for the selection process.

UDC
GRAMA Classified
Public

2.

3.    The final choice of firing squad members
      shall be the responsibility of the
      Executive Director/designee, DIO
      Director and Warden.

4.    The Executive Director/designee, DIO
      Director/designee and Warden shall
      review the qualifications of the firing
      squad, including required proficiency as
      outlined in section (B4) and other
      relevant information.

D.   <u>Securing Services</u>

1.    The Executive Director and/orWarden
      shall contact those chosen for the
      firing squad, alternates and team leader
      to notify them of their selection and to
      verify their willingness and
      availability to perform the execution
      duties.

      a.    If any person rescinds his original
            offer to participate, the selection
            team shall meet to select a
            replacement.

      b.    If all of the selectees agree,
            their individual roles shall be
            explained to them.

2.

TMF 01/05.05   <u>Designation of Persons Required, Permitted or
               Prohibited from Witnessing the Execution</u>

A.   The Utah Code limits and identifies those
     persons who may attend and witness the
     execution.  (See TMF 01/07.03.)

UDC
GRAMA Classified
Public

B.   The Warden shall designate the required personnel to carry out the statutory requirements of an execution.  Staff should include:

    1.         Deputy Warden;

    2.     Observation Officers

    3.        Tie-down Officers,

    4.     one Team Foreman for the escort/Tie-Down Team;

    5.     executioners (reference TMF 01/05.03 & .04);

    6.     Clean-up Officers (number to be determined by the Warden/designee), assigned to clean up the execution chamber immediately following the execution;

    7.     Guide Officers (number to be determined by the Warden/designee);

    8.

    9.

C.   The Warden/designee shall designate the appropriate resources necessary to carry out the requirements of an execution.  The designated individuals shall be responsible for:

    1.     advising the Warden concerning any medical supplies, etc.;

    2.     the preparation and supervision of meals prepared during the observation period, and for the condemned inmate's last meal;

UDC
GRAMA Classified
Public

3.   ordering, verifying, picking-up the
     drugs, equipment, etc., necessary to
     carry out an execution by lethal
     injection; and

4.   pronouncing the death of the condemned
     inmate.

TMF 01/05.06   Disposition of Condemned Inmate's Property

A.   Contact with Condemned Inmate

1.   At least 30 days prior to the scheduled
     execution the condemned inmate should be
     contacted to discuss arrangements for
     disposing of his property.

2.   At least 14 days prior to the execution
     property-disposition arrangements should
     be finalized.

3.   At least seven days prior to the
     execution all paperwork required for
     final disposition should be completed.

4.   If the condemned is uncooperative,
     doesn't wish to make specific property-
     disposition arrangements, or for any
     other reason has not made arrangements
     for disposition, he shall be notified
     the property will be disposed of as
     required under 64-13-15 (1) UCA.

B.   Options for Disposing of Property

1.   Property may be released to an
     authorized visitor (family, friend or
     attorney).  The release would follow the
     normal property release procedures.

2.   Property may be mailed through the U.S.
     Postal Service.  The prison's Mail Unit
     shall process the mailing consistent
     with standard mail procedures.  Indigent
     status does not cover property-release
     postage.

3.   Property may be donated to a charitable
     organization.

UDC
GRAMA Classified
Public

4.  If the condemned fails to designate a property-disposition option:

> "if property is not claimed within one year of death...it becomes property of the state and may be used for correctional purposes or donated to a charity within the state." 64-13-15 (1) UCA

C.  Release Procedure

1.  Following a decision to release the condemned's property, the property shall be:

a.  inventoried by      staff; and

b.  transferred to the property room.

2.  The release will then follow according to the appropriate release procedures. Refer to FDr14, "Inmate Property" and FDr03, "Inmate Mail."

TMF 01/05.07   Disposition of Money in Inmate Account

A.  Contact with Condemned Inmate

Follow the time-table for contact with the condemned outlined for property under TMF 01/05.06.

B.  Options for Disposing of Inmate Accounts

1.  The condemned shall be required to complete a money transfer form releasing the money in his account to his next of kin or other person or organization of his choice.

2.  If the condemned refuses or otherwise fails to complete the necessary forms, the funds shall be disposed of consistent with state law.

TMF 01/05.08   Disposition of the Body of the Condemned

A.  Release to Medical Examiner

UDC
GRAMA Classified
Public

1.  After the executed inmate is pronounced dead, the body shall be released from the restraints and removed from the execution chamber.

2.  The body shall be immediately surrendered to the State Medical Examiner/designee.

TMF 01/05.09   Equipment Check/Inventory: Lethal Injection

UDC
GRAMA Classified
Public

    A.   Responsibility

        1.   The IV team shall conduct a check of equipment and materials necessary to conduct the execution.

        2.

    B.   Inventory

        1.

        2.

        3.

            a.

            b.

        4.

    C.   Bloodborne Pathogen Precaution

        1.   As a precaution, all persons who may come in contact with the condemned's body fluids shall be issued rubber

**UDC**
**GRAMA Classified**
**Public**

gloves and bloodborne pathogen
protection supplies and equipment.

TMF 01/05.10    Equipment Check/Inventory: Firing Squad

    A.   The Warden shall ensure an equipment check of
appliances necessary to carry out an
execution.

    B.

        1.

        2.

        3.

        4.

        5.

        6.

        7.

    C.   The execution team leader shall be
responsible to arrange for:

        1.      .30-caliber rifles;

        2.      live rounds of ammunition;

        3.    blank rounds of ammunition;

        4.   practice sessions and dry fire;

        5.   ensuring equipment is clean and
operable; and

        6.   back-up equipment for items 1, 2, 3,
above.

    D.              prior to the execution:

        1.   the executioners shall be escorted into
the execution chamber by the DIO
Director/designee; and

**UDC
GRAMA Classified
Public**

2.

E.   <u>Bloodborne Pathogens Precaution</u>

As a precaution, all persons who may come in contact with the condemned's body fluids shall be issued rubber gloves and bloodborne pathogen protection supplies and equipment.

TMF 01/05.11   <u>Procurement, Storage and Accountability of
Chemicals for Lethal Injection</u>

A.   <u>Purchase</u>

1.

the Warden shall provide to the pharmacist for his official records a memorandum specifying:

a.   The drugs which must be obtained;

b.   A copy of the judgment of death; and

c.   A copy of the state statute.  77-19-10(2) UCA

2.                                         the pharmacist shall order the drugs from the vendor.  Upon receiving the drugs, the pharmacist shall:

a.

b.   Immediately notify the Warden that the drugs have been received;

c.

d.

**UDC
GRAMA Classified
Public**

e.

    1.

    2.

    3.

    4.

f.

3.    Storage and Handling of Drugs

    a.

    b.    See the next two pages for the
        Equipment and Materials Checklist.

UTAH STATE DEPARTMENT OF CORRECTIONS
Equipment and Materials Checklist: Execution by Injection

UDC
GRAMA Classified
Public

| Quantity | Item | Code |
|---|---|---|
| | Sodium Thiopental (Pentathal), 500 mgm., w/diluent | A |
| | Pancuronium Bromide (Paravulon), 50 mgm. Ampules | A |
| | Potassium Chloride, 240 miliequiv. Ampules | A |
| | Valium injection, 10 mgm | A |
| | Syringe, 60 cc Lur Lock | |
| | Syringe, 10 cc Lur Lock | |
| | Syringe, 5 cc Lur Lock | |
| | Needle, 18 Ga., 1 ½ | |
| | Needle, 25 Ga., 1 ¼ | |
| | Angiocath, 14 Ga., 2 ¼" | |
| | Angiocath, 18 Ga., 1 ¼" | |
| | Angiocath, 16 Ga., 1 ¼" | |
| | Normal saline, IV bad, 1000C | |
| | Lidocaine HCL, 2% w/Epinephrine | |
| | Lidocaine HCL, 2% w/o Epinephrine 2 | |
| | Solution injection set, 70" long with | |
| | Y-injection site:  Travenol Code: #2C0005S | |
| | Extension set, 35" long; Travenol Code #2C0066 | |
| | Stethoscopes | |
| | Boxes of alcohol preps | |
| | Rolls of Kling | |
| | Adhesive tape, 1" | |
| | Adhesive tape, 2" | |
| | Scissors, bandage, Pr. | |
| | Tourniquet | |
| | Hemostat, sterile | |
| | Flashlight, w/batteries | A |
| | Batteries, flashlight, (spares) | A |
| | Ace wraps 3" | |
| | Needle holders | |
| | 10 packs sterile gauze | |
| | Sharp containers | |

UDC
GRAMA Classified
Public

| | | | |
|---|---|---|---|
| | | BIO-Hazardous trash bags | |
| | | Extra large impervious gowns | |
| | | IV hangars | |
| | | Mayo stand | |
| | | Terry cloth towels | |
| | | Goose neck light | |
| | | Blood spill kits | |
| | | Trash containers | |
| | | Electronic Heart Monitor (EKG) | |

TMF 01/05.12    Observation Period and Related Activities

      A.    Access

           1.

           2.

           3.

      B.    Preparation of the Observation Cell

           1.

                a.

                b.

                c.

           2.    Stocking the Cell

UDC
GRAMA Classified
Public

a.  The observation cell shall be outfitted with the following items:

    (1)  mattress (1);

    (2)  pillow (1);

    (3)  pillow case (1);

    (4)  sheets (2);

    (5)  blankets (2);

    (6)  towel (1);

    (7)  soap, small (1);

    (8)  toilet paper, roll (1);

    (9)  jump suit (color to be determined by the Warden) (1);

    (10) socks (1 pr.);

    (11) shower thongs (1 pr.); and

    (12) pocket comb, no metal (1).

b.  If requested, the cell will also have the following items purchased new

    (1)  Bible (1);

    (2)  magazine

    (3)  newspaper
          ; and

    (4)  photographs
          .

c.  The following items may be given on request, as needed,

    (1)  toothbrush (1);

**UDC
GRAMA Classified
Public**

      (2)   toothpaste

      (3)

  d.   If the condemned inmate receives mail the officer shall allow the condemned inmate adequate time to read the mail

  f.

  g.   Additional property shall be approved by the warden.

3.   <u>Test Equipment</u>

  a.

  b.

C.

  1.

  2.

  3.

**UDC**
**GRAMA Classified**
**Public**

4.

5.

6.

        a

        b.

D.   <u>Securing Condemned Inmate's Property/Cell</u>

1.

2.

3.

**UDC
GRAMA Classified
Public**

b.

(1)

(2)

(3)

(4)

c.

(1)

(2)

(3)

(4)

4.  Personal property shall be separated
from prison property, and the personal
property put into a suitable container
and sealed.  Each search team member
shall initial the seal.

5.  The designated property officer shall
sign for and assume responsibility for
the inventoried property.

6.

a.

**UDC
GRAMA Classified
Public**

b.

7.

8.   The personal property shall be taken to
     the DIO property room for storage.

E.   <u>Observation Function</u>

1.

a.

b.

c.

d.

e.

f.

g.

2.

a.

b.

**UDC**
**GRAMA Classified**
**Public**

3.

4.

5.

F.   Activities During the Observation Period

1.

2.   Unless previously served, meal service, including the last meal, shall be served during the observation period.

3.

**UDC**
**GRAMA Classified**
**Public**

4.

    a.

    b.

    c.

UDC
GRAMA Classified
Public

TMF 01/05.13   Tie-Down Procedures: Lethal Injection

   A.   Transfer of Condemned Inmate to Execution Site

      1.   The condemned inmate shall be escorted from the observation cell to the execution chamber by the Tie-Down Team.

      2.

         a.

         b.

         c.

         d.

   B.   Positioning of Tie-down Team

      1.

      2.

      3.

      4.

      5.

   C.   Securing Inmate to Gurney

**UDC
GRAMA Classified
Public**

1.

2.

    a.

    b.

    c.

    d.

    e.

    f.

    g.

3.

**UDC**
**GRAMA Classified**
**Public**

4.

5.   Upon completion of the execution and as
directed by the Warden, the Tie-Down
Team shall enter the execution chamber
and remove the straps in the reverse
order as outlined above.

TMF 01/05.14   <u>Tie-Down Procedures: Firing Squad</u>

A.   <u>Bringing Condemned Inmate to Execution
Chamber</u>

The condemned inmate should be escorted from
the observation cell to the execution chamber
by the Tie-Down Team

B.   <u>Positioning the Tie-Down Team</u>

1.

2.

3.

4.

C.   <u>Securing the Inmate to the Chair</u>

1.

2.

UDC
GRAMA Classified
Public

a.

b.

3.

4.

5.   Upon completion of the execution and as
     directed by the Warden, the Tie-Down
     Team shall re-enter the execution
     chamber and remove the straps in reverse
     order as outlined above.

TMF 01/05.15   <u>Lethal Injection Protocol</u>

A.

1.

2.

UDC
GRAMA Classified
Public

B.   Preparation of Syringes

   1.

      a.

      b.

      c.

   2.   The execution team leader shall providethe drug box to the IV team leader.

      a.   The IV team leader shall prepare each chemical in accordance with the manufacturer's instructions and draw them into the two (2) sets of syringes.

      b.   The second member of the IV team and the execution team leader shall observe preparation of the chemicals and verify that the instructions and procedures have been carried out correctly.

      c.

   3.   The syringes containing the chemicals shall be prepared and loaded in the following order:

      a.   Two 60-cc syringes, each containing 240 milliequivalents of Potassium Chloride in 50-cc and label syringes "Syringe #3.

      b.   Two 60-cc syringes, each containing fifty (50) milligrams of Pancuronium Bromide in 50-cc and

REVISED 06/10/10                    TMF 01/05 – pg. 77

UDC
GRAMA Classified
Public

label syringes "Syringe #2".

c.   Two 60-cc syringes, each containing three (3) gm of Sodium Thiopental in 50-cc and label syringes "Syringe #1".

d.   The secondary syringes containing each of the three chemicals are to serve the following purposes.

1.   Secondary syringe of Sodium Thiopental is prepared in the event the condemned has not lost consciousness sixty (60) seconds after the first administration of the chemical.

2.   Secondary syringes containing Potassium Chloride and Pancuronium Bromide are prepared in the event the condemned has not been pronounced dead after the first administration of the chemicals.

4.   Any syringes that are loaded with lethal injection chemicals that are not used during the execution shall:

a.   Be returned to the Warden by the execution team leader;

b.   Be destroyed by the Warden,

5.   Any unused chemicals that were not mixed in preparation of the lethal injection shall:

a.   Be returned to the Warden by the IV team leader;

b.   Be destroyed by the Warden,

REVISED 06/10/10                           TMF 01/05 – pg. 78

**UDC
GRAMA Classified
Public**

C.

D.

E.   <u>The IV team leader:</u>

1.   Shall, along with the second IV team
member, verify two (2) labeled sets of
each of the three (3) chemicals are
present, filled, and clearly labeled;

2.   Provide the two (2) labeled sets of each
of the three (3) chemicals contained in
the drug box to the execution team
leader who will verify, along with
another execution team member, selected
by the execution team leader, the
appropriate number of syringes have been
surrendered and are clearly labeled; and

3.   Prepare the IV set-up.

F.   <u>IV Set-up Procedure by IV Team</u>

1.   The connector of Administration Set
(McGaw V1417 or equivalent) shall be
inserted into the bag of Normal Saline
IV solution.

2.   The Flo Trol clamp located above the "Y"
site shall control the flow of solution.

3.   A 35-inch Extension Set (Travenol 2C0066
or equivalent) shall be connected to the
needle adapter of the Administration
Set.

UDC
GRAMA Classified
Public

4.    The set-up for administration into the back-up IV site may require additional Extension Sets due to the potential of additional distance.

5.    All connections should then be taped to ensure they do not come apart during the procedure.

6.    The tubing shall be cleared of air by removing the protector from the needle adapter and opening the Flo Trol clamp letting the tube fill with solution.

7.    The Flo Trol clamp shall then be closed and the protective cap over the needle adapter replaced.

8.    Steps 1 through 7 shall be repeated for the second set-up.

G.    Injection Procedure by IV Team

1.    The Warden shall order the condemned person escorted to the execution chamber and strapped to the gurney.

2.    The IV team shall run the IV lines to the condemned person by the following:

   a.    Site and insert one (1) primary IV line; and

   b.    Site and insert one (1) back-up IV line.

3.    The IV team members shall determine the location of the IV sites on the body of the condemned person.

4.

   a.

   b.

   c.

   d.

UDC
GRAMA Classified
Public

H.   IV Placement Process by IV Team

1.   The angiocath shall be inserted into the vein of the primary IV site.

2.   To best ensure that a needle is inserted properly into a vein, the IV team members shall look for the presence of blood in the valve of the sited needle.

3.   The inner needle is then withdrawn and the needle adapter is placed on the angiocath.

a.

b.

4.   The flow of normal saline shall be started and administered at a slow rate to keep open.

5.   Step 1 through 3 shall be repeated for the back-up IV site.

6.   The Administration Sets shall be running at a slow rate of flow, to keep open and ready for the insertion of syringes containing the injection chemicals.

7.   Both set-ups shall be observed by the IV team members to ensure they are both patent and functioning properly.

8.   No further action is necessary at this time.

I.   Lethal Injection Procedure

1.   The execution team shall:

UDC
GRAMA Classified
Public

a. Securely connect the electrodes of the cardiac monitor to the condemned person; and

b. Ensure the equipment is functioning properly.

2. At the designated hour mandated for the execution, when everything is ready:

a. The DIO Director/designee and Warden shall pull open the curtains covering the witness room windows.

b. The Warden shall ask the condemned inmate if he has any last words or wishes to make a statement.

1. The statement should not exceed two minutes.

2. If the inmate uses foul language, the Warden should immediately proceed with the next step in the execution.

3. If the statement exceeds two minutes, the execution shall proceed without waiting for the conclusion of his remarks.

4. The Department, for the purpose of recording the condemned inmate's last words, may use audio recording equipment.

a. The Department shall permanently destroy the recording made under this subsection not later than 24 hours after the completion of the execution.

b. No form of duplication of the audio shall be permitted.

c. The Warden, witnessed by the DIO Director/designee, shall

UDC
GRAMA Classified
Public

destroy any audio or video recording.

c.   At the conclusion of the remarks, or when the Warden determines it is time to proceed, a prearranged signal shall then be given by the Warden to the Executive Director/designee.

d.   The Executive Director/designee shall order the execution team leader to begin the administration of the chemicals providing:

   1.   The earliest legal execution time has been verified and has passed; and

   2.   No instruction to halt has been received from the Attorney General's Office.

e.   Following the instruction from the Executive Director/designee to execute the condemned inmate, the execution team leader shall immediately proceed with the execution.

f.

   1.

   2.

   3.

3.   Upon the Executive Director/designee's order to proceed, the execution team leader shall begin the following

REVISED 06/10/10                        TMF 01/05 – pg. 83

UDC
GRAMA Classified
Public

sequence:

a.   The flow of the normal saline into the arm shall be cut off using the Flo Trol clamp.

b.   The clamp should be moved as close to the "Y" site as possible.

c.   The 18 ga needle of Syringe #1 (three (3) gm of Sodium Thiopental) shall be inserted into the "Y" site and the injection shall commence.

   1.   A steady, even flow of the injection shall be maintained with only a minimum amount of force applied to the syringe plunger.

   2.   When the entire contents of the syringe have been injected, syringe #1 shall be removed from the "Y" site.

d.   The Flo Trol clamp should then be opened fully and allowed to run for 15 seconds.

e.   The Flo Trol clamps shall then be closed.

f.   A period of sixty (60) seconds shall pass after the administration of the Sodium Thiopental and closure of the Flo Trol clamp.

   1.   After the passage of sixty (60) seconds:

      a. If it appears to the Warden based on his visual inspection that the condemned person is not unconscious:

      i.   The Warden shall notify the Executive Director/designee;

      ii.   The Executive Director/designee

UDC
GRAMA Classified
Public

will order the
execution team to
switch to the back-
up IV site;

    iii.    The Executive
Director/designee
shall order that the
back-up IV site be
used with a new flow
of Sodium Thiopental

(secondary syringe
labeled Syringe #1);
and

    iv.    The Executive
Director/designee
shall order the
remaining sequence
of chemicals to be
injected through the
back-up IV site.

2.    If it appears to the Warden
based on his visual inspection
that the condemned person is
unconscious after the first
injection of Sodium
Thiopental, the Warden shall
notify the Executive
Director/designee who will
then order the execution team
to continue to the next step
in the sequence.

g.    The 18 ga needle of Syringe #2
(fifty (50) milligrams of
Pancuronium Bromide) shall be
inserted into the "Y" site and the
injection shall commence;

1.    A steady, even flow of the
injection shall be maintained
with only the minimum amount
of force applied to the
syringe plunger.

2.    When the entire contents of
the syringe have been
injected, Syringe #2 shall be

UDC GRAMA Classified Public

removed from the "Y" site.

h.      After syringe #2 has been given, the Flo Trol clamp should be opened fully for 15 seconds.

i.      The Flo Trol clamp shall then be closed.

j.      The 18 ga needle of Syringe #3 (240 milliequivalents of Potassium Chloride) shall be inserted into the "Y" site and the injection shall commence;

        1.      A steady, even flow of the injection shall be maintained with only the minimum amount of force applied to the syringe plunger.

        2.      When the entire contents of the syringe have been injected, Syringe #3 shall be removed from the "Y" site.

k.      The Flo Trol clamp shall then be opened fully and allowed to run for 15 seconds.

l.      The Flo Trol clamp shall then be closed.

m.      An execution team member designated by the execution team leader shall start a stopwatch once the lethal injections are complete.

n.      The execution team leader shall:

        1.      Observe the heart monitor; and

        2.      Advise the attending physician electrical activity of the heart has ceased as indicated by a flat line on the heart monitor.

o.      The Warden shall notify the Executive Director/designee if it appears an additional set of lethal chemicals needs to be administered

REVISED 06/10/10

due to the following conditions:

UDC
GRAMA Classified
Public

1.    Heart monitor does not
      indicate a flat line after ten
      (10) minutes; or

2.    The attending physician is not
      able to declare the time of
      death after ten (10) minutes.

p.    In the event death has not
      occurred;

      1. The Executive
         Director/designee will order
         the process established in
         subsection (2)(f) of this
         section and subsequent
         sections to continue with the
         secondary set of syringes
         until death has occurred.

q.    During the execution by lethal
      injection, the DIO
      Director/designee and Warden shall:

      1.    Watch the primary IV site for
            failure, leakage, the catheter
            coming out of a vein, or any
            other problem.

      2.    In the event that an IV fails,
            leaks, if the catheter comes
            out of the vein, or any other
            problem arises, the execution
            team shall be ordered to
            switch to the back-up IV.

      3.    In the event the execution
            team is ordered to switch to
            the back-up IV, the DIO
            Director/Warden shall watch
            the back-up IV site for
            failure, leakage, the catheter
            coming out of a vein, or any
            other problem.

J.    Post Lethal Injection Steps

      1.    When the physician declares death, the
            Executive Director/designee, DIO

REVISED 06/10/10                          TMF 01/05 - pg. 87

UDC
GRAMA Classified
Public

Director/designee and Warden shall be informed.

    2.    The DIO Director and Warden shall close the viewing room curtains.

    3.    The Executive Director/designee shall make appropriate contact with the Governor and Attorney General informing them of the completion of the execution.

K.    Disposal of BIO-Hazardous Contaminated Items

    1.    The execution team leader shall place items that have been contaminated with blood or other potentially infectious materials (OPIM) that have the potential to puncture into a puncture proof container (sharps container).

    2.    The execution team leader shall place other types of blood or other potentially infectious materials in trash containers lined with a red BIO-Hazardous waste bag.

    3.    The Correctional Medical Administrator shall ensure that the contaminated waste is disposed of in the proper Dumpster.

TMF 01/05.16    Execution by Firing Squad

    A.

    B.

    1.    Refer to TMF 01/05.10.

    2.    The team leader shall load the weapons and prepare to issue them to the members of the firing squad.

    3.    Two rounds shall be loaded in each weapon.

    4.    Care shall be taken to preclude any knowledge by the members of the firing

UDC
GRAMA Classified
Public

squad of who is issued the weapon with two blank cartridges.

C.   The Warden shall direct that an aiming point or target be placed over the condemned inmate's heart.

D.   Upon completion of "C", above, the Warden shall direct the person who placed the target to exit the execution chamber.

E.   After the target is in place and all witnesses are secured, the Warden shall direct that the viewing room curtains be opened.

F.   After all preliminaries are completed, the Warden, at the conclusion of the condemned inmate's last words (which shall not exceed two minutes and cease at any point should the condemned use foul language), shall place the hood over the condemned's head.

   (1)   Audio recording equipment may be used by the Department for the purpose of recording the defendant's last words.

   (2)   The Department shall permanently destroy the recording made under this subsection not later than 24 hours after the completion of the execution.

   (3)   No form of duplication of the audio shall be permitted.

   (4)   The Warden, witnessed by the DIO Director/designee, shall destroy any audio recording.

G.   The DIO Director/designee, Warden, and any other observers shall exit the execution chamber.

H.   When the Warden enters the executioners' room and secures the door, if no stay or delay in the execution has been ordered, the Executive Director/designee shall immediately order the firing squad team leader to begin the cadence for the executioners to fire.

UDC GRAMA Classified Public

I.    A designated execution team member shall start a stopwatch once the first volley has been fired.

J.    If the condemned inmate appears to be unconscious, upon the order of the Executive Director, the Warden and DIO Director shall re-enter the execution chamber after the first volley.

    1.    The Warden shall wait a maximum of three minutes after the first volley and then call for the physician to check the vital signs of the condemned.

        a.    If there are signs of life, the physician shall wait beside the condemned and check the vital signs every 60 seconds.

        b.    When no vital signs are detected, the physician shall certify death in keeping with standard medical practices.

        c.    After death is certified, the Warden shall direct that the viewing room curtains be closed.

    2.    If, after a maximum of ten minutes from the first volley, the inmate is unconscious but alive, the Warden shall direct the physician to make a final check of the condemned's vital signs.

        a.    If on final check, vital signs are detected, the Warden shall order the physician to exit the execution chamber.

        b.    The Warden and DIO Director shall re-enter the executioner's room.

        d.    The Executive Director/designee shall order the firing squad team leader to make the weapons ready to fire.

        e.    The Executive Director/designee shall immediately order the firing squad team leader to begin the

REVISED 06/10/10

UDC
GRAMA Classified
Public

cadence for the firing squad to
fire a second volley.

     f.    After the firing of the second
volley, the Warden and DIO Director
shall re-enter the execution
chamber and proceed with paragraph
"J,1", above.

K.    If, after the first volley is fired, the
condemned is obviously conscious, the
Executive Director/designee shall instruct
the firing squad team leader to immediately
prepare the weapons to fire again.

     1.    The firing squad team leader shall ready
the weapons in a controlled and safe
manner.

     2.    The firing squad team leader shall
ensure the executioners do not see which
weapon contains the blank cartridges.

     3.    When the weapons are ready, if the
condemned is still obviously conscious,
the Warden shall ensure no staff members
are in the execution chamber.

     4.    Upon notice from the Warden that the
execution chamber is clear, the
Executive Director shall immediately
order the firing squad team leader to
begin the cadence for the executioners
to fire a second volley.

     5.    After the second volley, continue with
"J", above.

L.    The Executive Director shall make
notification of the condemned's death to the
Governor and the Attorney General.

TMF 01/05.17    <u>Pre-Execution Rehearsals and Practices</u>

A.    A minimum of three rehearsals and practices
shall be conducted to carry out an execution
in a timely fashion maintaining the necessary

UDC
GRAMA Classified
Public

security.   Practice/rehearsal shall be provided for but will not be limited to:

1.   briefing;

2.   removing the condemned inmate from the observation cell;

3.

4.   escort to execution chamber;

5.   tie-down procedures completed;

6.   approximate time for IV injection procedure (execution time approximate);

7.   clearing and escorting witnesses to/from execution site;

8.   security curtains opened and closed;

9.   condemned inmate's body removed from execution table/chair;

10.

11.   clean-up;

12.   debriefing outlined;

13.   firing of weapons; and

14.   ensure sufficient precautions are taken to minimize the risk of bio-hazardous exposure.

B.   Planning backward from the execution shall be used to develop realistic time lines for each function involved in the execution.

C.

1.   Discrepancies, concerns or proposed modifications due to system problems

REVISED 06/10/10                                TMF 01/05  - pg. 92

UDC
GRAMA Classified
Public

shall be immediately reported to the
Warden.

    2.

TMF 01/05.18   Support Services Functions

    A.   Food Services

        1.   Observation Period Meal Service

            a.

            b.   The Food Services Director/designee
                shall confirm the condemned's
                choice of a last meal.  The
                confirmation should be made 48-24
                hours prior to the execution.

            c.

            d.

            e.   Alcoholic beverages shall not be
                served nor used for cooking.

        2.   Beverage and Food Service for Staff

            a.   Because of the length of time many
                persons will be required to remain
                on site without being able to
                leave, it may be necessary to serve
                food and beverages to those
                assigned to the execution.

**UDC**
**GRAMA Classified**
**Public**

b.

c.   Food and beverage services may be provided to:

    (1)   the command post;

    (2)   the Information Center;

    (3)   the food preparation area of the building in which the execution will occur;

    (4)   to the Draper site Security Deputy Warden for delivery to perimeter posts; and

    (5)   other sites as needed.

d.

B.   Medical Staff

1.   Receipt of Death Warrant

Upon receipt of the death warrant the Correctional Medical Administrator shall:

a.   review the medical procedures, post orders and equipment checklist and make recommendations in writing to the Warden concerning any back-up or duplication of any medical

UDC
GRAMA Classified
Public

paraphernalia that may be necessary to carry out an execution; and

b.  shall confer with the Chief Physician and assign all execution-related tasks to be completed.

2.  Thirteen to Seven Days

a.  At least thirteen days prior to the execution the Warden shall provide to the pharmacist, for his official record, authorization to purchase drugs.  Authorization shall be in the form of a memorandum including:

(1)  the names of the drugs which shall be obtained;

(2)  a copy of the judgement of death; and

(3)  a copy of the state statute (77-19-10 (2) UCA).

b.  At least seven days prior to the execution the pharmacist shall order the drugs from the vendor (refer to chapter TMF 01/05.11).

(1)  If the state's prime vendor cannot deliver the drugs, the pharmacists shall make arrangements with other vendors or hospitals to obtain the drugs.

(2)  If the drugs cannot be delivered to the prison by the primary vendor or their delivery service to the prison, the pharmacist shall notify the Correctional Medical Administrator.

(2)  The Correctional Medical Administrator shall make arrangements with the Draper site Security Deputy Warden to have an officer accompany them

UDC
GRAMA Classified
Public

to the location where the
other drugs may be obtained.

c.

3.

4.

5.

a.

b.

c.

6.

a.

(1)   the sodium pentothal syringes
shall be prepared by the
pharmacist at the direction of
the Warden when it appears the
execution shall be carried
out;

UDC
GRAMA Classified
Public

(2)  a medical-response team shall be on standby to provide any medical attention which may be needed during the time of the scheduled execution;

(3)  a USP emergency equipment kit and a back-up kit shall be made available at the execution site; and

(4)  the Correctional Medical Administrator (CMA)/designee and a USP Medical staff with skills in intravenous injections, I.V. set-up, cut-down, etc., shall be available at the execution site to provide medical assistance in the execution chamber, if necessary.

b.  Equipment and lethal drugs shall be gathered up by the CMA/designee following the execution.

(1)  The CMA/designee shall be responsible for the disposal of the medical equipment used for lethal injection in accordance with TMF 01/05.15.

(2)

C.  Maintenance Staff

1.  Receipt of Death Warrant

a.  Upon receipt of the death warrant the Deputy Warden Support Services shall:

(1)  review the maintenance procedures and the equipment checklist and make recom- mendations in writing for changes, additional equipment, etc. as is viewed essential

UDC
GRAMA Classified
Public

and provide such
recommendations to the Warden
prior to the scheduled
execution date; and

(2)   confer with the Maintenance
Director and assign all
execution related tasks to be
completed.

b.   The Maintenance Director shall then
prepare a task completion calendar
which shall be presented to the
Deputy Warden Support Services for
approval, including:

(1)   a review of the maintenance
procedure and the equipment
checklist;

(2)   recommendations to the Warden
in writing of changes,
additional equipment, etc. as
is viewed essential
prior to the scheduled
execution date;

(3)   identification of strategies
to ensure that all systems,
equipment, and mechanisms
associated with the execution
facility are functional and
are readily repairable given
an unexpected malfunction;

(4)   identification of emergency
equipment, materials, and
substances necessary to ensure
that system, equipment, and/or
mechanism malfunctions are
expeditiously remedied;

(5)   establishment of inspection
checklist and time frames for:

(a)   the facility designated
for the execution;

(b)   the observation cell; and

(c)   emergency backup systems;

REVISED 06/10/10                    TMF 01/05 – pg. 98

UDC
GRAMA Classified
Public

(6) ensuring that all maintenance service/repair trucks are in good operational condition and supplied with equipment, tools, and supplies necessary to correct all execution related emergencies; and

(7) identification of maintenance personnel necessary to address all execution day maintenance emergencies.

2.

The Maintenance Director shall:

a. complete a pre-inventory check of the necessary equipment; and

b. complete a written report to the Deputy Warden Support Services of equipment, etc. requiring repair, replacement or duplications, including recommendations to correct problems and time frame necessary to make necessary corrections.

3.

The Deputy Warden Support Services shall direct the Maintenance Director to:

a.


c. conduct an inspection of the following equipment:

(1) execution chamber;

(2) observation cell; and

(3) emergency back-up systems and equipment.

4.

REVISED 06/10/10

TMF 01/05 - pg. 99

**UDC
GRAMA Classified
Public**

a.

    (1)

    (2)

    (3)

b.  A pre-inventory check shall be completed to ensure equipment is operational and in proper working order.

5.

a.

    (1)

    (2)

        (a)

        (b)

        (c)

    (3)  emergency back-up systems and equipment.

b.  Emergency equipment shall be checked to ensure readiness for the execution.

6.

a.  Complete the procedures as outlined in 5, above.

b.

c.

UDC
GRAMA Classified
Public

**UDC
GRAMA Classified
Public**

d.

(1)

(2)

(3)

(4)

(5)

(6)

REVISED 06/10/10

TMF 01/05 - pg.101

UDC
GRAMA Classified
Public

UDC
GRAMA Classified
Public

```
TMF 01/07.00    WITNESSES

TMF 01/07.01    General Provisions
TMF 01/07.02    News Media Witnesses
TMF 01/07.03    Designation of Persons Required, Permitted or
                Prohibited from Witnessing
TMF 01/07.04    Witness Agreement
```

REVISED 06/10/10                            TMF 01/07 – pg. 107

**UDC
GRAMA Classified
Public**

TMF 01/07.00      WITNESSES

TMF 01/07.01      General Provisions

        A.   Purpose of Chapter

           The purpose of this chapter is to:

           1.   identify the types and number of witnesses permitted to attend the execution; and

           2.   to provide legal requirements concerning the witnessing of the execution.

        B.   Policy

           It is the policy of the Department that:

           1.   procedures for selecting witnesses to the execution shall conform with 77-19-11 UCA;

           2.   witnesses shall enter into written agreements before being approved for attendance; and

           3.   witnesses shall be subject to search prior to being admitted.

TMF 01/07.02      News Media Witnesses

        A.   Members of the news media shall be permitted to witness the execution.

        B.   Selection shall be at the discretion of the Executive Director/designee.

        C.   Refer to TMF 01/08 for news media selection procedures.

TMF 01/07.03      Designation of Persons Required, Permitted or Prohibited from Witnessing

        A.   The Utah Code limits and identifies those persons who may attend and witness the execution.

UDC
GRAMA Classified
Public

1.   The Executive Director of Corrections or his designee shall:

    a.   cause a physician to attend the execution, 77-19-10 (5) UCA; and

    b.   permit the attendance at the execution of members of the press and broadcast news media named by the Executive Director of the Department/or his designee, 77-19-11 (4) UCA.

2.   At the discretion of the Executive Director of the Department of Corrections/designee, the following may attend the execution:

    a.   the prosecuting attorney, or his designated deputy, of the county in which the defendant committed the offense for which he is being executed, 77-19-11 (2)(a) UCA;

    b.   no more than two law enforcement officials from the county in which the defendant committed the offense for which he is being executed, 77-19-11 (2)(b) UCA;

    c.   the Attorney General or his designee, 77-19-11 (2)(c) UCA;

    d.   religious representatives, friends, or relatives designated by the defendant, not exceeding a total of five persons, 77-19-11 (2)(d) UCA; and

    e.   unless approved by the Executive Director, no more than five close relatives of the deceased victim, as selected by the Executive Director, but giving priority in the order listed in TMF 01/01.04.

3.   The persons enumerated in Subsection (2) may not be required to attend, nor may any of them attend as a matter of right, 77-19-11 (3) UCA.

REVISED 06/10/10                                    TMF 01/07 - pg. 109

UDC GRAMA Classified Public

4.   The following persons may also attend the execution:

    a.   staff as determined necessary for the execution by the Executive Director of the Department of Corrections/designee; and

    b.   no more than three correctional officials from other states that are preparing for executions, but no more than two correctional officials may be from any one state, as designated by the Executive Director of the Department of Corrections or his designee, 77-19-11 (7)(a) UCA.

5.   Other necessary staff designated by the Executive Director of the Department of Corrections/designee shall be permitted to the execution.

    a.   The "necessary staff" shall include those persons identified in the post orders and procedures in TMF 01.

    b.   "Necessary staff" shall not be limited to members of the Utah Department of Corrections but may include members of allied agencies assisting with the execution.

6.   The Department is empowered and directed by 77-19-11 (8) UCA to adopt rules governing the attendance of persons at the execution.

7.   No person under the age of 18 may attend the execution.

B.   For those persons who shall carry out the execution or serve in support roles in the execution area, refer to TMF 01/05.05 B, C.

**UDC
GRAMA Classified
Public**

TMF 01/07.04    Witness Agreement

(See following page for Witness Agreement.)

**Rules of Conduct for Witnesses Observing an Execution
at the
Utah State Prison**

1.  That you will not bring onto prison property anything constituting legal or illegal contraband under any applicable statute, rule, or policy including any firearm, dangerous weapon, implement of escape, explosive, spirituous of fermented liquor, medicine, poison, or any other item creating a threat to the safety, security, or management of the prison;

2.  That you agree to submit to a reasonable search for contraband and other searches as considered necessary by the Department for entry to Department prison and staging area property;

3.  That you conduct yourself in a lawful and orderly manner;

4.  That you comply with all lawful directives of correctional personnel while on Department property;

5.  That you will not bring to the execution site any photographic or recording equipment; and

6.   That you understand that the Department of Corrections will not provide mental health services to witnesses.

7.  That you understand the Department of Corrections is required to record/report the names of all witnesses in attendance as well as provide the information to media representatives.


I have read the above rules and agree to abide by them.  I understand that my failure to comply with the rules will result in my immediate removal from Department of Corrections property and that I may be subject to criminal prosecution.


_____          _____
    Signature of Witness                        Date

_____          _____
UDC Representative                              Date


REVISED 06/10/10                    TMF 01/07 - pg. 111

TMF 01/08.00     NEWS MEDIA PROCEDURES

**UDC**
**GRAMA Classified**
**Public**

TMF 01/08.01     General Provisions
TMF 01/08.02     News Media Selection
TMF 01/08.03     Alternate Coverage/Accommodations
TMF 01/08.04     News Media Attendance at the Execution
TMF 01/08.05     Limitations on Coverage
TMF 01/08.06     News Media Briefing
TMF 01/08.07     News Media Support and Equipment
TMF 01/08.08     Media Representative Agreement

**UDC
GRAMA Classified
Public**

TMF 01/08.00   NEWS MEDIA PROCEDURES

TMF 01/08.01   General Provisions

A.   Purpose of Chapter

The purpose of this chapter is:

1.   to provide the policies, procedures and requirements for providing access to the execution and information relating to the execution to the news media;

2.   to provide the procedure for:

a.   releasing background information;

b.   releasing information during the execution;

c.   coverage of the execution; and

3.   to provide requirements for safeguarding the institution and protected information.

B.   Policy

1.   It shall be the policy of the Department to permit press access to the execution and information concerning the execution consistent with the requirements of the constitutions and laws of the United States and state of Utah.

2.   The Department is generally required to provide no more access to the news media, to the inmates and facilities it supervises and controls than that available to the general public.

3.   The Department and the Utah Code recognize the need for the public to be informed concerning executions conducted by the Department of Corrections.

a.   The Department will participate and cooperate with the news media to inform the public concerning the execution.

b.   Information should be provided in a timely manner.

UDC
GRAMA Classified
Public

4. If the condemned is willing, the Department may allow an opportunity for the condemned to speak with the news media.  If allowed, the interview may:

   a. include those members of the news media selected to witness the execution;

   b. include additional members of the news media authorized by the Department, but not including more than one reporter from the same agency; and

   c. be held at a time and location determined by the Department.

5. During exigent circumstances, communication may be temporarily suspended until the situation has been stabilized.  Exigent circumstances shall include, but not be limited to:

   a. riots;

   b. hostage situations;

   c. fires or other disasters; or

   d. other inmate disorders.

6. Refer to Chapter AGr05, "Media Relations" for general news media access to information, inmates and facilities.

TMF 01/08.02   Number in Attendance

A.   Number in Attendance

The Department shall permit members of the press and broadcast news media to witness the execution.

B.   Authority to Select

The Executive Director/designee shall be responsible for selecting the members of the

**UDC
GRAMA Classified
Public**

news media who will be permitted to witness the execution.  77-19-11(4) UCA

C.    <u>Selection Process</u>

    1.    After the court sets a date for the execution of the death penalty, news directors or editors may submit a written list of news media witnesses (one per organization) and other news personnel needed at the execution, to the attention of the Executive Director at least 30 days prior to the execution. When administrative convenience or fairness to the news media dictates, the Department in its discretion may extend the request deadline.

    2.    Requests for consideration may be granted by the Executive Director/designee provided they contain the following:

        a.    a statement setting forth facts showing that the requesting individual falls within the definition of "member of the press and broadcast news media" set forth in these regulations;

        b.    an agreement to act as a pool representative as described in these regulations;

        c.    an agreement that the media member will abide by all of the conditions, rules and regulations while in attendance at the execution; and

        d.    agreement that they will conduct themselves consistent with existing press standards.

    3.    Upon receipt of a news director's or editor's request for permission for news media witnesses to attend the execution, the Executive Director/designee may take such steps as he deems necessary to verify the statements made in the request. After verifying the information in the requests, selection

**UDC
GRAMA Classified
Public**

of witnesses shall be made by the
Executive Director/designee.

4.  The Executive Director/designee shall
    identify the media members who have been
    selected to witness the execution.
    Media members shall be selected on a
    rotating basis from the following
    organizations:

    a.  Salt Lake daily newspapers;

    b.  television stations licensed and
        broadcasting daily in the State of
        Utah;

    c.  one newspaper of general
        circulation in the county in which
        the crime occurred;

    d.  one radio station licensed and
        broadcasting in the State of Utah;
        and

    e.  the remainder from a pool of
        broadcast, print and wire services
        news media organizations operating
        in Utah.

5.  In the event that the Executive Director
    is unable to name a news media witness
    from each of the above-described
    organizations, he shall name other
    qualifying media members to attend.

6.  No news media witnesses other than those
    named to attend the execution as
    described in this chapter shall be
    permitted to witness the execution.

D.  Pool Photographers

    1.  Two photographers shall be appointed as
        pool photographers to photograph/film
        the execution chamber following clean
        up.

    2.  The pool photographers may be selected
        from agencies other than those

represented among those witnessing the execution.

TMF 01/08.03   Alternate Coverage/Accommodations

    A.   Additional Media Selected

       1.  The Executive Director may designate additional members of the press and broadcast news media who request and receive permission to be allowed at a location designated by the Executive Director on prison property during the execution.

       2.  The additional media selected shall be from both the print and broadcast media.

    B.   Alternate Location

       1.  The alternate location shall be a press briefing area.

       2.  Media members must contact the Department's Public Affairs Director at least 14 days prior to the execution date to make any special arrangements for hook ups or other necessary arrangements.  Any expense incurred shall be borne by the specific news media requiring special equipment or hook ups.

       3.  No special access nor briefings will be provided to members of the press who are not selected as witnesses nor selected for the alternate site.

       4.  The alternate site shall be made available to the selected members of the news media at 1700 hours the day prior to the scheduled execution date.

    C.   Briefing Media at the Alternate Site

       1.  The Public Affairs Director shall arrange for:

          a.  pre-execution briefings;

          b.  distribution of media briefing packages;

UDC
GRAMA Classified
Public

    c.    briefings throughout the execution event; and

    d.    post-execution briefings by the news media who witnessed the execution.

2.    The news media witnesses to the execution shall be returned to the media briefing area to answer questions from media members at the alternate site.

TMF 01/08.04    <u>News Media Attendance at the Execution</u>

A.    The Warden/designee shall permit the members of the press and broadcast news media, selected by the Executive Director/designee in accordance with these regulations, to witness the execution.

B.    Each news media witness attending the execution shall be carefully searched prior to admittance to the execution chamber.

1.

    a.    Electronic or mechanical recording devices include, but are not limited to, still, moving picture or video cameras, tape recorders or similar devices, broadcasting devices, or artistic paraphernalia, such as notebooks, and drawing pencils or pens, etc.

    b.    Violation of this prohibition is a class B misdemeanor. 77-19-11(5)

    c.    Only a small notebook (no larger than 4" x 6") and a pen or pencil issued by the Department shall be permitted.

2.    Only the selected members of the news media (witnesses and two pool photographers) shall be allowed to

REVISED 06/10/10        TMF 01/08 – pg. 118

attend the pre-execution briefing.  The
group will be escorted into a briefing
room.

UDC
GRAMA Classified
Public

a.

b.

c.

3.

a.

b.

4.    Persons requesting to witness the
execution shall be required to sign a
statement or release absolving the
institution or any of its staff from any

REVISED 06/10/10                              TMF 01/08  - pg. 119

legal recourse resulting from the
exercise of search requirements or other
provisions of the witness agreement.

UDC
GRAMA Classified
Public

C.   The Warden/designee shall not exclude any
news media witness duly selected in
accordance with these regulations from
attendance at the execution except as
described in these regulations, nor may the
Warden/designee cause a selected news media
witness to be removed from the execution
chamber unless the media member:

1.   refuses to submit to a reasonable search
as permitted in these regulations;

2.   faints, becomes ill or requests to be
allowed to leave during the execution;

3.   causes a disturbance within the
execution chamber; or

4.   refuses or fails to abide by the
conditions and regulations set forth by
the Department.

D.   The execution chamber shall be arranged so as
to provide space for the attending news media
witnesses and the space arranged shall have a
view of the execution site, with the
exception of:

1.   a view of the members of the firing
squad, if employed; or

2.   if lethal injection is chosen, those
directly administering the method of
execution, who shall be concealed from
the view of the media members so that
their identities will remain unknown.

E.   The selected news media witnesses shall be
transported as a group to the execution
location prior to the execution and shall be
allowed to remain there throughout the
proceeding.

F.   The Department shall designate a
representative or representatives to remain
with the media members throughout the
execution proceedings for the purpose of
supervising and escorting.

UDC  GRAMA Classified Public

G.   News media witnesses shall be admitted to the execution area on the date set for the execution only after:

    1.   proof of identification have been presented to the Public Affairs Director/designee at the staging area;

    2.   receiving an orientation by the Public Affairs Director/designee; and

    3.   signing an agreement to abide by conditions required of news media witnesses to the execution.

H.   After the execution has been completed and the site has been restored to an orderly condition, news media witnesses may be permitted to return to the execution chamber for purposes of filming, photographing and recording the site.

    1.   Re-entry to the site shall be permitted only after the site has been restored to an orderly condition, including:

        a.   removal of the body of the condemned;

        b.   evacuation of those involved in administering the execution; and

        c.   clean up of the execution chamber.

    2.   Restoring the site to an "orderly condition" prior to the filming opportunity shall not unnecessarily disturb the physical arrangements for the execution.

    3.   Media members permitted to return to the execution chamber for the filming and recording of the site shall include:

        a.   the news media witnesses who were selected to witness the execution;

        b.   one pool television camera man; and

        c.   one pool newsprint photographer.

UDC
GRAMA Classified
Public

4.   The film/videotape shall not be used in any news or other broadcast until made available to all agencies participating in the pool.  All agencies receiving the film/videotape will be permitted to use them in news coverage and to retain the film/videotape for file footage.

I.   News media representatives shall, after being returned from the execution to the staging area, act as pool representatives for other media representatives covering the event.

1.   The pool representatives shall meet at the designated media center and provide an account of the execution and shall freely answer all questions put to them by other media members and shall not be permitted to report their coverage of the execution back to their respective news organizations until after the non-attending media members have had the benefit of the pool representatives' account of the execution.

a.   News media members attending the post-execution briefing shall agree to remain in the briefing room and not leave nor communicate with persons outside the briefing room until the briefing is over.

b.   The briefing shall end when the attending news media members are through asking questions or after 90 minutes, whichever comes first.

2.

TMF 01/08.05   Limitations on Coverage

A.   The Warden, with the concurrence of the Executive Director, may alter these regulations to impose additional conditions, restrictions and limitations on media coverage of the execution when such requirements become necessary for the

UDC
GRAMA Classified
Public

preservation of prison security, safety or other legitimate interests which may be in jeopardy.

B.    If extraordinary circumstances develop, the additional conditions and restrictions shallbe no more restrictive than required to meet the exigent circumstances.

TMF 01/08.06   <u>News Media Briefing</u>

A.   <u>Pre-Execution Briefing Packets</u>

1.   The Public Affairs Director shall prepare a press briefing packet for reporters approved to witness the execution, or to cover the execution from the news media staging area.

2.   The briefing press packet should be provided to news media representatives as they arrive at the staging area.

3.   The contents of the press briefing packet shall include, but not be limited to, biographical information on the condemned, the list of official witnesses, pool reporters, family witnesses, execution procedures, sequence of events, and the history of executions in Utah.

4.   Updates will generally be communicated and/or distributed to the press on an hourly basis beginning about 1700 hours the day preceding the execution. Briefing updates should include:

a.   a summary of activities related to the execution procedures and sequence of events; and

b.   a summary of the condemned inmate's activities during his final 24 hours.

B.   <u>Death Announcement</u>

1.   The Public Affairs Representative/designee shall read a prepared statement to the press, prior to the post-execution press conference, announcing that the execution has been completed.

2.    The announcement shall include, but not be limited to:

UDC
GRAMA Classified
Public

    a.    the time of the execution;

    b.    the time the condemned was pronounced dead; and

    c.    the condemned's final words.

C.    Post-Execution Conference

1.    The post-execution conference shall begin immediately following the arrival of the pool reporters from the execution site.

2.    The Public Affairs Director shall introduce the members of the press who witnessed the execution and facilitate the post-execution conference.

3.    The Executive Director, Deputy Director, Institutional Operations Division Director and/or Warden may appear and answer questions at the press conference.

4.    The post-execution conference shall continue for ninety minutes or until the questioning of the reporters who witnessed the execution has been completed; whichever comes first.

D.    Travel Routes

1.

2.

E.    Media Center

1.    The Media Center shall be located in the designated staging area.

REVISED 06/10/10                          TMF 01/08 - pg. 124

UDC
GRAMA Classified
Public

2.      The Public Affairs Director shall assume
        responsibility for routine press
        briefings at the Media Center.

3.      Press briefings and the post-execution
        conference will be held at the Media
        Center.

4.      News media personnel may not access nor
        occupy any other part of the staging
        area.  The media shall have access only
        to the designated media center.

5.      Members of the news media may not seek,
        speak to or interview any official
        visitor while at the staging area.

6.

TMF 01/08.07   News Media Support and Equipment

A.   Telephones

1.      The Public Affairs Director shall
        coordinate all telephone needs with the
        Deputy Warden Support Services at the
        Utah State Prison.

2.      Each news agency requiring dedicated
        telephone lines, shall submit in writing
        its telephone needs to the Public
        Affairs Director 14 days prior to the
        scheduled execution.  Agencies
        requesting dedicated phone lines will be
        responsible for the cost of those lines.

3.      The Department shall install a
        reasonable number of telephones, for
        local use and collect calls only, for
        news media use at the Media Center.  If
        the Department is unable to install
        collect-call only telephones, personal
        cellular phones may be used.

B.   Electrical Outlets

**UDC
GRAMA Classified
Public**

Each news agency must communicate its needs
for electrical power to the Public Affairs
Director 14 days prior to the scheduled
execution.

C.   <u>Refreshments</u>

The Public Affairs Director may inquire about
having a private caterer at the staging area
for the media to purchase items.

D.   <u>News Media Support Vehicles</u>

1.

2.

TMF 01/08.08   <u>Media Representative Agreement</u>

(See following page for Media Representative
agreement.)

UDC
GRAMA Classified
Public

Rules of Conduct for Media Representatives Observing an Execution
at the
Utah State Prison

1.  That you will not bring onto prison property anything constituting legal or illegal contraband under any applicable statute, rule, or policy including any firearm, dangerous weapon, implement of escape, explosive, spirituous of fermented liquor, medicine, poison, or any other item creating a threat to the safety, security, or management of the prison;

2.  That you agree to submit to a reasonable search for contraband and other searches as considered necessary by the Department for entry to Department prison and staging area property;

3.  That you conduct yourself in a lawful and orderly manner;

4.  That you comply with all lawful directives of correctional personnel while on Department property;

5.  That you will not bring to the execution site any photographic or recording equipment;

6.  That you understand that the Department of Corrections will not provide mental health services to witnesses; and

7.  That you understand the Department of Corrections is required to record/report the names of all witnesses in attendance as well as provide the information to media representatives.


I have read the above rules and agree to abide by them.  I understand that my failure to comply with the rules will result in my immediate removal from Department of Corrections property and that I may be subject to criminal prosecution.


News Organization_____


_____          _____
   Signature of News Media Witness              Date


_____          _____
   News Agency Editor/Producer                  Date


REVISED 06/10/10                              TMF 01/08 - pg. 127

**UDC**
**GRAMA Classified**
**Public**

**UDC
GRAMA Classified
Public**

```
TMF 01/20.00   REVIEWAND DOCUMENTATION

TMF 01/20.01   General Provisions
TMF 01/20.02   Review Assignment
TMF 01/20.03   Documentation of Execution
TMF 01/20.04   Retention and Safeguarding Documentation
TMF 01/20.05   UDC Employee Questionnaire
```

UDC
GRAMA Classified
Public

TMF 01/20.00    REVIEW AND DOCUMENTATION

TMF 01/20.01    General Provisions

    A.    Purpose of Chapter

        The purpose of this chapter is to provide the
        policies, procedures and requirements for
        reviewingthe execution process.

    B.    Policy

        1.    It shall be the policy of the Department
              that of the execution process shall be
              performed as ordered by the Executive
              Director.

        2.    Auditors assigned to perform
              thesereviewsshall beallowed access to
              designated aspects of the
              executionpreparation.

        3.    Auditors participating in the reviewof
              the execution are not to be involved in
              the execution preparationprocess, but
              shall act as observers only and, at all
              times, act in such a way that they
              create the least disruption possible in
              that process.

        5.    Appropriate documentation of the
              execution shall be created, collected,
              safeguarded, and retained to provide an
              adequate review trail and a proper
              historical record.

        6.    Documentation shall be protected in
              accordance with 64-13-25(2) UCA.

TMF 01/20.02    ReviewAssignment

        Authority to Conduct a Review

        1.    The Executive Director shall be
              responsible for determining if a
              reviewis to take place in each
              execution.

        2.    The Auditor(s) selected for the
              execution review shall, upon direction

**UDC**
**GRAMA Classified**
**Public**

from the Executive Director, prepare a questionnaire to be completed by staff involved in the execution process. The survey shall be approved by the Executive Director and all responses shall be confidential. Only the Executive Director may grant release of the survey responses.

TMF 01/20.03   Documentation of Execution

Documentation to be Retained

Documentation which shall be retained shall include:

1.   the warrant and all other legal papers;

2.   correspondence, both official and unofficial, which is received by the Department of Corrections;

3.   minutes of meetings held for purposes of planning or disseminating information;

4.   inter-agency written communication;

5.   intra-departmental written communication;

6.   logs, journals, chronological notes, etc., of key locations; and

7.   a newspaper file.

TMF 01/20.04   Retention and Safeguarding Documentation

A.   Execution File

1.   An execution file shall be established for each condemned person. The file shall be organized into sections which should include:

a.   legal documents;

b.   official correspondence;

**UDC
GRAMA Classified
Public**

      c.    unofficial correspondence;

      d.    intra-departmental written
           communication;

      e.    chronological notes, logs, etc.;
           and

      f.    meeting minutes.

2.    Each section of the execution file shall
      have material filed in chronological
      order.

3.    All working documents which cannot be
      filed during the execution process or
      immediately after, shall be copied and a
      copy shall be placed in the execution
      file.

4.    All intra-departmental communication
      shall have a courtesy copy to the
      execution file.

B.    <u>Execution File Maintenance</u>

    1.

    2.

C.    <u>Access to Execution File</u>

    Only those individuals authorized by the
    Executive Director of Corrections, DIO
    Director, or Warden, shall have access to the
    execution file.

D.    <u>Long-Term Storage</u>

    To ensure that all documents concerning an
    execution shall be retained to provide a
    reviewtrail and an adequate historical
    record, the execution file shall be stored in
    accordance with the archive's plan of the
    Department.

**UDC**
**GRAMA Classified**
**Public**

TMF 01/20.05    UDC EMPLOYEE QUESTIONNAIRE

_____
Name of the Condemned

INSTRUCTIONS:

Please complete this questionnaire as soon after the execution as possible.  Answer each question completely and accurately.  Add as many pages as necessary if answers need more space.

Complete and return this questionnaire to the AuditBureau at Utah Department of Corrections, 14717 S. Minuteman Drive, Draper, 84020, by _____.

Thank you.

FULL NAME:_____
TITLE:_____
LOCATION:_____
FUNCTION DURING THE
EXECUTION:_____

1.  Were you provided adequate direction for your area of responsibility?

    If you answered "No," please explain what direction would havebeen beneficial to you.

    _____
    _____
    _____

2.  Were you adequately trained or briefed in your area of  responsibility?

    Yes____No____

    If you answered "No," please explain what training or briefing would have been beneficial to you.

    _____
    _____
    _____
    _____

3.  Did you observe anything that you thought was not adequately addressed?

    Yes____No____

    If you answered "Yes," please explain.

    _____
    _____
    _____
    _____

**UDC
GRAMA Classified
Public**

4.    Please make any additional comments or suggestions.

_____
_____
_____
_____
_____
_____
_____

THANK YOU!

UDC
GRAMA Classified
Public

```
TMF 01/21.00    TRAINING AND BRIEFING

TMF 01/21.01    General Provisions
TMF 01/21.02    Training and Briefing Components
```

**UDC
GRAMA Classified
Public**

TMF 01/21.00    TRAINING AND BRIEFING

TMF 01/21.01    General Provisions

A.    Purpose of Chapter

The purpose of this chapter is to provide the policy and procedure concerning briefing and training of staff, members of allied agencies and others involved in an execution.

B.    Policy

It is the policy of the Department that staff and others involved in carrying out an execution:

1.    receive comprehensive briefings covering:

a.    their duties and responsibilities;

b.    the specifics of post orders covering assigned positions;

c.    communication and chain of command;

d.    overview of functions and activities during the execution;

2.    are provided copies of post orders outlining the duties and responsibilities of assigned positions;

3.    receive the level of briefing and training necessary based on the requirements of assigned duties;

4.    rehearse and practice functions which involve:

a.    difficult timing;

b.    a high degree of skill;

c.    procedures of a highly critical nature; and/or

d.    moderately difficult or complex interaction with others; and

**UDC
GRAMA Classified
Public**

     5.    receive instructions concerning back-up systems to provide:

        a.    problem-resolution assistance;

        b.    policy decisions;

        c.    crisis management assistance; and

        d.    information requests.

**TMF 01/21.02**    <u>Training and Briefing Components</u>

A.    <u>General</u>

Training and briefing shall include, but not be limited to:

    1.    issuing all members or other participants a post order for their assigned positions;

    2.    providing an orientation or briefing covering assigned duties and general operational information;

    3.    if necessary, detailed training covering legal, operational or technical aspects of assigned position;

    4.    if necessary, rehearsal of job functions; and

    5.    key positions in Manual TMF 01.

B.    <u>Post Orders</u>

    1.    Each member or other participant shall be issued the post order or instructions for his assigned position.

    2.    The post order shall include, but not be limited to:

        a.    the position title;

        b.    location(s) of assignment;

        c.    title of supervisor;

UDC
GRAMA Classified
Public

      d.    supervisory role, if any;

      e.    duties and responsibilities--
           general and specific; and

      f.    emergency role.

3.    When appropriate, one or more chapters
of TMF 01 may be issued with a post
order.

4.    All post orders (and any accompanying
manual material) shall be returned at
the completion of the execution event.

C.    <u>Briefing/Orientation</u>

1.    Most assignments will be very
specialized, involving a narrow range of
duties.  For such positions,
briefing/orientation sessions will be
all the training required in addition to
the general training skills and
experience of the persons assigned.

2.    Orientation sessions shall include but
not be limited to:

      a.    an overview of the execution
           process and operational components;

      b.    location of assigned post;

      c.    chain of command and organizational
           information;

      d.    an overview of the countdown of
           activities and procedures leading
           to the execution;

      e.    an explanation of support and
           crisis intervention systems;

      f.    interaction with the news media;

      g.    a review of the specific post order
           requirements, duties and other
           elements; and

UDC
GRAMA Classified
Public

       h.   a question-and-answer period.

D.   <u>Training/Rehearsal</u>

   1.   For assignments requiring more technical or complex functions, critical timing or interaction elements, or duties of a particularly difficult nature, more comprehensive training shall be required.

   2.   Team leaders shall be responsible for training and scheduling rehearsals as needed for team members.

UDC
GRAMA Classified
Public