# EXHIBIT 3

# Exhibit 7



**CONFIDENTIAL**

Jerome T. Wolf
Senior Counsel

jerome.wolf@dentons.com
D  +1 816 460 2420

Dentons US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111-7700
United States

dentons.com

June 29, 2018

**By FedEx**

Ms. Cynthia Stewart
Warden
William C. Holman Correctional Facility
Holman 3700
Atmore, Alabama 36503-3700

Re:  Calvin Stallworth, AIS00Z649

Dear Ms. Stewart:

Calvin Stallworth advises the he attempted to submit for your consideration and records an Election To Be Executed By Nitrogen Hypoxia by which he has rejected lethal injection and elected Nitrogen Hypoxia as a form of capital punishment should he be finally adjudged to receive that punishment. I understand that June 30, 2018 was the deadline to submit this Election and wanted to confirm that Mr. Stallworth submitted it prior to the deadline. The guards would not carry the election to you so I telephoned your office today and the person answering said she would send someone to pick up the election from Mr. Stallworth. Please make sure it was properly submitted by the deadline.

If you have any questions, please advise.

Very truly yours,

Jerome T. Wolf
Senior Counsel

JW/bkl
cc:   Mr. Calvin Stallworth (via Federal Express)

Maclay Murray & Spens ▸ Gallo Barrios Pickmann ▸ Muñoz ▸ Cardenas & Cardenas ▸ Lopez Velarde ▸ Rodyk ▸ Boekel ▸ OPF Partners ▸
大成 ▸ McKenna Long

108169525\V-1

PARKER COPIES 41

AMILLER1983DISC

CONFIDENTIAL

ELECTION TO BE EXECUTED BY NITROGEN HYPOXIA

Pursuant to Act No. 2018-353, if I am to be executed, I elect that it be by nitrogen hypoxia rather than by lethal injection.

This election is not intended to affect the status of any challenge(s) (current or future) to my conviction(s) or sentence(s), nor waive my right to challenge the constitutionality of any protocol adopted for carrying out executions by nitrogen hypoxia.

Dated this 28 day of June, 2018.

Calvin Stallworth, AIS 00Z649
Name / Inmate Number

*Calvin L. Stallworth*
Signature

PARKER COPIES 42   JUN 29 2018

AMILLER1983DISC0392

PRIVILEGED AND CONFIDENTIAL
SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE
AND THE WORK-PRODUCT DOCTRINE

---

*Kenneth Eugene Smith v. John Q. Hamm et al.*, No. 2:23-cv-656-RAH (M.D. Ala.)

# 30(b)(6) Deposition Outline

---