# EXHIBIT 10

Case 2:23-cv-00656-RAH   Document 44-10   Filed 12/11/23   Page 2 of 3



# Sleepnet®

featuring breakthrough AIR°gel® technology

# Mojo® 2

## Your mask, your way

The Mojo® 2 provides a personalized fit with maximum comfort. Our patented AIR°gel cushion and Custom Fit Technology allows the user to mold the Mojo® 2 for an individualized fit.

**Flex, Fit, Forget**

### Forehead Adjustment Dial
Removes pressure from the bridge of the nose which is an essential feature for comfort and compliance.



### AIR°gel® Forehead Cushion

### Custom Fit Technology
Patented technology allows each user the ability to accommodate for various facial structure, changes in weight, and facial asymmetry.

### Sizes Available
S  M  L  XL

### AIR°gel®
Maximum comfort and minimal headgear tension. AIR°gel® minimizes pressure points and skin irritation.

### Oxygen Port
Allows easy delivery of supplemental oxygen.

### Magnetic Headgear Clips
Easy on and off.

### 360° Rotating Elbow
For optimal tube positioning and easier mobility.

### Available elbow options
Vented
Non-Vented
Non-Vented AAV

---

Made in the USA of US and globally sourced components | Our products are backed by Sleepnet's warranty against manufacturing defects

## What makes our Mojo® 2 Mask different?

**Custom Fit Technology** - A unique soft-shell mask which allows for optimal flexibility, fit, and comfort.

**Adjustment Dial** - Provides a wide, continuous range of adjustment ensuring a custom fit while removing pressure from the nasal bridge.

**Magnetic Headgear Clips** - Easy on and off.

**Available in four sizes** - Vented, Non-Vented, and Non-Vented AAV.





### AIR°gel® Cushion Technology

Our patented AIR°gel technology with an ergonomic design and luxurious feel reduces pressure while maintaining an effective seal.

## Color coded elbow options for easy identification to meet your homecare and hospital needs.


Vented Mask with an anti-asphyxia valve for use with CPAP or bi-level devices.


Non-Vented AAV Mask with an anti-asphyxia valve for use with single limb circuits.


Non-Vented Mask for use with dual limb circuits.

### Mojo® 2 Masks with Headgear Specifications:

| Product Number | Description | Size | Leak Port | Entrainment Valve |
|---|---|---|---|---|
| 50817 | Mojo® 2 Full Face Moldable Mask **Vented** with Headgear | Small | ✓ | ✓ |
| 50818 | Mojo® 2 Full Face Moldable Mask **Vented** with Headgear | Medium | ✓ | ✓ |
| 50819 | Mojo® 2 Full Face Moldable Mask **Vented** with Headgear | Large | ✓ | ✓ |
| 50820 | Mojo® 2 Full Face Moldable Mask **Vented** with Headgear | Extra Large | ✓ | ✓ |
| 50912 | Mojo® 2 Full Face Moldable Mask **Non-Vented** with Headgear | Small | X | X |
| 50913 | Mojo® 2 Full Face Moldable Mask **Non-Vented** with Headgear | Medium | X | X |
| 50914 | Mojo® 2 Full Face Moldable Mask **Non-Vented** with Headgear | Large | X | X |
| 50915 | Mojo® 2 Full Face Moldable Mask **Non-Vented** with Headgear | Extra Large | X | X |
| 50941 | Mojo® 2 Full Face Moldable Mask **AAV Non-Vented** with Headgear | Small | X | ✓ |
| 50942 | Mojo® 2 Full Face Moldable Mask **AAV Non-Vented** with Headgear | Medium | X | ✓ |
| 50943 | Mojo® 2 Full Face Moldable Mask **AAV Non-Vented** with Headgear | Large | X | ✓ |
| 50944 | Mojo® 2 Full Face Moldable Mask **AAV Non-Vented** with Headgear | Extra Large | X | ✓ |
| 55051 | EZFit Headgear | One Size | | |

### Also by Sleepnet®
## Ascend® Full Face
Replaceable AIR°gel® cushion mask



### Contact and support

Sleepnet representative in your area

www.sleepnetmasks.com

Phone: 1-800-742-3646

The following product is protected by
US patents 10,974,007, 9,199,054, 7,938,117,
D892,304 and other patents pending

 |  Sleepnet®     C E 123    Does not contain natural rubber latex