## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| KENNETH EUGENE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:23-cv-00656-RAH |
| v. | ) | |
| | ) | CAPITAL CASE |
| JOHN Q. HAMM, in his official | ) | |
| Capacity as Commissioner, Alabama | ) | **EXECUTION SCHEDULED FOR** |
| Department of Corrections, and | ) | **JANUARY 25, 2024** |
| | ) | |
| TERRY RAYBON, in his official | ) | |
| Capacity as Warden, Holman | ) | |
| Correctional Facility, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF KENNETH EUGENE SMITH'S WITNESS LIST

Plaintiff Kenneth Eugene Smith submits this witness list for the preliminary injunction hearing set for December 20, 2023.  The testimony of these witnesses may be offered by sworn testimony at the hearing, by declaration, by deposition testimony taken pursuant to Fed. R. Civ. P. 30, or by some combination of these means as allowed by the Court.

### PLAINTIFF'S WITNESSES

1. Kenneth Eugene Smith

2. Dr. Robert Jason Yong (virtual)

3. Dr. Philip Nitschke

4. Dr. Katherine Porterfield (virtual)

1

5. Commissioner John Q. Hamm

6. Cynthia Stewart, individually and/or in her role as a Fed. R. Civ. P. 30(b)(6) representative.

7. Any additional Fed. R. Civ. P. 30(b)(6) witness so designated by ADOC or Defendants.

8. Any witnesses listed by defendants.

Respectfully submitted,

  /s/ Andrew B. Johnson
Andrew B. Johnson
BRADLEY ARANT BOULT
  CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
ajohnson@bradley.com

Jeffrey H. Horowitz*
David A. Kerschner*
Robert M. Grass*
ARNOLD & PORTER KAYE
  SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
(212) 836-8000
jeffrey.horowitz@arnoldporter.com
david.kerschner@arnoldporter.com
robert.grass@arnoldporter.com

Ashley Burkett*
Angelique Ciliberti (ASB: 1504-T44C)
ARNOLD & PORTER KAYE
  SCHOLER LLP
601 Massachusetts Ave., NW

2

Washington, DC 20001-3743
(202) 942-5000
ashley.burkett@arnoldporter.com
angelique.ciliberti@arnoldporter.com

*Attorneys for Plaintiff Kenneth Eugene Smith*

\*admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on December 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the Pacer system, which will send notification to the following:

Richard D. Anderson
Richard.Anderson@AlabamaAG.gov

Polly Spencer Kenny
Polly.Kenny@AlabamaAG.gov

Beth Jackson Hughes
Beth.Hughes@AlabamaAG.gov

Henry Mitchell Johnson
Henry.Johnson@AlabamaAG.gov

Jordan Shay Shelton
Jordan.Shelton@AlabamaAG.gov

*Attorneys for Defendants*

__*/s/ Andrew B. Johnson*_____
                 Of Counsel