IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KENNETH EUGENE SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN Q. HAMM, in his official capacity ) <br> as Commissioner, Alabama Department of ) <br> Corrections, and ) <br> ) <br> TERRY RAYBON, in his official capacity ) <br> as Warden, Holman Correctional Facility, ) <br> ) <br> Defendants. ) | Case No. 2:23-cv-00656-RAH <br><br> CAPITAL CASE |

## MOTION TO FILE UNDER SEAL

Plaintiff Kenneth Eugene Smith ("Smith") respectfully submits this Motion to File Documents Under Seal. Specifically, Smith requests permission to file his Unredacted Reply in support of Plaintiff's Motion to Compel Discovery Responses and Plaintiff's Motion to Strike, along with Exhibits 1, 3, and 5 of the same under seal.

Smith's counsel has provided notice of the filing to counsel for Defendants.

Dated this 18th day of December, 2023.

Respectfully submitted,

*/s/ Andrew B. Johnson*
Andrew B. Johnson JOH168
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35103-2104
Telephone: 205-521-8000
Facsimile: 205-521-8800
ajohnson@bradley.com

David Kerschner<br>
Arnold & Porter Kaye Scholer LLP<br>
250 West 55th Street<br>
New York, NY 10019-9710<br>
Telephone:  212-836-8000<br>
Facsimile:  212-836-8689<br>
David.kerschner@arnoldporter.com

December 18, 2023                                  *Attorneys for Plaintiff Kenneth Eugene Smith*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 18, 2023, I have electronically filed the foregoing with the Clerk of the Court using the Pacer system, which will send notification to the following:

Richard D. Anderson
Richard.Anderson@AlabamaAG.gov

Polly Spencer Kenny
Polly.Kenny@AlabamaAG.gov

Beth Jackson Hughes
Beth.Hughes@AlabamaAG.gov

Henry Mitchell Johnson
Henry.Johnson@AlabamaAG.gov

Jordan Shay Shelton
Jordan.Shelton@AlabamaAG.gov
*Attorneys for Defendants*

                                                                           */s/ Andrew B. Johnson*
                                                                           OF COUNSEL