# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Kenneth Eugene Smith, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:23-cv-00656-RAH |
| | ) |
| John Q. Hamm, | ) |
| Commissioner of the Alabama | ) |
| Department of Corrections, | ) |
| | ) |
| and | ) |
| | ) |
| TERRY RAYBON, Warden, | ) |
| Holman Correctional Facility, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, John C. Hensley, and enters his appearance as counsel for the Defendants in the above-styled cause.

Respectfully submitted,

Steve Marshall
*Attorney General*


*s/ John C. Hensley*
John C. Hensley
*Assistant Attorney General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: **Angelique A. Ciliberti, Ashley Brook Burkett, Jeffrey Hutton Horowitz, Robert M. Grass, David Ari Kerschner** and **Andrew Burns Johnson.**

*s/ John C. Hensley*
John C. Hensley
*Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
Office (334) 353-1754
Fax (334) 353-8400
John.Hensley@AlabamaAG.gov