# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 12, 2024

Richard Anderson
Alabama Attorney General's Office
501 WASHINGTON AVE
PO BOX 300152
MONTGOMERY, AL 36130

Robert Grass
Arnold & Porter Kaye Scholer, LLP
250 W 55TH ST
NEW YORK, NY 10019

Andrew Burns Johnson
Bradley Arant Boult Cummings, LLP
1819 5TH AVE N
BIRMINGHAM, AL 35203

Edmund Gerard LaCour Jr.
Alabama Attorney General's Office
501 WASHINGTON AVE
PO BOX 300152
MONTGOMERY, AL 36130

Robert Overing
Alabama Attorney General's Office
501 WASHINGTON AVE
PO BOX 300152
MONTGOMERY, AL 36130

Appeal Number: 24-10095-P
Case Style: Kenneth Eugene Smith v. Commissioner, Alabama Department of Corrections, et al
District Court Docket No: 2:23-cv-00656-RAH

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

                                                                                                              MOT-2 Notice of Court Action

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10095

_____

KENNETH EUGENE SMITH,

                                                               Plaintiff-Appellant,

*versus*

COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS,
WARDEN, HOLMAN CORRECTIONAL FACILITY,

                                                               Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:23-cv-00656-RAH

_____

2                  Order of the Court                  24-10095

ORDER:

Appellees' motion to expedite briefing schedule is GRANTED. The following deadlines apply:[1]

1. Appellant's initial brief is due no later than 5:00 pm EST on Monday January 15, 2024.

2. Appellees' response brief is due no later than 5:00 pm EST on Wednesday January 17, 2024.

3. Appellant's reply brief is due no later than 5:00 pm EST on Thursday January 18, 2024.

The Court will hear oral argument in this case on Friday January 19, 2024 at 3:30 pm EST via telephone.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION

---

[1] If Appellant seeks a stay of execution, his motion is due by the same date and time as his brief. Appellees' response to the motion to stay execution is due by the same date and time as its response brief. Appellant's reply on his motion to stay execution is due by the same date and time as his reply brief.