# Exhibit 4



# YesCare
*Say Yes To Exceptional Care*

## Nursing Encounter Tools (NETs)
### Gastrointestinal (GI)
(GI Bleed Suspected/Lower GI Symptoms/Abdominal Pain-Male and Female/Nausea Vomiting)

**THIS TOOL IS NOT INTENDED TO REPLACE THE IMMEDIATE URGENT/EMERGENT CARE NEEDS OF ABC'S/BLS**

### DEMOGRAPHICS/VITAL SIGNS

Facility name: Holman    Location seen: MCU-Shift    Date seen: 1/18/24    Time seen: 1610

Patient name: Last: Smith    First: Kenneth    MI:    ID#: 2512    DOB: 7/4/    Age: [Actual]

Vital signs: T: 97.3    P: 96    R: 18    BP: 16_    Pulse Ox: 98% ☐ RA ☐ O2: /lpm    Wt: 218
*Notify provider: *T<97.8->100.3  *P<60->110  *R<12->20  *BP <90/60->145/95  *Pulse Ox<92%

☐ No known allergies   ☑ Allergies: Cipro (Cmn)
Chronic care clinic: ☑ Y ☐ N   What clinic(s): HTN, HLD, DLD, HTG, Obesity, GERD, Chronic Migraine

### SUBJECTIVE

**CHIEF COMPLAINT:** N/V/D x 2 wks
Onset date: ___ Time: ___
Have you had this problem before ☐ N ☑ Y, if yes describe below:
Describe: intermittent
Close contact with someone who had/has the same symptoms: ☑ N ☐ Y, person(s): ___
Trauma ☑ N ☐ Y, describe: ___

**ASSOCIATED FACTORS:**
Pain scale now 0 /10 at worst 0/10
Location of pain ☐ RUQ ☐ RLQ ☐ LUQ ☐ nausea
☐ Constant ☐ Intermittent ☐ Cramping ☐ Burning
☐ Dull ☐ Sharp ☐ Radiating
What makes it better: ___
What makes it worse: ___
Pain induced/increased with walking/movement ☐ Y ☑ N
Last solid intake Date: 1/18/24 Time: 1600
Last liquid intake Date: 1/18/24 Time: 1600
Recent unintended weight changes ☐ Loss, ___ lbs. ☐ Gain, ___ lbs.
☐ Excessive thirst ☐ Excessive hunger ☑ Nausea
☑ Vomiting ☐ Coffee grounds (Upper GI bleed) ☐ Bloody ☐ Green
Vomiting frequency/duration: ___
Last BM, date: 1/16 ☑ Brown ☐ Tan
☐ Bloody ☐ Black/tarry (Lower GI bleed)
☐ Constipation, how long: ___ ☐ Diarrhea, how often: ___
Urine color ☐ Yellow ☐ Brown (Urgent) ☑ Bloody
☐ Excessive urine output ☐ Painful urination ☑ Difficulty urinating
☐ Alcohol use, years/drinks per day: ___
☐ Drug use, type/frequency: ___

**PERTINENT MEDICAL CONDITIONS:**
☐ Heartburn/GERD ☐ Peptic ulcer ☐ Crohn's   GERD
☐ Gallstones ☐ Colitis ☐ Celiac disease
☐ Diverticulitis ☐ Pancreatitis ☐ End stage liver disease
☐ Hernia or history of, when: ___
☐ GI bleed treatment: ___ Date: ___
☐ Abdominal surgery: List: ___ Date: ___
☐ Appendectomy ☐ Kidney stones ☐ Cardiovascular disease
☐ Diabetes ☐ Stroke ☑ CHF ☐ Hepatitis history
☐ Pregnant ☐ History of ovarian cysts ☐ History of PID
☐ Tobacco use ___ /yrs. ___ /ppd (packs per day)

**MEDICATIONS:**
☐ ASA/NSAIDS, how long: ___ ☐ Anticoagulants ☐ Steroids
☐ GI meds ☐ Iron
☐ New medication(s) within the past 30 days?
What medication(s): ___

### OBJECTIVE

**GENERAL APPEARANCE:**
☐ Distressed ☐ Calm ☐ Agitated ☑ Anxious
Observation of patient while walking ☐ Grimacing
☑ Able to stand erect ☐ Abnormal gait
Other: ___

**RESPIRATORY/BREATHING:**
Breathing ☑ Normal ☐ Labored ☐ Tachypneic ☐ Bradypneic
☐ Stridor (Emergency) ☐ Wheezing ☐ Accessory muscle use
☐ Cough ☐ Sputum production, color/consistency: ___
Right lung ☑ Clear ☐ Wet ☐ Diminished ☐ Absent (Emergency)
Left lung ☑ Clear ☐ Wet ☐ Diminished ☐ Absent (Emergency)
Other abnormal findings: N/A

**ABDOMEN:**
*Fully examine anatomical areas of subjective complaint to include: Epigastric, periumbilical, and suprapubic*
Bowel sounds present ☐ RU ☐ LU ☐ LL ☐ RL ☑ Normal
☐ Absent bowel sounds, quadrant: ___ (listen for full 5 minutes)
☐ Hypoactive ☐ Hyperactive ☐ High pitched ☐ Rebound tenderness
If absent identify area(s): ___
☑ Soft ☐ Rigid ☐ Distended ☐ Mass ☐ Tender
☐ Visible bulges, describe: None
Other abnormal findings: None

**CARDIAC:**
Heart rate/rhythm ☑ Regular ☐ Irregular ☐ Tachy ☐ Brady
Pulse ☑ Strong ☐ Weak ☐ Thready ☐ Bounding
Abnormal sounds ☐ Murmurs ☐ Rubs ☐ Clicks

**SKIN:** (Use Anatomical Figure NA0804 for details if needed)
☑ Warm ☑ Dry ☐ Cool ☐ Clammy/diaphoretic ☐ Pale ☐ Red
☐ Bruising ☐ Jaundice ☐ Mottling ☐ Blister ☐ Rash ☐ Bleeding
☐ Scaly/cracking ☐ Needle tracks ☐ Lice ☐ Mite tunnels
Describe rash and location: N/A
Other abnormal findings: N/A

**TESTS:**
Finger stick blood sugar results: N/A (ALL)
UA dipstick results: ___ (ALL)
☐ EKG (Diabetics, if available) Time: N/A
☐ Scan sent to provider Time: N/A
FEMALES ☐ uHCG results: ___ (ALL) ☐ N/A, LMP: ___

Patient with suspected GI bleed perform orthostatic vital signs and perform Hemoccult test.

Orthostatic vital signs:
Lying: ___ Sitting: ___ Standing: ___
Hemoccult test ☐ Pos. ☐ Neg. ☐ Unable to provide sample

**NOTES/DOCUMENTATION:**
c/o intermittent N/V/D x 2wks and Tang...

*All significant negative and positive medical findings were documented*

Nurse signature: M. Kendrick    Print/stamp: M. Kendrick, RN    Date/time: 1/18/24  1610

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

Smith Medical000012



**YesCare**
Say Yes To Exceptional Care

# Nursing Encounter Tools (NETs)
## *Gastrointestinal (GI)*
*(GI Bleed Suspected/Lower GI Symptoms/Abdominal Pain-Male and Female/Nausea Vomiting)*

| Patient | Last: Smith | First: Kenneth | ID Number: 75?? |
|---|---|---|---|

☐ **EMERGENT INTERVENTION**–*PROVIDER CONTACT REQUIRED*

If CPR or AED is initiated use Emergency Response Form (NA6291)

*IF PATIENT IS EXPERIENCING AN EMERGENT CONDITION CONTINUE WITH EMERGENT INTERVENTIONS, ACTIVATE LOCAL EMS SYSTEM, AND PREPARE PATIENT FOR TRANSPORT*

*SCOPE OF PRACTICE GUIDELINES FOR YOUR STATE MUST BE FOLLOWED WHEN PERFORMING EMERGENT INTERVENTION*

☐ Monitor the patient's vital signs
☐ Prepare patient for transport
☐ Recheck vital signs: Time: _____ Condition improved ☐ Y ☐ N
Pulse ___ R ___ BP ___/___ Pulse Ox ___ ☐ RA ☐ O2 ___ lpm/via ___

Name of provider notified: _____ Time: _____ ☐ EMS notified time: _____ Arrival time: _____

**COMMENTS/ORDERS:**

---

☐ **URGENT INTERVENTION**-*PROVIDER CONTACT REQUIRED*

☐ Abnormal vital signs
 ☐ Temp <97.8->100.3
 ☐ Pulse <60->110
 ☐ Respiration <12->20
 ☐ B/P <90/60->145/95
 ☐ SpO2<92%
☐ Absent bowel sounds (Assessed for full 5 minutes)
☐ Distended or rigid abdomen
☐ Rebound tenderness  ☐ Unable to stand erect
☐ Nausea/vomiting and/or diarrhea > 24 hours  ☐ Bloody (black)/tarry stools  ☐ Bloody/coffee ground emesis  ☐ Brown or bloody urine
☐ Signs of respiratory distress  ☐ Abnormal fingerstick (Diabetic <60 or >240, Non-diabetic <70 or >200)
☐ Abnormal dipstick U/A  ☐ Positive uHCG  ☐ Hemoccult result positive  ☐ Unintended weight loss or gain (possible cancer or CHF indicators)
☐ Other describe: _____

Reviewed with provider: ☐ MAR ☐ Health record
☒ Seen by provider Name: Dr. Delgado   Time: 1610
☐ Contacted provider Name: _____   Time: _____
☐ Contacted Behavioral Health Name: _____   Time: _____
Provider orders received  ☐ Y ☐ N  ☐ Read back provider orders

**Provider orders:** Zofran 8mg BID x 7days 10a/10p

Disposition: ☐ Monitor/Observation (24 hour) ☐ Infirmary-level ☐ Other _____

**ADDITIONAL COMMENTS/DOCUMENTATION:**
1615 - Zofran 4mg ODT given - V.O. Zofran 8mg BID x 7days per Dr. Delgado. M Hendricks, RN

---

**CONTINUITY OF CARE** — Seen by Dr. Delgado today

☒ No follow up required
☐ Referral to provider for current presenting complaint
☐ Referred to provider multiple visits for same complaint
☐ Referred to provider for evaluation of enrollment in CCC
☐ Nurse follow up scheduled
☐ Custody notified of special needs
☐ Referral to Behavioral Health
☐ Other _____

☐ **NURSING INTERVENTION**
**NURSING INTERVENTION**
REFER TO INTERVENTION GUIDE FOR AVAILABLE OTC MEDICATIONS
☒ OTC medication(s) given and documented in MAR

**PATIENT EDUCATION**

☒ Patient educated to contact medical if new symptoms develop or current condition symptoms worsen
☐ Written education provided  ☒ Verbal education provided  ☐ Patient educated on OTC medication(s)
☒ The patient demonstrates an understanding of self-care, symptoms to report, and when to return for follow-up care

**ADDITIONAL COMMENTS/DOCUMENTATION:**
C/o N/V/D x 2 weeks - intermittent - "I think it's anxiety"
"I get queasy when I juice buspar" Denies cramps, denies bloody diarrhea.

---

All significant negative and positive medical findings were documented

Nurse signature: M ???, RN    Print/stamp: M Hendricks, RN    Date/time: 10/04 1614

NA7101  Issued 01/2013                Revised 08/2015; 08/2020                Page 2 of 2

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

Smith Medical 2000001

# Alabama Department of Corrections
## Sick Call Request



**Sick Call Request:** Vomiting and diarrhea have not stop

(Print): Kenny Smith

Signature: Kenny S

AIS # Z-512    Housing Area: L-54    Date of Birth: 7-4-65

Form Collected by Health Staff: ____ (initials) Title: (RN)    Date: 1/18/24   Time: 033_

**Triaged** (check as appropriate):

Sick Call Nurse Encounter Not Required
  (1) ____ Referring to Chronic Care Manager
  (2) ____ Written Response/Instruction Being Provided

Nurse Sick Call Encounter Required
  (1) ____ Bring to HCU at this time for further evaluation
  (2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Title: Lenora Stone-Cardwell, RN    Date: 1/18/24 0330

**Encounter** (Nurse Evaluation Tool Completed): 2

____ Resolved by Nurse Encounter    ____ Referral for follow up required; to be scheduled
  Saw Dr. White
  @ Sick call
  (a) ____ Medical Provider
  (b) ____ Dental Clinic
  (c) ____ Mental Health Services

**Copay Fee Incurred:**
$4.00 - Nurse
___ ___ Nursing no OTC charge

Smith Medical 2000002

# Chronic Disease Clinic Follow-Up

Inmate Name: Smith, Kenneth
Number: 2512    Institution: HCF

List chronic diseases:

| 1) HTN | 3) Chronic Migraine |
| 2) HLD | 4)    6) |

Attach pharmacy profile or list current medications: Lisinopril 30mg qd, Prilosec 20m, Buspar 15mg bid, Raneron 15mg hs, Prozac 50mg @ noon, Zyrtec 10mg hs, Tylenol 325mg #ii bid prn, Imitrex 50mg prn, Lopressor 50mg bid

Subjective: c/o nausea, diarrhea x 1 wk – vomited x 1

Asthma: # attacks in last month? ___
# short acting beta agonist canisters in last month? ___
# times awakening with asthma symptoms per week? ___
Seizure disorder: # seizures since last visit? ___
Diabetes mellitus: # of hypoglycemic reactions since last visit? ___
Weight loss/gain ↓(↑) 4 #lbs   0

CV/hypertension (Y/N): Chest pain? Ø   SOB? Ø   Palpitations? Ø   Ankle edema? Ø
HIV/HCV (Y/N): Nausea/vomiting? ___  Abdominal pain/swelling? ___  Diarrhea? ___  Rashes/lesions? ___

For all diseases, since last visit, describe new symptoms: [illegible handwriting] "nervous"

Patient adherence (Y/N): with meds? Yes   with diet? No   with exercise? No   Noncompliance counseling? No

Vital signs: Temp 97.4   BP 144/90   Pulse 84   Resp 18   Wt 231.8   O2 Sat 99%   INR N/A

PEFR #1 NA   #2 NA   #3 NA

Labs: Hgb A1C NA   HIV VL NA   CD4 NA   Total Chol 244   LDL 157   HDL 45   Trig 209

Range of fingerstick glucose/BP monitoring: ___

PE: [illegible] normal
HEENT/neck: [illegible]   Extremities: moves sym [illegible]
Heart: [illegible]   Neurological: ___
Lungs: [illegible]   GU/rectal: ___
Abdomen: [illegible]   Other: ___

Assessment:

| | | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W | NA |
| 1 | HTN [illegible] diet | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2 | HLD [illegible] refuses tx | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 3 | Chronic Migraine; can't [illegible] | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 4 | [illegible] | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 5 | [illegible] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 6 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Plan:
Medication changes: [illegible]
Diagnostics/Labs: [illegible] will f/r labs
Reviewed Lab/Procedures/Reports with pt. ☒ Yes ☐ No ☐ N/A   Indicated Treatment Plan changes discussed: ☐ Yes ☐ No ☐ N/A
Monitoring: BP: ___ X day/week/month   Glucose: ___ X day/week/month/prn   Peak flow: ___   Other: ___
Education provided: ☒ Nutrition ☒ Exercise ☒ Smoking ☒ Test results ☒ Medication management ☒ Other: HTN HLD
Next Visit (days)?: ☒ 180 ☐ 90 ☐ 60 ☐ 30 ☐ Other: ___   Discharged from CCC (clinic name): ___
HCV Treatment: Y [N]   Missed doses: NA (total)   OHS ID Coordinator notified of noncompliance? Y [N] Date: ___

Advance Level Provider Signature: [signature]
Date/Time: 1-9-24 10:00

(11/06) This form is provided for the public domain and may be freely copied and used.
AL- NCCHC-Chronic Disease Clinic Follow-Up, distribution 06/2007, Revised 10/2015, Alabama DOC as of 11-2015, Revised 6/2023

Smith Medical 20000160