## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

KENNETH EUGENE SMITH,    )
                         )
            *Plaintiff,* )
                         )
v.                       )  **Case No. 2:23-cv-00656-RAH**
                         )
JOHN Q. HAMM, *et al.,*  )
                         )
            *Defendants.*)

### Declaration of Terry Raybon

1.      My name is Terry Raybon, and I am the warden of Holman Correctional Facility. I am also the statutory state executioner for Alabama.

2.      After conferring with the Commissioner of the Department of Corrections and receiving his approval, it was determined that the schedule for Smith's final meal will be altered as follows: inmate Smith's final meal will be given on the morning of January 25th before 10:00 a.m., inmate Smith will not be allowed any solid food after 10:00 a.m., which will include a prohibition on the purchase or provision of snacks from the vending machines on the visitation yard.  Inmate Smith will be allowed clear liquids up until 4:00 p.m. The execution will begin no sooner than 6:00 p.m., at which point Smith will have had no solid food for eight hours and no liquids for two hours.

3.      Smith's approved religious plan is exempted from these restrictions.

        I declare under penalty of perjury that the foregoing is true and correct under 28 U.S.C. § 1746.

Terry Raybon, Warden
Holman Correctional Facility

January 23, 2024