IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH EUGENE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:23-cv-656-RAH |
| | ) |
| JOHN Q. HAMM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For good cause, it is **ORDERED** that in-person oral argument on all pending motions in this matter is **SET** for **March 12, 2024, at 9:30 AM CT**, in Courtroom 2D of the Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama. Counsel for Defendants and Proposed-Intervenor Kim Van Pelt shall appear. Counsel for Plaintiff may but is not obligated to appear. The Clerk of Court is **DIRECTED** to provide a court reporter for this proceeding.

**DONE** on this the 5th day of February 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE