IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH EUGENE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:23-cv-656-RAH |
| | ) |
| JOHN Q. HAMM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Pursuant to the previous order denying Movant Kim Van Pelt's Motion to Intervene, and for good cause, it is **ORDERED** that on or before **May 15, 2024**, Defendants shall file on the public docket the unredacted versions of the documents they no longer object to withholding from public view, including—but not necessarily limited to—Exhibits 28, 29, and 38 of Document 99. (*See* doc. 103 at 6, 8.)

**DONE** on this the 30th day of April 2024.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1